# Exhibit F

**Looker, Samantha K.**

| | |
|---|---|
| **Subject:** | FW: Apple Inc. (our Ad ref# APP44644-F) |
| **Attachments:** | 2024.9.24 Correspondence to App Store Notices(20547953.1).pdf |

**From:** Elkin, Michael
**Sent:** Tuesday, September 24, 2024 11:08 AM
**To:** ASN <AppStoreNotices@apple.com>
**Cc:** herstein@pitblado.com
**Subject:** Apple Inc. (our Ad ref# APP44644-F)

Dear App Store Notices:

As you know, we are legal counsel to Musi Inc. in connection with this matter.

We are writing in furtherance to our communication to you on September 19. To date, we have received no communications from the Complainant in response to our September 6 correspondence, nor has the Complainant substantiated its complaint with further details.

Musi acknowledges under the Apple Developer Program License Agreement that it has agreed to indemnify and hold Apple harmless with respect to claims against its app.

Musi will continue to keep App Store Notices informed as to the status of this dispute.

Yours truly,


**Michael Elkin**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-6729
F: +1 212-294-4700
winston.com



**From:** Elkin, Michael
**Sent:** Thursday, September 19, 2024 8:39 AM
**To:** ASN <AppStoreNotices@apple.com>
**Cc:** herstein@pitblado.com
**Subject:** FW: Apple Inc. (our Ad ref# APP44644-F)

Dear App Store Notices:

As you know from my earlier communications, we are legal counsel to Musi Inc. in connection with this matter.

Musi takes this matter extremely seriously.

1

In response to YouTube's September 6 communication, I immediately reached out to YouTube via the email listed on this thread. Apple was provided with a copy on this communication, and this communication is reattached to this email. To date, I have not received a response from YouTube to my September 6 communication. In addition, at no point has YouTube provided any details to substantiate its complaint.

In the meantime, rest assured that Musi acknowledges under the Apple Developer Program License Agreement that it has agreed to indemnify and hold Apple harmless with respect to claims against its app.

Musi further acknowledges that Apple does not act as arbiter for disputes amongst third parties. Musi considers this matter to be an active legal issue between the parties and is treating it accordingly.

**We would like to strongly reiterate that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.**

As a reminder, attached is a copy of Musi's latest correspondence to YouTube, dated September 6, 2024.

Sincerely,

Michael S. Elkin


**Michael Elkin**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio | VCard | Email | winston.com



---

**From:** ASN <AppStoreNotices@apple.com>
**Sent:** Wednesday, September 18, 2024 4:22 PM
**To:** aaronwojnowski@gmail.com <aaronwojnowski@gmail.com>; support@feelthemusi.com <support@feelthemusi.com>; christian@feelthemusi.com <christian@feelthemusi.com>; aaron@feelthemusi.com <aaron@feelthemusi.com>; apple-ios-contact@feelthemusi.com <apple-ios-contact@feelthemusi.com>; herstein@pitblado.com <herstein@pitblado.com>; Elkin, Michael <MElkin@winston.com>
**Cc:** legal-youtube@google.com <legal-youtube@google.com>; legal-youtube+2mlwktveucwom0y@google.com <legal-youtube+2mlwktveucwom0y@google.com>
**Subject:** Apple Inc. (our ref# APP44644-F)




**\*\*Please include APP44644-F in the subject line of any future correspondence on this matter as failure to do so may prevent our system from properly recording your response.\*\***

Hello,

YouTube Legal has advised that this matter is still not resolved.  Please contact YouTube Legal immediately regarding this issue.  You can reach YouTube Legal through: YouTube Legal (email: legal-youtube@google.com, legal-youtube+2mlwktveucwom0y@google.com).

As you know, it is your responsibility to resolve this issue directly with YouTube Legal, and further, that you are responsible for any liability to Apple in connection with this matter.  We look forward to confirmation from you and YouTube Legal that this issue has been resolved.

If the matter is not resolved shortly, Apple may be forced to pull your application(s) from the App Store.

F. Developer: Musi Inc.
Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124
-

Sincerely,

Victoria,

   Apple Legal | Apple | One Apple Park Way Cupertino, CA 95014 |
The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.


Begin forwarded message:

**From:** YouTube Legal <legal-youtube+2mlwktveucwom0y@google.com>
**Subject: Apple Inc. (our ref# APP44644-F)**
**Date:** September 6, 2024 at 2:26:29 PM PDT
**To:** appstorenotices@apple.com
**Cc:** 125665701@qq.com, frank@crunding.com, giveappfeedback@gmail.com, frank@impalastudios.com, peter@impalastudios.com, susanna@impalastudios.com, carinda@impalastudios.com, paul@impalastudios.com, jenkins@impalastudios.com, apc_yaoyou@impalastudios.com, rodrick@impalastudios.com, admin@impalastudios.com, johannes.lang@impalastudios.com,

robert@impalastudios.com, iuri.genovesi@impalastudios.com, legal@impalastudios.com, apple-ios-contact@feelthemusi.com, herstein@pitblado.com, melkin@winston.com, aaronwojnowski@gmail.com, support@feelthemusi.com, aaron@feelthemusi.com, christian@feelthemusi.com
**Reply-To:** YouTube Legal <legal-youtube+2mlwktveucwom0y@google.com>

Hi Apple team,

We are writing to follow up on this matter. Musi has not reached out to us despite their message below, and this app continues to violate our Terms of Service. We request that you please proceed with removing this app from the App Store.

Sincerely,
The YouTube Team


On August 14, 2024 AppStoreNotices@apple.com wrote:

> **Please include APP44644-F in the subject line of any future correspondence on this matter as failure to do so may prevent our system from properly recording your response.**
>
> Hello,
>
> According to our records, this matter is still not resolved.  Please contact YouTube Legal immediately regarding this issue.  You can reach YouTube Legal through: YouTube Legal (email: legal-youtube@google.com, legal-youtube+2mlwktveucwom0y@google.com).
>
> F. Developer: Musi Inc.
> Provider: Musi Inc.
> App Title: Musi - Simple Music Streaming
> Apple ID: 591560124
> -
>
> As you know, it is your responsibility to resolve this issue directly with YouTube Legal, and further, that you are responsible for any liability to Apple in connection with this matter.  We look forward to confirmation from you and YouTube Legal that this issue has been resolved.
>
> Sincerely,
>
> Victoria,
>
>     Apple Legal | Apple | One Apple Park Way Cupertino, CA 95014 | The information in this e-mail and any attachment(s) is intended solely for

4

the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.

Begin forwarded message:

From: "Elkin, Michael" <MElkin@winston.com>
**Subject: FW: Re: Apple Inc. (our ref# APP44644-F) Notice of Complaint**
Date: August 12, 2024 at 9:11:56 AM PDT
To: "ASN" <AppStoreNotices@apple.com>
Cc: "herstein@pitblado.com" <herstein@pitblado.com>

Dear App Store Notices:

As you know from earlier communications, we are legal counsel to Musi Inc. in connection with this matter.

We believe that YouTube Legal ("Complainant") has made unsubstantiated claims about our client's app. We have been in communication directly with the Complainant on this matter in order to attempt to come to a timely resolution of this dispute. We will keep you updated as to the status of our communication.

We would like to reiterate that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.

Yours truly,

Michael S. Elkin

**Michael Elkin**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio | VCard | Email | winston.com