**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MUSI INC., | Case No. 5-24-cv-06920 |
| Plaintiff, | **DECLARATION OF AARON WOJNOWSKI IN SUPPORT OF PLAINTIFF MUSI INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| APPLE INC., | |
| Defendant. | |

I, Aaron Wojnowski, declare as follows:

1. I am the Co-Founder and Chief Executive Officer ("CEO") for Musi Inc. ("Musi"), a mobile software computing company. Musi was founded in Manitoba, Canada by me and Christian Lunny.

2. Released in 2013, the Musi app provides users with enhanced functionality to interact with publicly available content on YouTube's website through its own augmentative interface—specifically, Musi's proprietary user interface components and proprietary organizational functionality/metadata. The Musi app does not rely on YouTube's Application Programming Interface ("API"), nor do Musi's servers store, process, or transmit YouTube videos. Instead, the Musi app plays or displays content based on the user's own interactions with YouTube's website via Musi's proprietary interface. At no point does the Musi app access YouTube's non-public interfaces. Web requests are made directly from user devices to the publicly facing YouTube website based on that user's manual inputs. And once the website returns a response, that response is parsed by the app, on the user device, and the resulting data is played or displayed on said device.

3. Musi also does not rely on automated means (*e.g.*, bots). Instead, the Musi app allows a user to directly access the YouTube site to interact with content selected by the user. Musi does not "alter" or "modify" such content. The Musi app merely provides a user with enhanced functionality to interact with publicly available content on YouTube's website that the user is otherwise entitled to

access.

4. Musi remains the sole owner and operator of the Musi app. Since its launch, the app has become increasingly popular among younger users. The app's popularity has allowed Musi to operate continuously for over a decade with a small team headquartered in Manitoba. Musi has continuously been a top 200 app in the App Store for years.

5. As an iOS application, the Musi app is only available on the Apple App Store because the App Store remains the only viable way by which iOS apps are distributed to end-users. Musi entered into Apple's Developer Program License Agreement to distribute the Musi app on the App Store.

6. Since 2015, Musi has engaged in sporadic conversations with YouTube. Throughout, Musi has repeatedly expressed its commitment to offer the Musi app in a way that complies with YouTube's Terms of Service.

7. Accordingly, whenever YouTube has raised concerns with the Musi app's functionality, Musi has, in good faith, either (a) adjusted the app's functionality, or (b) provided details about how the app works and explained why it is fully compliant with YouTube's Terms of Service. At the same time, Musi has continued to offer the Musi app on the App Store. Despite routine updates, the Musi app has operated in a substantially similar manner since May 5, 2021—when Musi through outside counsel substantively described its functionality and addressed YouTube's direct comments.

8. On September 24, 2024, the Musi app was removed from the App Store by Apple. The Musi app is the only product offered by Musi, and it is the only source of revenue for the company. Without access to the App Store, Musi lacks the means of updating its app and acquiring new users and thus, lacks the ability to continue operating in the future.

9. Unless the Musi app is re-listed, Musi will be forced to terminate its staff and shut its doors. This will negatively affect those that work for Musi as well as its massive user base.

10. In addition, after Apple's removal of the Musi app, multiple copycat apps have been submitted and published to the App Store using Musi's registered trademark for the term "Musi," as well as its trademarked app icon. These applications have and continue to confuse Musi's customers, many of whom deleted the original Musi app thinking that a new version had been published. Contrary

to its removal of Musi from the App Store, Apple has not removed these apps or revised them in such a way that they no longer infringe Musi's trademarks.

11. Since the app's removal, Musi has experienced an outpouring of support and complaints about the app's unavailability. Potential customers complain about the lack of access on the App Store. Current customers complain about losing access to the app after updating their device and/or version of iOS. And as it stands, we have no way of helping these customers because of Apple's arbitrary actions.

12. Worse, because of the app being removed, Apple no longer permits distribution of the Musi app for internal testing via TestFlight. TestFlight is an online service developed by Apple, which allows for over-the-air installation and testing of iOS apps by iOS developers for development and QA purposes. Through TestFlight, iOS developers—like Musi—receive remote logs, crash reports, and tester feedback about their app from external and internal testers. Specifically, TestFlight allows iOS developers to distribute versions of their app for external beta testers, who provide feedback about their use. This has hampered Musi's ability to continue development on its application and is a punitive measure that has no bearing on Musi's availability on the App Store.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on October 9, 2024 in Manitoba, Canada.

/s/ Aaron Wojnowski
Aaron Wojnowski

*I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.*