**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

MUSI INC.,

Plaintiff,

v.

APPLE INC.,

Defendant.

**Case No. 5-24-cv-06920**

**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF PLAINTIFF MUSI INC.'S MOTION FOR PRELIMINARY INJUNCTION**

I, Jennifer A. Golinveaux, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State of California and the Northern District of California; a partner at the law firm of Winston & Strawn LLP; and counsel of record in this action.

2. Exhibit A is a true and correct copy of the Developer Agreement, along with Schedule 1 of the Developer Agreement, entered between Plaintiff Musi Inc. and Apple Inc.

3. Exhibit B is a true and correct copy of Schedules 2 and 3 of the Developer Agreement.

4. Exhibit C is a true and correct copy of an online article from Wired.com—published December 7, 2018, and last visited October 8, 2024—titled "The WIRED Guide to the iPhone," which discusses the iPhone's features and history. The article explains that iPhones are portable, connect wirelessly to the internet, and enjoy advanced computing capabilities, including being a "camera, GPS device, music player, communicator, trip planner, . . . and payment tool."

5. Exhibit D is a true and correct copy of an online article from Javatpoint.com—last visited October 8, 2024— titled "Interesting Facts about the iOS Operating System," which discusses Apple's proprietary mobile operating system "iOS"—pre-installed on every iPhone.

6. Exhibit E is a true and correct copy of an online article from *The Guardian*—published on October 24, 2011, and last visited October 7, 2024—titled "Steve Jobs resisted third-party apps on iPhone, biography reveals," which details the origins of the App Store and Apple's initial refusal to

host third-party apps on the App Store platform.

7. Exhibit F is a true and correct copy of an online article found on Apple.com's Newsroom page—authored on July 14, 2008, and last visited October 9, 2024—titled "iPhone App Store Downloads Top 10 Million in First Weekend." The article discusses the App Store's 2008 launch, and describes the App Store as a dedicated online marketplace allowing users to browse and download third-party apps for iPhone.

8. Exhibit G is a true and correct copy of an online article found on Apple.com's Newsroom page—authored on July 5, 2018, and last visited October 7, 2024—celebrating the 10-year anniversary of the App Store's launch. In particular, the article explains that the App Store is a dedicated marketplace allowing users to browse and download third-party apps for iPhone.

9. Exhibit H is a true and correct copy of a study published in April 2022 by Juliette Caminade, Ph.D., and Markus von Wartburg, Ph.D., titled "The Success of third-Party Apps on the App Store." The study explains that "[t]he App Store is home to about 2 million apps with only about 60 from Apple, meaning that more than 99.99% of apps are third-party apps."

10. Exhibit I is a true and correct copy of a working paper published on January 26, 2024 by Fiona Scott Morton, a Non-resident Fellow at Bruegel—a Brussels-based economic think tank—titled "Entry and Competition in Mobile App Stores." The paper explains that the App Store is "the only app store for the iPhone" and, thus, is the "only route by which a developer can reach a user of an iOS handset."

11. Exhibit J is a true and correct copy of an article found on Apple.com's Newsroom—authored on May 31, 2023 and last visited October 7, 2024—titled "App Store developers generated $1.1 trillion in total billings and sales in the App Store ecosystem in 2022." The article explains that, in 2022, the App Store "attracted over 650 million average weekly visitors" and "users downloaded and redownloaded apps an average of more than 747 million and 1.5 billion times each week."

12. Exhibit K is a true and correct copy of a press release dated September 6, 2023, and authored by the European Commission, titled "Digital Markets Act: Commission designates six gatekeepers." The press release announced that, pursuant to the DMA, the European Commission designated Apple as a "gatekeeper" in 2023 after finding that Apple's unique market position in iOS

gave it "power to create a bottleneck in the digital economy."

13. Exhibit L is a true and correct copy of a press release dated June 23, 2024, and authored by the European Commission, titled "Commission sends preliminary findings to Apple and opens additional non-compliance investigation against Apple under the Digital Markets Act." This press release explains that this year, the Commission opened a non-compliance procedure against Apple pursuant to the DMA "over concerns that its new contractual requirements for third-party app developers and app stores, . . . fall short of ensuring effective compliance with" the DMA.

14. Exhibit M is a true and correct copy of a web page found on Apple.com—last visited on October 7, 2024—titled "The apps you love, From the place you can trust." This article confirms that Apple's conduct implicates nearly 2 million third-party iOS developers who, like Musi, are parties to the Developer Agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on October 9, 2024 in San Francisco, California.

/s/ Jennifer A. Golinveaux
Jennifer A. Golinveaux