# Exhibit A

**Looker, Samantha K.**

| | |
|---|---|
| **Subject:** | FW: Apple Inc. (our ref# APP44644-F) Notice of Complaint |

**From:** App Disputes <AppStoreNotices@apple.com>
**Sent:** Thursday, August 8, 2024 11:41 AM
**To:** aaronwojnowski@gmail.com; support@feelthemusi.com; christian@feelthemusi.com; aaron@feelthemusi.com; apple-ios-contact@feelthemusi.com; herstein@pitblado.com; Elkin, Michael <MElkin@winston.com>
**Cc:** legal-youtube@google.com; legal-youtube+2mlwktveucwom0y@google.com
**Subject:** Apple Inc. (our ref# APP44644-F) Notice of Complaint

\*\*Please include APP44644-F in the subject line of any future correspondence on this matter as failure to do so may prevent our system from properly recording your response.\*\*

Hello,

On 7/29/24, we received a notice from YouTube Legal ("Claimant") that Claimant believes the app listed below infringes its intellectual property rights. In particular, Claimant believes you are infringing its terms of use. Please see their comments below.

F. Developer: Musi Inc.
Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

Comment: violating YouTube Terms of Service.
-

You can reach Claimant through YouTube Legal (email: legal-youtube@google.com, legal-youtube+2mlwktveucwom0y@google.com), copied on this email. Please exchange correspondence directly with Claimant.

We look forward to receiving written assurance that your application does not infringe Claimant's rights, or that the parties are taking steps to promptly resolve the matter. Please keep us apprised of your progress.

Please note that during the course of this matter:

1. Correspondence to Apple must include the reference number noted above in the subject line and copy the other party. All correspondence sent to Apple may be shared with the other party.

2. Written assurance of rights may include confirmation that your application does not

1

infringe Claimant's rights, an express authorization from Claimant, or other evidence acceptable to Apple, and should include documentation wherever possible.

3.  Should you choose to remove your application (for example, while you make any necessary changes), visit App Store Connect at https://appstoreconnect.apple.com and access your app in the Manage Your Application module.

- Access your app in the "My Apps" module
- Click on the "Pricing and Availability" tab from the App   Summary Page and select "Edit" by "Availability"
- Select and deselect "All" territories to uncheck all App Store territories
- Click on the "Done" button

4.  Developers with a history of allegations of repeat infringement, or those who misrepresent facts to Apple and/or the Claimant are at risk of termination from the Developer Program.

5.  Failure to respond to the Claimant or to take steps toward resolving a dispute may lead to removal of the app(s) at issue as in violation of the App Store Review Guidelines and/or the iOS Developer Program License Agreement.  Please keep Apple apprised of your progress.

Thank you for your immediate attention.

Sincerely,

Barry

   Apple Legal | Apple | One Apple Park Way Cupertino, CA 95014 |
The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.