# Exhibit C

## Looker, Samantha K.

| | |
|---|---|
| **Subject:** | FW: Apple Inc. (our ref# APP44644-F) |

**From:** Elkin, Michael
**Sent:** Friday, September 6, 2024 5:42 PM
**To:** legal-youtube+2mlwktveucwom0y@google.com
**Cc:** herstein@pitblado.com
**Subject:** FW: Apple Inc. (our ref# APP44644-F)

Dear YouTube Legal,

As you know, Winston & Strawn LLP represents Musi Inc. ("Musi") in connection with the above referenced dispute. Please correspond with me directly on this matter going forward. I write in response to your communication to Apple dated September 6, 2024.

As noted in my August 12, 2024 email to Apple included in the below email chain, I have been in communication with YouTube's counsel about Musi's compliance with the YouTube Terms of Service. I did not receive a response to my last substantive communication, which detailed how Musi's service works and why it is fully in compliance with YouTube's Terms in response to YouTube's questions. I am available to further discuss this matter at your convenience.

Please rest assured that Musi takes allegations of wrongdoing seriously and has developed its application in compliance with YouTube's Terms.

Yours truly,
Michael S. Elkin

**Michael Elkin**
Winston & Strawn LLP
T: +1 212-294-6700
D: +1 212-294-6729
F: +1 212-294-4700
winston.com



Begin forwarded message:

**From:** YouTube Legal <legal-youtube+2mlwktveucwom0y@google.com>
**Subject: Apple Inc. (our ref# APP44644-F)**
**Date:** September 6, 2024 at 4:26:29 PM CDT
**To:** appstorenotices@apple.com
**Cc:** 125665701@qq.com, frank@crunding.com, giveappfeedback@gmail.com, frank@impalastudios.com, peter@impalastudios.com, susanna@impalastudios.com, carinda@impalastudios.com, paul@impalastudios.com, jenkins@impalastudios.com, apc_yaoyou@impalastudios.com, rodrick@impalastudios.com, admin@impalastudios.com, johannes.lang@impalastudios.com, robert@impalastudios.com, iuri.genovesi@impalastudios.com, legal@impalastudios.com, apple-ios-contact@feelthemusi.com, herstein@pitblado.com,

melkin@winston.com, aaronwojnowski@gmail.com, support@feelthemusi.com, aaron@feelthemusi.com, christian@feelthemusi.com
**Reply-To:** YouTube Legal <legal-youtube+2mlwktveucwom0y@google.com>

Hi Apple team,

We are writing to follow up on this matter. Musi has not reached out to us despite their message below, and this app continues to violate our Terms of Service. We request that you please proceed with removing this app from the App Store.

Sincerely,
The YouTube Team

On August 14, 2024 AppStoreNotices@apple.com wrote:

> **\*\*Please include APP44644-F in the subject line of any future correspondence on this matter as failure to do so may prevent our system from properly recording your response.\*\***
>
> > Hello,
> >
> > According to our records, this matter is still not resolved.  Please contact YouTube Legal immediately regarding this issue.  You can reach YouTube Legal through: YouTube Legal (email: legal-youtube@google.com, legal-youtube+2mlwktveucwom0y@google.com).
> >
> > F. Developer: Musi Inc.
> > Provider: Musi Inc.
> > App Title: Musi - Simple Music Streaming
> > Apple ID: 591560124
> > -
> >
> > As you know, it is your responsibility to resolve this issue directly with YouTube Legal, and further, that you are responsible for any liability to Apple in connection with this matter.  We look forward to confirmation from you and YouTube Legal that this issue has been resolved.
> >
> > Sincerely,
> >
> > Victoria,
> >
> > ☐ Apple Legal | Apple | One Apple Park Way Cupertino, CA 95014 |
> > The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.
> >
> > Begin forwarded message:

2

**From:** "Elkin, Michael" <MElkin@winston.com>
**Subject: FW: Re: Apple Inc. (our ref# APP44644-F) Notice of Complaint**
**Date:** August 12, 2024 at 9:11:56 AM PDT
**To:** "ASN" <AppStoreNotices@apple.com>
**Cc:** "herstein@pitblado.com" <herstein@pitblado.com>

Dear App Store Notices:

As you know from earlier communications, we are legal counsel to Musi Inc. in connection with this matter.

We believe that YouTube Legal ("Complainant") has made unsubstantiated claims about our client's app. We have been in communication directly with the Complainant on this matter in order to attempt to come to a timely resolution of this dispute. We will keep you updated as to the status of our communication.

We would like to reiterate that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.

Yours truly,

Michael S. Elkin

**Michael Elkin**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio | VCard | Email | winston.com