# Exhibit E

**Looker, Samantha K.**

| | |
|---|---|
| **Subject:** | FW: Apple Inc. (our ref# APP44644-F) |

On Sep 24, 2024, at 5:35 PM, App Disputes <AppStoreNotices@apple.com> wrote:

\*\*Please include APP44644-F in the subject line of any future correspondence on this matter as failure to do so may prevent our system from properly recording your response.\*\*

Hello,

On 7/29/24, Apple received a notice from YouTube Legal ("Claimant') that it believes the following app infringes its terms of use.

F. Developer: Musi Inc.
Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124
-

Apple informed you of the claim, and of your responsibility to resolve the matter directly with the Claimant, or risk removal of your app from the App Store.  We regret that the dispute could not be resolved amicably.  As a result, your app will be removed from the App Store on the basis of intellectual property infringement.

As a reminder, content that infringes a third party's rights is not in compliance with the Apple Developer Program Agreement ("the Agreement"): https://developer.apple.com/support/terms/.  In particular, under Schedule 1 Section 6.3, Schedule 2 Section 7.3, or Schedule 3 Section 7.3 of the Agreement (as applicable), Apple may remove your application from sale if Apple reasonably believes third party intellectual property rights may have been infringed.

Please contact Claimant directly regarding this matter.  Claimant has provided the following contact information: YouTube Legal (email: legal-youtube@google.com, legal-youtube+2mlwktveucwom0y@google.com).  For any technical questions, you may contact App Store Connect: https://developer.apple.com/contact/.

Sincerely,

Barry

   Apple Legal | Apple | One Apple Park Way Cupertino, CA 95014 |
The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.