UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MUSI INC.,

    Plaintiff,

  v.

APPLE INC.,

    Defendant.

Case No. 5-24-cv-06920

[PROPOSED] ORDER GRANTING PLAINTIFF MUSI INC.'S MOTION FOR PRELIMINARY INJUNCTION

Having considered Plaintiff Musi Inc. ("Musi") Motion for Preliminary Injunction ("Motion") against Defendant Apple Inc. ("Apple"), the Opposition, and Reply papers; the evidence presented in support and in opposition to the Motion; the parties' oral arguments; and the records on file in this matter; the Court hereby GRANTS the Motion and finds and concludes that:

1. Musi is likely to succeed on the merits of its claim for breach of contract. The evidence establishes a likelihood that Musi will prove that Apple has breached Schedule 1 § 6.3, Schedule 2 § 7.3, and Schedule 3 § 7.3 of Apple's Developer Program License Agreement ("Developer Agreement") by refusing to list or otherwise making unavailable the Musi mobile software application ("Musi app") from the Apple App Store.

2. Musi is also likely to succeed on the merits of its claim for breach of the implied covenant of good faith and fair dealing. Musi has adduced sufficient evidence to establish the likelihood of proving that Apple has breached Schedule 1 § 6.3, Schedule 2 § 7.3, and Schedule 3 § 7.3 of the Development Agreement in bad faith.

3. Musi has demonstrated that it is likely to suffer immediate and irreparable injury if Apple is not enjoined from continuing to breach Schedule 1 § 6.3, Schedule 2 § 7.3, and Schedule 3 § 7.3 of the Developer Agreement by refusing to list or otherwise making unavailable the Musi app from the App Store.

4. The balance of hardships tips sharply in favor of issuing a preliminary injunction.

Without preliminary relief, Musi faces irreparable harm. And with the granting of relief, Apple will be only made to comply with its contractual obligations under the Developer Agreement.

     5.     The public interest favors issuing a preliminary injunction. Without preliminary relief, nearly 2 million third-party iOS developers face uncertainty as to their contractual rights under the Developer Agreement.

Based on the foregoing findings of fact and conclusions of law, it is hereby ORDERED and ADJUDGED that:

     1.     Musi's Motion for Preliminary Injunction is GRANTED;

     2.     Apple is restrained from refusing to list or otherwise making unavailable the Musi app from the App Store on the basis that the Musi app violates Schedule 1 § 6.3, Schedule 2 § 7.3, and Schedule 3 § 7.3 of the Developer Agreement.

No bond will be required of Musi at this time. Violations of this Preliminary Injunction shall expose Apple to all applicable penalties, including contempt of Court. The foregoing Preliminary Injunction shall be in full force and effect until such time as this Court has entered a final judgment on the merits of all claims in this case, or until such time as this Court enters a further Order lifting or modifying the Preliminary Injunction.

Granted hereby,

IT IS SO ORDERED.

Date: _____, 2024

                                                _____
                                                Hon. Nathanael Cousins
                                                United States Magistrate Judge