| | |
|---|---|
| Chris Johnstone, SBN 242152<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>chris.johnstone@wilmerhale.com | Jennifer A. Golinveaux, SBN 203056<br>Samantha K. Looker, SBN 340564<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Fransisco, CA 94111<br>Telephone: (415) 591-1000<br>jgolinveaux@winston.com<br>slooker@winston.com |
| Jennifer Milici (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>jennifer.milici@wilmerhale.com | Jeff Wilkerson, SBN 284044<br>WINSTON & STRAWN LLP<br>300 South Tryon Street, 16th Floor<br>Charlotte, NC 28202<br>Telephone: (704) 350-7700<br>jwilkerson@winston.com |
| Mark A. Ford (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>mark.ford@wilmerhale.com | *Attorneys for Plaintiff Musi Inc.* |

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 5:24-cv-06920-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FIRST REQUEST FOR THE EXTENSION OF TIME PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>**AS MODIFIED**<br><br>Judge: The Honorable Eumi K. Lee |

Pursuant to Civil Local Rule 6-2, Plaintiff Musi Inc. ("Musi") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation and seek an Order, with reference to the following circumstances:

WHEREAS, Musi filed its complaint ("Complaint") on October 2, 2024;

WHEREAS, Apple was served with the Complaint on October 4, 2024;

WHEREAS, Apple's deadline to answer or otherwise respond to the Complaint is October 25, 2024;

WHEREAS, the deadline for Musi's opposition to any motion to dismiss the Complaint is November 8, 2024;

WHEREAS, the deadline for Apple's reply in support of any motion to dismiss the Complaint is November 15, 2024;

WHEREAS, on October 9, 2024, Musi filed a motion for preliminary injunction;

WHEREAS, the deadline for Apple's opposition to the motion for preliminary injunction is October 23, 2024;

WHEREAS, the deadline for Musi's reply in support of the motion for preliminary injunction is October 30, 2024;

WHEREAS, on October 16, 2024, the Honorable Beth Labson Freeman recused herself from this action and requested that it be reassigned;

WHEREAS, on October 17, 2024, this action was reassigned to the Honorable Eumi K. Lee for all further proceedings;

WHEREAS, the Parties have not made any previous requests for the extension of time in this action;

WHEREAS, in light of the time required to collect documents and information relevant to Musi's motion for preliminary injunction as well as competing deadlines and other scheduling conflicts, the Parties agree there is good cause to extend the time for Apple to file its opposition to Musi's motion for preliminary injunction;

1 WHEREAS, in light of Apple's request for an extension of time to file its opposition to Musi's motion for preliminary injunction as well as competing deadlines and other scheduling conflicts, and the need for adequate time to brief a motion to dismiss, the Parties agree there is good cause to extend Apple's deadline to answer or otherwise respond to the Complaint; and

WHEREAS, the Parties have met and conferred, and for the reasons stated herein, STIPULATE AND AGREE to the following schedule:

NOW, THEREFORE, the Parties, through their counsel, hereby stipulate and agree that:

1. Apple shall answer or otherwise respond to the Complaint on or before December 11, 2024.

2. Musi shall file an opposition to any motion to dismiss on or before January 22, 2025.

3. Apple shall file a reply in support of any motion to dismiss on or before February 12, 2025.

4. Apple shall file an opposition to the motion for preliminary injunction on or before November 15 ~~11~~, 2024.

5. Musi shall file a reply in support of the motion for preliminary injunction on or before December 6 ~~November 29~~, 2024.

**IT IS SO STIPULATED.**

Dated: October 21, 2024         WINSTON & STRAWN LLP

By: /s/ Jennifer A. Golinveaux

Jennifer A. Golinveaux, SBN 203056
Samantha K. Looker, SBN 340564
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Fransisco, CA 94111
Telephone: (415) 591-1000
*jgolinveaux@winston.com*
*slooker@winston.com*

|  |  |
|---|---|
| 1 | Jeff Wilkerson, SBN 284044 |
| 2 | WINSTON & STRAWN LLP |
|   | 300 South Tryon Street, 16th Floor |
| 3 | Charlotte, NC 28202 |
|   | Telephone: (704) 350-7700 |
| 4 | jwilkerson@winston.com |

*Attorneys for Plaintiff Musi Inc.*

Dated: October 21, 2024

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By: */s/ Chris Johnstone*
       Chris Johnstone

Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
chris.johnstone@wilmerhale.com

Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
jennifer.milici@wilmerhale.com

Mark Ford (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
mark.ford@wilmerhale.com

*Attorneys for Defendant Apple Inc.*

**[PROPOSED] ORDER**

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT:

The case schedule is amended in accordance with the following dates:

| Event | Current Date | Amended Date |
|---|---|---|
| Apple's deadline to answer or otherwise respond to the Complaint, including a motion to dismiss | October 25, 2024 | December 11, 2024 |
| Musi's opposition to any motion to dismiss the Complaint | November 8, 2024 | January 22, 2025 |
| Apple's reply in support of any motion to dismiss the Complaint | November 15, 2024 | February 12, 2025 |
| Apple's opposition to the motion for preliminary injunction | October 23, 2024 | ~~November 11,~~ 2024<br>November 15, 2025 |
| Musi's reply in support of the motion for preliminary injunction | October 30, 2024 | ~~November 29~~, 2024<br>December 6, 2024 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated   October 22, 2024                          By: _____
                                                      Hon. Eumi K. Lee
                                                      United States District Judge