1  Chris Johnstone, SBN 242152
   WILMER CUTLER PICKERING
2    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
3  Palo Alto, CA 94306
   Telephone: (650) 858-6000
4  chris.johnstone@wilmerhale.com

5  Jennifer Milici (*pro hac vice*)
   WILMER CUTLER PICKERING
6    HALE AND DORR LLP
   2100 Pennsylvania Avenue, NW
7  Washington, DC 20037
   Telephone: (202) 663-6000
8  jennifer.milici@wilmerhale.com

9  Mark A. Ford (*pro hac vice*)
   WILMER CUTLER PICKERING
10    HALE AND DORR LLP
    60 State Street
11  Boston, MA 02109
    Telephone: (617) 526-6000
12  mark.ford@wilmerhale.com

13  *Attorneys for Defendant Apple Inc.*

14                  **UNITED STATES DISTRICT COURT**

15              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                          **SAN JOSE DIVISION**

17  MUSI INC.,                              Case No. 5:24-cv-06920

18         Plaintiff,                       **DECLARATION OF JENNIFER MILICI IN SUPPORT OF DEFENDANT APPLE**
19         v.                               **INC.'S OPPOSITION TO MUSI INC.'S MOTION FOR A PRELIMINARY**
20  APPLE INC.,                             **INJUNCTION**

21         Defendant.                       Judge:  The Honorable Eumi K. Lee
                                            Hearing Date:  January 9, 2025
22                                          Hearing Time:  2:00 a.m.
                                            Courtroom:  7
23

24

25

26

27

28

I, Jennifer Milici, declare as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Apple Developer Agreement, available at https://developer.apple.com/support/downloads/terms/apple-developer-agreement/Apple-Developer-Agreement-20240610-English.pdf (last accessed November 14, 2024).

3. Attached hereto as **Exhibit 2** is a true and correct copy of a May 7, 2024 article titled "Musi Won Over Millions. Is the Free Music Streaming App Too Good to Be True?", available at https://www.wired.com/story/free-music-streaming-app-musi-too-good-to-be-true/ (last accessed November 15, 2024).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the public LinkedIn profile for Musi Inc., available at https://www.linkedin.com/company/musi-inc- (last accessed November 14, 2024).

5. Attached hereto as **Exhibit 4** is a true and correct copy of the App Store Content Dispute submission page, available at https://www.apple.com/legal/intellectual-property/dispute-forms/app-store/ (last accessed November 14, 2024).

6. Attached hereto as **Exhibit 5** is a true and correct copy of a July 26, 2024 article titled "Music Industry Puts Pressure on 'Parasitic' Streaming App Musi," available at https://torrentfreak.com/music-industry-puts-pressure-on-parasitic-streaming-app-musi-240726/ (last accessed November 14, 2024).

7. Attached hereto as **Exhibit 6** is a true and correct copy of the YouTube API Services – Developer Policies, available at https://developers.google.com/youtube/terms/developer-policies (last accessed November 14, 2024).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1   Executed this 15th day of November 2024 in Washington, D.C.

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Jennifer Milici
Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
jennifer.milici@wilmerhale.com

*Attorney for Defendant Apple Inc.*