# EXHIBIT 1

**From:** app-enforcement App.Enforcement@ifpi.org ■
**Subject:** RE: Apple Inc. (our ref# APP187194) Notice of Complaint
**Date:** May 7, 2024 at 9:02 AM
**To:** ASN AppStoreNotices@apple.com
**Cc:** app-enforcement App.Enforcement@ifpi.org, aaronwojnowski@gmail.com, support@feelthemusi.com, christian@feelthemusi.com
, aaron@feelthemusi.com, apple-ios-contact@feelthemusi.com, MElkin@winston.com, herstein@pitblado.com

Dear Apple

Re: Developer: Musi Inc.

Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

**Your Reference: APP187194**

We note your comment that you cannot serve as arbiter for disputes. In this regard, please be aware that we have today sent the attached letter to the developer's UK solicitors. However, we maintain our complaint with Apple.

For the reasons explained previously, including in our last email of 15 April (below), the Musi app is infringing our members' rights by making available to the public without authorisation sound recordings, the rights in which are owned or controlled by IPFI members.  Further, the application also circumvents technical protection measures (TPMs) implemented for the purpose of preventing acts which are not authorised by the right holders. We have a good faith belief that these activities are not authorised by the relevant copyright owners, their agents or the law and that the information and allegations in our complaint are accurate and complete.

Accordingly, will you now please remove the Musi App from the App Store without any further delay.

Kind regards
IFPI

---

**From:** ASN <AppStoreNotices@apple.com>
**Sent:** Thursday, April 25, 2024 9:56 PM
**To:** aaronwojnowski@gmail.com; support@feelthemusi.com; christian@feelthemusi.com; aaron@feelthemusi.com; apple-ios-contact@feelthemusi.com; MElkin@winston.com; herstein@pitblado.com
**Cc:** app-enforcement <App.Enforcement@ifpi.org>
**Subject:** Apple Inc. (our ref# APP187194) Notice of Complaint

[This message is from an external sender. Please take care with any links or attachments]

---

**Please include APP187194 in the subject line of any future correspondence on

Please include APP187194 in the subject line of any future correspondence on this matter as failure to do so may prevent our system from properly recording your response.**

Hello,

Thank you for your response.  Unfortunately, Apple cannot serve as arbiter for disputes among third parties.  Please contact IFPI directly regarding this matter.  You can reach IFPI through: ■■■■■■■■■■ (email: app.enforcement@ifpi.org), copied on this message.

We look forward to confirmation from both parties that this issue has been resolved.

Sincerely,

Victoria,

 Apple Legal l Apple l One Apple Park Way Cupertino, CA 95014 l
The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.

> Begin forwarded message:
>
> **From:** "Elkin, Michael" <MElkin@winston.com>
> **Subject: Apple Inc. (our ref# APP187194)**
> **Date:** April 17, 2024 at 12:27:08 PM PDT
> **To:** "ASN" <AppStoreNotices@apple.com>
> **Cc:** "herstein@pitblado.com" <herstein@pitblado.com>

Dear App Store Notices:

We write in response to the Complainant IFPI's email to you dated April 15, 2024.

As a preliminary matter, please note that Musi has fully addressed IFPI's claims, on multiple occasions, to IFPI directly. In addition, Musi has explained several times to IFPI how the Musi app works, in response to their letters to Musi's UK solicitors. IFPI last wrote to Musi in December 2023 and Musi again responded in full on January 5th.

2024. Since its letter in January, Musi has received no further direct correspondence from IFPI. There is nothing in IFPI's recent correspondence to App Store Notices that Musi has not already fully addressed directly with IFPI.

Having taken the advice of legal counsel in the US and UK, Musi does not accept IFPI's position that the Musi app infringes IFPI's members' rights in their sound recordings in any jurisdiction, including the EU and the UK. As mentioned in our prior correspondence, the Complainant confirmed to Musi that it is not making any claims under United States law, and there are no live US-based disputes between the parties.

Musi does not accept, contrary to IFPI's assertion, that the Musi app operates in breach of YouTube's Terms of Service. It does not, and IFPI has been unable to explain which of YouTube's terms are infringed. IFPI further states that functionality offered by the app goes beyond the scope of the licenses granted by the relevant rights holders to YouTube. On the contrary, all of the functionality offered in the Musi app is also possible on YouTube's own desktop website, mobile apps, and on its mobile website accessible via every major web browser. This has specifically been explained to IFPI in Musi's January letter, to which Musi has received no reply to date.

IFPI also assert that Musi's activities amount to "unauthorised communication to the public /making available of our members'recordings under the applicable law in the EU and U.K including because the communications are to a public that was not considered by the relevant right holders when they granted their initial consent to YouTube." This is not correct. The "new public" test to which IFPI refers is not met. The Musi app limits functionality to that which is permitted under YouTube's Terms of Service. The "public" to which the Musi functionality is available is the same as that for the YouTube app. Musi merely offers a different interface.

Finally IFPI states that the Musi app circumvents YouTube's TPMs. This is also incorrect. Musi, like major web browsers, accesses and displays content by, amongst other actions, interpreting HyperText Markup Language and executing JavaScript. Whether or not a user chooses to play a certain YouTube video in Musi, or in a browser like Mobile Safari, the same HTML and JavaScript code will be interpreted and executed accordingly. Musi does not access any non-public interface or rely on any non-public resources to display videos in its app.

For the reasons given above, we would like to reiterate that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.

Sincerely,


**Michael Elkin**
**Vice Chairman**

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D. +1 212-294-6729
F: +1 212-294-4700

Bio | VCard | Email | winston.com



On Apr 16, 2024, at 6:26 PM, ASN <AppStoreNotices@apple.com>
wrote:

**Please include APP187194 in the subject line of any future
correspondence on this matter as failure to do so may prevent our
system from properly recording your response.**

Hello,

IFPI has advised that this matter is still not resolved.  Please contact IFPI
immediately regarding this issue.  You can reach IFPI through: ▇▇▇
▇▇▇ (email: app.enforcement@ifpi.org).

As you know, it is your responsibility to resolve this issue directly with
IFPI, and further, that you are responsible for any liability to Apple in
connection with this matter.  We look forward to confirmation from you
and IFPI that this issue has been resolved.

If the matter is not resolved shortly, Apple may be forced to pull your
application(s) from the App Store.

Developer: Musi Inc.
Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124
-

Sincerely,

Victoria,

 Apple Legal | Apple | One Apple Park Way Cupertino, CA 95014 |
The information in this e-mail and any attachment(s) is intended solely

for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.

Begin forwarded message:

**From:** app-enforcement <App.Enforcement@ifpi.org>
**Subject: RE: Apple Inc. (our ref# APP187194)**
**Date:** April 15, 2024 at 2:43:20 AM PDT
**To:** 'AppStoreNotices' <AppStoreNotices@apple.com>, app-enforcement <App.Enforcement@ifpi.org>
**Cc:** "aaronwojnowski@gmail.com" <aaronwojnowski@gmail.com>, "support@feelthemusi.com" <support@feelthemusi.com>, "christian@feelthemusi.com" <christian@feelthemusi.com>, "aaron@feelthemusi.com" <aaron@feelthemusi.com>, "apple-ios-contact@feelthemusi.com" <apple-ios-contact@feelthemusi.com>, "MElkin@winston.com" <MElkin@winston.com>, "herstein@pitblado.com" <herstein@pitblado.com>

Dear James,

Re: Developer: Musi Inc.

Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

**Your Reference: APP187194**

We refer to your email and to the previous email from Mr Elkin (the developer's US lawyer) dated 1 March 2024.

Unfortunately, this matter is not resolved.

IFPI is the international trade association that

promotes the interests of the recording industry worldwide. As you are aware, our membership across IFPI and its National Groups includes some 8,000 major and independent record companies in over 70 countries. The developer of the Musi app is based in Canada, and makes the Musi service available to consumers in multiple countries, including within the EU.

Since this complaint was filed in July 2023, the developer has not changed the functionality of the Musi app in any material way. Musi continues to infringe our members' rights in their sound recordings on a huge scale, under the laws of numerous jurisdictions, including in the EU Member States and the UK.

As we have explained previously, the Musi app makes available to the public large volumes of sound recordings and music videos, the copyright in which is owned or controlled by IFPI members. The app functions, at a basic level, by allowing users to stream copyright-protected sound recordings that have been derived from YouTube, but without relevant authorisation and in breach of YouTube's terms of service. The functionality offered by the app, which includes, for example, the ability for users to stream content from a mobile device when the user's screen is locked (background listening) and experience non-video playback, goes beyond the scope of the licences that have been granted by the relevant right holders to YouTube and is not authorised. Musi's activities amount to unauthorised communication to the public /making available of our members' recordings under the applicable law in the EU and U.K including because the communications are to a public that was not considered by the relevant right holders when they granted their initial consent to YouTube.

Moreover, to provide the service that it does, the application also circumvents technical protection measures (TPMs) implemented for the purpose of preventing acts which are not authorised by the right holders.

Our members' sound recordings that can be streamed without relevant authorisation using the application include, without limitation, the further example infringements that were set out in our email of 27 February 2024 (below).

IFPI is in communication with the developer's solicitors in the UK but the parties have not reached a resolution. IFPI and its members' position remains that the app is infringing and circumvents TPMs.

In the light of this explanation and our continued correspondence with you regarding this app more generally, please note that we consider that Apple has the requisite knowledge of this illegal activity as referred to in Article 6 of the EU Digital Services Act. Therefore, for all these reasons please keep this complaint open and we reiterate our request that the app be removed from the App Store without further delay.

In the meantime, all rights and remedies of IFPI and its members and their represented artists are reserved in full.

Kind regards,
IFPI

---

**From:** AppStoreNotices <AppStoreNotices@apple.com>
**Sent:** Wednesday, April 3, 2024 12:30 AM
**To:** app-enforcement <App.Enforcement@ifpi.org>
**Cc:** aaronwojnowski@gmail.com; support@feelthemusi.com; christian@feelthemusi.com; aaron@feelthemusi.com; apple-ios-contact@feelthemusi.com; MElkin@winston.com; herstein@pitblado.com
**Subject:** Apple Inc. (our ref# APP187194)

[This message is from an external sender. Please take care with any links or attachments]

Dear ██████,

**Please include APP187194 in the subject line of any future correspondence on this matter as failure to do so may prevent our system from

properly recording your response.**

The provider below (cc'ed) has advised that they have been in contact with you and that the matter is now resolved. Unless we hear from you within 14 days, we will conclude that the matter has been resolved. If at any time you wish to reopen this matter, you may send us an email with your dispute reference number in the subject line.

Developer: Musi Inc.
Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124
-


Sincerely,

James

 Apple Legal | Apple | One Apple Park Way Cupertino, CA 95014 |
The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.


----- Original Message -----
From: MElkin@winston.com
Subject: [EXT] RE: Apple Inc. (our ref# APP187194)
Date: March 1, 2024 at 3:01:26 PM
To: AppStoreNotices@apple.com
Cc: herstein@pitblado.com

Dear App Store Notices:

As noted, we have been in communication directly with the Complainant on this matter over the past several months in order to attempt to resolve any dispute. As a result of those communications, the Complainant confirmed to Musi that it
is not making any claims under United States law. So there are no live US-based disputes between the parties.

Moreover, Musi has repeatedly, on multiple occasions, and as recently as January 5, 2024, responded fully and promptly to the Complainant to address its concerns and explain its position that the Complainant does not have legitimate claims
under relevant foreign jurisdictions. As of this date, the Complainant has not substantiated its allegation with factual proof or relevant legal precedent.

In fact, Musi has not even received a direct reply to its January 5 correspondence from the Complainant (nearly 2 months ago), nor has the Complainant outlined any additional basis for the maintenance of its claims in its recent correspondence
to App Store Notices. Accordingly, we would respectfully ask you to summarily disregard any further communication by the Complainant that professes to assert a viable claim under any law – anywhere. Of course, we will continue to maintain a dialogue directly
with the Complainant as we have for quite some time now.

We would like to reiterate that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.

Yours truly,

Michael S. Elkin

Michael Elkin

Vice Chairman
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio l VCard l Email l winston.com

Begin forwarded message:

From: app-enforcement
<App.Enforcement@ifpi.org>
Date: February 27, 2024 at 5:12:25 AM CST
To: AppStoreNotices
<AppStoreNotices@apple.com>, app-
enforcement <App.Enforcement@ifpi.org>, Adam
Herstein <herstein@pitblado.com>
Cc:aaronwojnowski@gmail.com,
support@feelthemusi.com,
christian@feelthemusi.com, aaron@feelthemusi.c
om,
apple-ios-contact@feelthemusi.com
Subject:[EXT] RE: Apple Inc. (our ref#
APP187194)

Dear James,

Re: Developer: Musi Inc.

Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

Your Reference: APP187194
Please can you reopen this matter, as the Musi
application infringes the copyright in sound
recordings and music videos which is owned
or controlled by IFPI members ("IFPI Member
Content"). The app does this by allowing users to
stream, without relevant authorisation, copyright-

protected content that has been derived from YouTube. The application includes functionalities, such as allowing
users to stream IFPI Member Content from a mobile device when the user's screen is locked and non-video playback, which are not authorised by the relevant right holders.


In addition, Musi operates by circumventing the technical prevention measures (TPMs) which YouTube has implemented to protect IFPI Member
Content.

As requested, we attach further evidence of Musi's infringing activities. We attach screenshots showing the availability of the content set out below through the application.

ARTIST
SOUND RECORDING / MUSIC VIDEO
IFPI MEMBER
Harry Styles
As It Was
Sony
Music Entertainment

Please note that these are only example infringements. This are not the only infringing content that is made available through the app.

As we have explained previously, we are currently in dialogue with the developer's legal counsel. IFPI's latest letter is attached
for your information. If a resolution is reached, we will let you know. But in the meantime, we should be grateful if you would reopen this matter open and we reiterate our request that the app be removed from the App Store without further delay.

With kind regards
IFPI


From: AppStoreNotices
<AppStoreNotices@apple.com>

Sent: Monday, February 19, 2024 7:29 PM
To: app-enforcement
<App.Enforcement@ifpi.org>;
herstein@pitblado.com
Cc:aaronwojnowski@gmail.com;
support@feelthemusi.com;
christian@feelthemusi.com; aaron@feelthemusi.com;
apple-ios-contact@feelthemusi.com
Subject: Apple Inc. (our ref# APP187194)


[This message is from an external sender. Please take care with any links or attachments]

**Please include APP187194 in the subject line of any future correspondence on this matter as failure to do so may prevent our system from properly recording your response.**

Hello,

Please note that we only handle claims of intellectual property infringement on the App Store. Per our previous message, you were asked to provide documentation to support your infringement claim. As you have not provided the requested documentation, we will consider this matter closed at this time. Upon receipt of documentation detailing the alleged infringement in the current version of the disputed app, we will re-open this matter for further handling.

Developer: Musi Inc.
Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124
Email Contact(s): aaronwojnowski@gmail.com, support@feelthemusi.com,
christian@feelthemusi.com, aaron@feelthemusi.com,
apple-ios-contact@feelthemusi.com
-

Sincerely,

James

 Apple Legal | Apple | One Apple Park Way
Cupertino, CA 95014 |
The information in this e-mail and any
attachment(s) is intended solely for the personal
and confidential use of the designated recipients.
This message may be an attorney-client
communication protected by privilege. If you are
not the intended recipient, you
may not review, use, copy, forward, or otherwise
disseminate this message. Please notify us of the
transmission error by reply e-mail and delete all
copies of the message and any attachment(s)
from your systems. The use of the sender's name
in this message
is not intended as an electronic signature under
any applicable law. Thank you.

_____
_____

On Feb 1, 2024 at 3:11
AM, App.Enforcement@ifpi.org wrote:

Dear James,

Re: Developer: Musi Inc.

Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

Your Reference: APP187194
We refer to your latest email. Contrary to what is
stated in your email, the developer has not
advised that the matter has been resolved.

Instead, both parties have explained that they are
corresponding directly with one another but have
not reached a resolution.

The parties have also each made clear in the
email chain below their respective positions and
the developer has made no relevant changes to

the app since the initial report was filed.

Accordingly, please keep this matter open. As mentioned by both parties previously, if a resolution is reached, we will let you know.

The rights and remedies of IFPI and its member companies are reserved.

With kind regards
IFPI


From: AppStoreNotices <AppStoreNotices@apple.com>
Sent: Thursday, January 25, 2024 10:28 AM
To: app-enforcement <App.Enforcement@ifpi.org>; herstein@pitblado.com
Cc: christian@wearedash.com; aaronwojnowski@gmail.com; support@feelthemusi.com; christian@feelthemusi.com; aaron@feelthemusi.com; apple-ios-contact@feelthemusi.com; MElkin@winston.com
Subject: Apple Inc. (our ref# APP187194)

[This message is from an external sender. Please take care with any links or attachments]

Dear Melissa,

**Please include APP187194 in the subject line of any future correspondence on this matter as failure to do so may prevent our system from properly recording your response.**

The provider below (cc'ed) has advised that they have been on contact with you and that the matter is now resolved. If you believe the matter is not resolved, please provide evidence that the current version of the app infringes your intellectual property rights.
Unless we receive such evidence within 14 days, we will consider this matter closed. You may reopen this matter at any time by sending us an email with your dispute reference number in the

subject line.

Developer: Musi Inc.
Provider: Musi Inc.
Title: Musi - Simple Music Streaming
Apple ID: 591560124
-

Sincerely,

James

 Apple Legal Apple One Apple Park Way
Cupertino, CA 95014
AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com>
The information in this e-mail and any
attachment(s) is intended solely for the personal
and confidential use of the designated recipients.
This message may be an attorney-client
communication protected by privilege. If you are
not the intended recipient, you
may not review, use, copy, forward, or otherwise
disseminate this message. Please notify us of the
transmission error by reply e-mail and delete all
copies of the message and any attachment(s)
from your systems. The use of the sender's name
in this message
is not intended as an electronic signature under
any applicable law. Thank you.


----- Original Message -----
From: MElkin@winston.com<mailto:MElkin@winston.com>
Subject: [EXT] RE: Apple Inc. (our ref#
APP187194)
Date: Jan 18, 2024 at 9:14 AM
To:
AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com>
Cc: herstein@pitblado.com<mailto:herstein@pitblado.com>

Dear App Store Notices:

As noted, we have been in communication directly with the Complainant on this matter in order to attempt to resolve any dispute. We will continue to keep you updated as to the status of our communication.

It is Musi's position that the Complainant has made a number of baseless and unsubstantiated claims about Musi. Musi has made it clear to the Complainant that its claims are either unsupported by current law, or are reliant on facts that are incorrect. We would like to reiterate that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.

Yours truly,


Michael Elkin
Vice Chairman
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio<https://www.winston.com/en/professionals/elkin-michael-s<https://www.winston.com/en/professionals/elkin-michael-s>>
|
VCard<https://www.winston.com/en/professionals/elkin-michael-s/vcard.vcf<https://www.winston.com/en/professionals/elkin-michael-s/vcard.vcf>>
| Email<mailto:melkin@winston.com> | winston.com<http://winston.com>
<http://www.winston.com<http://www.winston.com>>
[Winston & Strawn LLP]



Begin forwarded message:
From: app-enforcement

app-enforcement
<App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org>>>
Date: January 17, 2024 at 3:12:04 AM CST
To: AppStoreNotices
<AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com>>>,
app-enforcement
<App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org>>>
Cc: Adam Herstein
<herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>>
Subject: [EXT] RE: Apple Inc. (our ref#
APP187194)

Dear James,

Re: Developer: Musi Inc.

Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

Your Reference: APP187194

Thank you for your email.

This matter has not been resolved. The parties are corresponding directly but have not reached a resolution.

The developer has made no material changes to the app and thus it continues to infringe the rights of our member companies by communicating IFPI Member Content to the public without relevant authorisation. In addition, the developer is circumventing the technical protection measures (TPMs) which YouTube has implemented to protect IFPI Member Content.

Therefore, please keep this matter open and we repeat our request that Apple removes the app

from the App Store. In the meantime, if we reach a resolution with the developer, we will let you know.

The rights and remedies of IFPI and its member companies are reserved.
With kind regards
IFPI

From: AppStoreNotices <AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com>>>
Sent: Friday, January 5, 2024 1:40 AM
To: app-enforcement <App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org>>>;

herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>
Subject: Apple Inc. (our ref# APP187194)

Dear █████,

**Please include APP187194 in the subject line of any future correspondence on this matter as failure to do so may prevent our system from properly recording your response.**

According to our records, we did not receive confirmation from you that this matter had been resolved.

Please let us know the status of the dispute involving the app listed below. If we do not hear from you within 14 days, we will close this matter for our records. If at any time you wish to reopen this matter, you may send us an email with your dispute reference
number in the subject line.

Developer: Musi Inc.
Provider: Musi Inc.
Title: Musi - Simple Music Streaming
Apple ID: 591560124

Apple ID: 551566124

-

Sincerely,

James

 Apple Legal Apple One Apple Park Way
Cupertino, CA 95014
AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com>>
The information in this e-mail and any
attachment(s) is intended solely for the personal
and confidential use of the designated recipients.
This message may be an attorney-client
communication protected by privilege. If you are
not the intended recipient, you
may not review, use, copy, forward, or otherwise
disseminate this message. Please notify us of the
transmission error by reply e-mail and delete all
copies of the message and any attachment(s)
from your systems. The use of the sender's name
in this message
is not intended as an electronic signature under
any applicable law. Thank you.


----- Original Message -----
From:
MElkin@winston.com<mailto:MElkin@winston.com<mailto:MElkin@winston.com%3cmailto:MElkin@winston.com>>
Subject: Apple Inc. (our ref# APP187194)
Date: Nov 4, 2023 at 8:20 AM
To:
AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com>>
Cc:
herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>

Dear App Store Notices:

Musi received correspondence from the Complainant on October 25, 2023. Musi has communicated directly with the Complainant on November 2, 2023 in order to address its concerns and express its position that Complainant's allegations are without merit. We will
continue to keep you updated as to the status of our communication.

We would like to reiterate that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.

Yours truly,


Michael Elkin
Vice Chairman
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio<https://www.winston.com/en/professionals/elkin-michael-s<https://www.winston.com/en/professionals/elkin-michael-s>>
|
VCard<https://www.winston.com/en/professionals/elkin-michael-s/vcard.vcf<https://www.winston.com/en/professionals/elkin-michael-s/vcard.vcf>>
| Email<mailto:melkin@winston.com> | winston.com<http://winston.com> <http://winston.com<http://winston.com>> <http://www.winston.com<http://www.winston.com>>
[Winston & Strawn LLP]


From: app-enforcement <App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforceme

.Enforcement@ifpi.org%3cmailto:App.Enforceme
nt@ifpi.org%3cmailto:App.Enforcement@ifpi.org
%3cmailto:App.Enforcement@ifpi.org>>>>
Sent: Tuesday, October 31, 2023 9:09 AM
To: AppStoreNotices
<AppStoreNotices@apple.com<mailto:AppStore
Notices@apple.com<mailto:AppStoreNotices@ap
ple.com%3cmailto:AppStoreNotices@apple.com<
mailto:AppStoreNotices@apple.com%3cmailto:A
ppStoreNotices@apple.com%3cmailto:AppStore
Notices@apple.com%3cmailto:AppStoreNotices
@apple.com>>>>;
app-enforcement
<App.Enforcement@ifpi.org<mailto:App.Enforce
ment@ifpi.org<mailto:App.Enforcement@ifpi.org
%3cmailto:App.Enforcement@ifpi.org<mailto:App
.Enforcement@ifpi.org%3cmailto:App.Enforceme
nt@ifpi.org%3cmailto:App.Enforcement@ifpi.org
%3cmailto:App.Enforcement@ifpi.org>>>>;

herstein@pitblado.com<mailto:herstein@pitblado.
com<mailto:herstein@pitblado.com%3cmailto:her
stein@pitblado.com<mailto:herstein@pitblado.co
m%3cmailto:herstein@pitblado.com%3cmailto:he
rstein@pitblado.com%3cmailto:herstein@pitblado
.com>>>;

christian@wearedash.com<mailto:christian@wea
redash.com<mailto:christian@wearedash.com%3
cmailto:christian@wearedash.com<mailto:christia
n@wearedash.com%3cmailto:christian@weareda
sh.com%3cmailto:christian@wearedash.com%3c
mailto:christian@wearedash.com>>>;

aaronwojnowski@gmail.com<mailto:aaronwojnow
ski@gmail.com<mailto:aaronwojnowski@gmail.c
om%3cmailto:aaronwojnowski@gmail.com<mailt
o:aaronwojnowski@gmail.com%3cmailto:aaronw
ojnowski@gmail.com%3cmailto:aaronwojnowski
@gmail.com%3cmailto:aaronwojnowski@gmail.c
om>>>;

support@feelthemusi.com<mailto:support@feelth
emusi.com<mailto:support@feelthemusi.com%3c
mailto:support@feelthemusi.com<mailto:support
@feelthemusi.com%3cmailto:support@feelthemu
si.com%3cmailto:support@feelthemusi.com%3c
mailto:support@feelthemusi.com>>>;

christian@feelthemusi.com<mailto:christian@feel
themusi.com<mailto:christian@feelthemusi.com%
3cmailto:christian@feelthemusi.com<mailto:christ
ian@feelthemusi.com%3cmailto:christian@feelth
emusi.com%3cmailto:christian@feelthemusi.com
%3cmailto:christian@feelthemusi.com>>>;

aaron@feelthemusi.com<mailto:aaron@feelthem
usi.com<mailto:aaron@feelthemusi.com%3cmailt
o:aaron@feelthemusi.com<mailto:aaron@feelthe
musi.com%3cmailto:aaron@feelthemusi.com%3c
mailto:aaron@feelthemusi.com%3cmailto:aaron
@feelthemusi.com>>>;

apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>;
Elkin, Michael
<MElkin@winston.com<mailto:MElkin@winston.c
om<mailto:MElkin@winston.com%3cmailto:MElki
n@winston.com<mailto:MElkin@winston.com%3
cmailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com>>>
>
Subject: Re: Apple Inc. (our ref# APP187194)

Dear James,Re: Developer: Musi Inc.Provider:
Musi
Inc.App<http://Inc.App>
<http://Inc.App<http://Inc.App>>
Title: Musi - Simple Music StreamingApple ID:
591560124Your Reference: APP187194Thank
you for your email.Further to our email dated 9
October 2023, IFPI continues to correspond with
the developer's representative, but this


Dear James,

Re: Developer: Musi Inc.

Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

Your Reference: APP187194

Thank you for your email.

Further to our email dated 9 October 2023, IFPI
continues to correspond with the developer's
representative, but this issue remains unresolved.
IFPI responded to the most recent
correspondence from the developer's
representative on 25 October 2023 and awaits
a response. Please see our letter attached.

We will keep Apple informed of progress on this
matter, particularly if we reach a resolution with
the developer. However, in the meantime, as you
will see from the attached letter, the app
continues to infringe the rights of our member
companies by communicating
IFPI Member Content to the public without
authorisation. In addition, we have reason to
believe that the developer is circumventing the
technical protection measures (TPMs) which
YouTube has implemented to protect IFPI
Member Content.

Accordingly, we repeat our request that the app
be removed from the App Store without further
delay.

Kind regards

IFPI

_____
From: AppStoreNotices
<AppStoreNotices@apple.com<mailto:AppStore
Notices@apple.com<mailto:AppStoreNotices@ap
ple.com%3cmailto:AppStoreNotices@apple.com<
mailto:AppStoreNotices@apple.com%3cmailto:A
ppStoreNotices@apple.com%3cmailto:AppStore
Notices@apple.com%3cmailto:AppStoreNotices
@apple.com>>>>
Sent: Monday. October 16. 2023 19:44

To: app-enforcement
<App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org>>>>;

herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>>
<herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>>>;

christian@wearedash.com<mailto:christian@wearedash.com<mailto:christian@wearedash.com%3cmailto:christian@wearedash.com<mailto:christian@wearedash.com%3cmailto:christian@wearedash.com%3cmailto:christian@wearedash.com>>>
<christian@wearedash.com<mailto:christian@wearedash.com<mailto:christian@wearedash.com%3cmailto:christian@wearedash.com<mailto:christian@wearedash.com%3cmailto:christian@wearedash.com%3cmailto:christian@wearedash.com>>>>;

aaronwojnowski@gmail.com<mailto:aaronwojnowski@gmail.com<mailto:aaronwojnowski@gmail.com%3cmailto:aaronwojnowski@gmail.com<mailto:aaronwojnowski@gmail.com%3cmailto:aaronwojnowski@gmail.com%3cmailto:aaronwojnowski@gmail.com>>>
<aaronwojnowski@gmail.com<mailto:aaronwojnowski@gmail.com<mailto:aaronwojnowski@gmail.com%3cmailto:aaronwojnowski@gmail.com<mailto:aaronwojnowski@gmail.com%3cmailto:aaronwojnowski@gmail.com%3cmailto:aaronwojnowski@gmail.c

om>>>>;

support@feelthemusi.com<mailto:support@feelt
hemusi.com<mailto:support@feelthemusi.com%3c
mailto:support@feelthemusi.com<mailto:support
@feelthemusi.com%3cmailto:support@feelthemu
si.com%3cmailto:support@feelthemusi.com%3c
mailto:support@feelthemusi.com>>>
<support@feelthemusi.com<mailto:support@feelt
hemusi.com<mailto:support@feelthemusi.com%3
cmailto:support@feelthemusi.com<mailto:support
@feelthemusi.com%3cmailto:support@feelthemu
si.com%3cmailto:support@feelthemusi.com%3c
mailto:support@feelthemusi.com>>>>;

christian@feelthemusi.com<mailto:christian@feel
themusi.com<mailto:christian@feelthemusi.com%
3cmailto:christian@feelthemusi.com<mailto:christ
ian@feelthemusi.com%3cmailto:christian@feelth
emusi.com%3cmailto:christian@feelthemusi.com
%3cmailto:christian@feelthemusi.com>>>
<christian@feelthemusi.com<mailto:christian@fe
elthemusi.com<mailto:christian@feelthemusi.com
%3cmailto:christian@feelthemusi.com<mailto:chri
stian@feelthemusi.com%3cmailto:christian@feelt
hemusi.com%3cmailto:christian@feelthemusi.co
m%3cmailto:christian@feelthemusi.com>>>>;

aaron@feelthemusi.com<mailto:aaron@feelthem
usi.com<mailto:aaron@feelthemusi.com%3cmailt
o:aaron@feelthemusi.com<mailto:aaron@feelthe
musi.com%3cmailto:aaron@feelthemusi.com%3c
mailto:aaron@feelthemusi.com%3cmailto:aaron
@feelthemusi.com>>>
<aaron@feelthemusi.com<mailto:aaron@feelthe
musi.com<mailto:aaron@feelthemusi.com%3cma
ilto:aaron@feelthemusi.com<mailto:aaron@feelth
emusi.com%3cmailto:aaron@feelthemusi.com%3
cmailto:aaron@feelthemusi.com%3cmailto:aaron
@feelthemusi.com>>>>;

apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-

contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>
<apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>>;

MElkin@winston.com<mailto:MElkin@winston.co
m<mailto:MElkin@winston.com%3cmailto:MElkin
@winston.com<mailto:MElkin@winston.com%3c
mailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com>>>
<MElkin@winston.com<mailto:MElkin@winston.c
om<mailto:MElkin@winston.com%3cmailto:MElki
n@winston.com<mailto:MElkin@winston.com%3
cmailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com>>>
>
Subject: Apple Inc. (our ref# APP187194)

Hello,

**Please include APP187194 in the subject line of
any future correspondence on this matter.**

According to our records, this matter is
unresolved at this time. Please update us on the
status of your communications regarding the
following app:

Developer: Musi Inc.
Provider: Musi Inc.
Title: Musi - Simple Music Streaming
Apple ID: 591560124
-

Sincerely,

James

 Apple Legal Apple One Apple Park Way
Cupertino, CA 95014

AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com>>>

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you
may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message
is not intended as an electronic signature under any applicable law. Thank you.


----- Original Message -----
From:
App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org>>>
Subject: Re: Apple Inc. (our ref# APP187194)
Date: Oct 9, 2023 at 8:45 AM
To:
AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com>>>,

herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com

rstein@pitblado.com<mailto:herstein@pitblado
.com>>>>

Cc:
christian@wearedash.com<mailto:christian@wea
redash.com<mailto:christian@wearedash.com%3
cmailto:christian@wearedash.com<mailto:christia
n@wearedash.com%3cmailto:christian@weareda
sh.com%3cmailto:christian@wearedash.com%3c
mailto:christian@wearedash.com>>>,

aaronwojnowski@gmail.com<mailto:aaronwojnow
ski@gmail.com<mailto:aaronwojnowski@gmail.c
om%3cmailto:aaronwojnowski@gmail.com<mailt
o:aaronwojnowski@gmail.com%3cmailto:aaronw
ojnowski@gmail.com%3cmailto:aaronwojnowski
@gmail.com%3cmailto:aaronwojnowski@gmail.c
om>>>,

support@feelthemusi.com<mailto:support@feelth
emusi.com<mailto:support@feelthemusi.com%3c
mailto:support@feelthemusi.com<mailto:support
@feelthemusi.com%3cmailto:support@feelthemu
si.com%3cmailto:support@feelthemusi.com%3c
mailto:support@feelthemusi.com>>>,

christian@feelthemusi.com<mailto:christian@feel
themusi.com<mailto:christian@feelthemusi.com%
3cmailto:christian@feelthemusi.com<mailto:christ
ian@feelthemusi.com%3cmailto:christian@feelth
emusi.com%3cmailto:christian@feelthemusi.com
%3cmailto:christian@feelthemusi.com>>>,

aaron@feelthemusi.com<mailto:aaron@feelthem
usi.com<mailto:aaron@feelthemusi.com%3cmailt
o:aaron@feelthemusi.com<mailto:aaron@feelthe
musi.com%3cmailto:aaron@feelthemusi.com%3c
mailto:aaron@feelthemusi.com%3cmailto:aaron
@feelthemusi.com>>>,

apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>,

MElkin@winston.com<mailto:MElkin@winston.co
m<mailto:MElkin@winston.com%3cmailto:MElkin
@winston.com<mailto:MElkin@winston.com%3c
mailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com>>>

Dear James,


Re: Developer: Musi Inc.

Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

Your Reference: APP187194

Thank you for your email.


We have indeed received communication from
the developer's advisers, but unfortunately the
matter is not yet resolved. IFPI will shortly be
responding to the developer's representative's
latest communication, and we will keep Apple
informed of the progress
and if we reach a resolution.


However, in the meantime, the app continues to
infringe the rights of our member companies by
communicating IFPI Member Content to the
public without authorisation . Accordingly, until we
notify you that the matter is resolved, we should
be grateful if you
would leave this matter open.


Kind regards

IFPI

_____

From: AppStoreNotices
<AppStoreNotices@apple.com<mailto:AppStore
Notices@apple.com<mailto:AppStoreNotices@ap
ple.com%3cmailto:AppStoreNotices@apple.com<
mailto:AppStoreNotices@apple.com%3cmailto:A
ppStoreNotices@apple.com%3cmailto:AppStore
Notices@apple.com%3cmailto:AppStoreNotices
@apple.com>>>>
Sent: Monday, September 25, 2023 19:50
To: app-enforcement
<App.Enforcement@ifpi.org<mailto:App.Enforce
ment@ifpi.org<mailto:App.Enforcement@ifpi.org
%3cmailto:App.Enforcement@ifpi.org<mailto:App
.Enforcement@ifpi.org%3cmailto:App.Enforceme
nt@ifpi.org%3cmailto:App.Enforcement@ifpi.org
%3cmailto:App.Enforcement@ifpi.org>>>>;

herstein@pitblado.com<mailto:herstein@pitblado.
com<mailto:herstein@pitblado.com%3cmailto:her
stein@pitblado.com<mailto:herstein@pitblado.co
m%3cmailto:herstein@pitblado.com%3cmailto:he
rstein@pitblado.com%3cmailto:herstein@pitblado
.com>>>
<herstein@pitblado.com<mailto:herstein@pitblad
o.com<mailto:herstein@pitblado.com%3cmailto:h
erstein@pitblado.com<mailto:herstein@pitblado.c
om%3cmailto:herstein@pitblado.com%3cmailto:h
erstein@pitblado.com%3cmailto:herstein@pitblad
o.com>>>>
Cc:
christian@wearedash.com<mailto:christian@wea
redash.com<mailto:christian@wearedash.com%3
cmailto:christian@wearedash.com<mailto:christia
n@wearedash.com%3cmailto:christian@wearada
sh.com%3cmailto:christian@wearedash.com%3c
mailto:christian@wearedash.com>>>
<christian@wearedash.com<mailto:christian@we
aredash.com<mailto:christian@wearedash.com%
3cmailto:christian@wearedash.com<mailto:christi
an@wearedash.com%3cmailto:christian@weared
ash.com%3cmailto:christian@wearedash.com%3
cmailto:christian@wearedash.com>>>>;

aaronwojnowski@gmail.com<mailto:aaronwojnow
ski@gmail.com<mailto:aaronwojnowski@gmail.c
om%3cmailto:aaronwojnowski@gmail.com<mailt

o:aaronwojnowski@gmail.com%3cmailto:aaronw
ojnowski@gmail.com%3cmailto:aaronwojnowski
@gmail.com%3cmailto:aaronwojnowski@gmail.c
om>>>
<aaronwojnowski@gmail.com<mailto:aaronwojno
wski@gmail.com<mailto:aaronwojnowski@gmail.
com%3cmailto:aaronwojnowski@gmail.com<mail
to:aaronwojnowski@gmail.com%3cmailto:aaronw
ojnowski@gmail.com%3cmailto:aaronwojnowski
@gmail.com%3cmailto:aaronwojnowski@gmail.c
om>>>>;

support@feelthemusi.com<mailto:support@feelth
emusi.com<mailto:support@feelthemusi.com%3c
mailto:support@feelthemusi.com<mailto:support
@feelthemusi.com%3cmailto:support@feelthemu
si.com%3cmailto:support@feelthemusi.com%3c
mailto:support@feelthemusi.com>>>
<support@feelthemusi.com<mailto:support@feelt
hemusi.com<mailto:support@feelthemusi.com%3
cmailto:support@feelthemusi.com<mailto:support
@feelthemusi.com%3cmailto:support@feelthemu
si.com%3cmailto:support@feelthemusi.com%3c
mailto:support@feelthemusi.com>>>>;

christian@feelthemusi.com<mailto:christian@feel
themusi.com<mailto:christian@feelthemusi.com%
3cmailto:christian@feelthemusi.com<mailto:christ
ian@feelthemusi.com%3cmailto:christian@feelth
emusi.com%3cmailto:christian@feelthemusi.com
%3cmailto:christian@feelthemusi.com>>>
<christian@feelthemusi.com<mailto:christian@fe
elthemusi.com<mailto:christian@feelthemusi.com
%3cmailto:christian@feelthemusi.com<mailto:chri
stian@feelthemusi.com%3cmailto:christian@feelt
hemusi.com%3cmailto:christian@feelthemusi.co
m%3cmailto:christian@feelthemusi.com>>>>;

aaron@feelthemusi.com<mailto:aaron@feelthem
usi.com<mailto:aaron@feelthemusi.com%3cmailt
o:aaron@feelthemusi.com<mailto:aaron@feelthe
musi.com%3cmailto:aaron@feelthemusi.com%3c
mailto:aaron@feelthemusi.com%3cmailto:aaron
@feelthemusi.com>>>
<aaron@feelthemusi.com<mailto:aaron@feelthe
musi.com<mailto:aaron@feelthemusi.com%3cma
ilto:aaron@feelthemusi.com<mailto:aaron@feelth

emusi.com%3cmailto:aaron@feelthemusi.com%3
cmailto:aaron@feelthemusi.com%3cmailto:aaron
@feelthemusi.com>>>>;

apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>
<apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>>;

MElkin@winston.com<mailto:MElkin@winston.co
m<mailto:MElkin@winston.com%3cmailto:MElkin
@winston.com<mailto:MElkin@winston.com%3c
mailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com>>>
<MElkin@winston.com<mailto:MElkin@winston.c
om<mailto:MElkin@winston.com%3cmailto:MElki
n@winston.com<mailto:MElkin@winston.com%3
cmailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com>>>
>
Subject: Apple Inc. (our ref# APP187194)

Dear ████,

**Please include APP187194 in the subject line of
any future correspondence on this matter.**

The provider below (cc'ed) has advised that they
have been in contact with you and that the matter
is now resolved. Unless we hear from you within
14 days, we will conclude that the matter has
been resolved. If at any time you wish to reopen
this matter, you
may send us an email with your dispute reference

number in the subject line.

Developer: Musi Inc.
Provider: Musi Inc.
app Title: Musi - Simple Music Streaming
Apple ID: 591560124
-

Sincerely,

James

 Apple Legal Apple One Apple Park Way
Cupertino, CA 95014
AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com>>>
The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you
may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message
is not intended as an electronic signature under any applicable law. Thank you.


----- Original Message -----
From:
MElkin@winston.com<mailto:MElkin@winston.com<mailto:MElkin@winston.com%3cmailto:MElkin@winston.com<mailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com>>>
Subject: Apple Inc. (our ref# APP187194)
Date: Sep 18, 2023 at 4:26 PM

To:
AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com>>>

Cc:
herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>>

Dear App Store Notices,

For your information, attached please find a copy of correspondence that Musi has provided directly to the Complainant to address its concerns.

We would like to reiterate once again that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.

Regards-

Michael Elkin
Vice Chairman
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio<https://www.winston.com/en/professionals/elkin-michael-s<https://www.winston.com/en/professionals/elkin-michael-s><https://www.winston.com/en/professionals/elkin-michael-s<https://www.winston.com/en/professionals/elkin-michael-s>>>
I

.
VCard<https://www.winston.com/en/professionals/elkin-michael-s/vcard.vcf<https://www.winston.com/en/professionals/elkin-michael-s/vcard.vcf>
<https://www.winston.com/en/professionals/elkin-michael-s/vcard.vcf<https://www.winston.com/en/professionals/elkin-michael-s/vcard.vcf>>>
| Email<mailto:melkin@winston.com> |
winston.com<http://winston.com>
<http://winston.com<http://winston.com>>
<http://winston.com<http://winston.com>>
<http://winston.com<http://winston.com>>
<http://www.winston.com<http://www.winston.com>
<http://www.winston.com<http://www.winston.com>>>
[Winston & Strawn LLP]

_____

From: app-enforcement
<App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org<mailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org%3cmailto:App.Enforcement@ifpi.org>>>>>
Sent: Monday, September 11, 2023 2:14 PM
To: AppStoreNotices
<AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cm

ailto:AppStoreNotices@apple.com%3cmailto:App
StoreNotices@apple.com%3cmailto:AppStoreNot
ices@apple.com%3cmailto:AppStoreNotices@ap
ple.com%3cmailto:AppStoreNotices@apple.com
%3cmailto:AppStoreNotices@apple.com>>>>>

Cc:
apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>>

<apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>>>;

Elkin, Michael
<MElkin@winston.com<mailto:MElkin@winston.c
om<mailto:MElkin@winston.com%3cmailto:MElki
n@winston.com<mailto:MElkin@winston.com>%3
cmailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com<ma
ilto:MElkin@winston.com%3cmailto:MElkin@wins
ton.com%3cmailto:MElkin@winston.com%3cmailt

ton.com%3cmailto:MElkin@winston.com%3cmailt
o:MElkin@winston.com%3cmailto:MElkin@winst
on.com%3cmailto:MElkin@winston.com%3cmailt
o:MElkin@winston.com%3cmailto:MElkin@winst
on.com>>>>>;

herstein@pitblado.com<mailto:herstein@pitblado.
com<mailto:herstein@pitblado.com%3cmailto:her
stein@pitblado.com<mailto:herstein@pitblado.co
m%3cmailto:herstein@pitblado.com%3cmailto:he
rstein@pitblado.com%3cmailto:herstein@pitblado
.com<mailto:herstein@pitblado.com%3cmailto:he
rstein@pitblado.com%3cmailto:herstein@pitblado
.com%3cmailto:herstein@pitblado.com%3cmailto
:herstein@pitblado.com%3cmailto:herstein@pitbl
ado.com%3cmailto:herstein@pitblado.com%3cm
ailto:herstein@pitblado.com>>>>
<herstein@pitblado.com<mailto:herstein@pitblad
o.com<mailto:herstein@pitblado.com%3cmailto:h
erstein@pitblado.com<mailto:herstein@pitblado.c
om%3cmailto:herstein@pitblado.com%3cmailto:h
erstein@pitblado.com%3cmailto:herstein@pitblad
o.com<mailto:herstein@pitblado.com%3cmailto:h
erstein@pitblado.com%3cmailto:herstein@pitblad
o.com%3cmailto:herstein@pitblado.com%3cmailt
o:herstein@pitblado.com%3cmailto:herstein@pit
blado.com%3cmailto:herstein@pitblado.com%3c
mailto:herstein@pitblado.com>>>>>
Subject: Re: Apple Inc. (our ref# APP187194)

Dear James, Re: Developer: Musi Inc.Provider:
Musi
Inc.App<http://Inc.App>
<http://Inc.App<http://Inc.App>>
<http://Inc.App<http://Inc.App>
<http://Inc.App<http://Inc.App>>>
<http://Inc.App<http://Inc.App>
<http://Inc.App<http://Inc.App>>
<http://Inc.App<http://Inc.App>
<http://Inc.App<http://Inc.App>>>>
Title: Musi - Simple Music StreamingApple ID:
591560124 Your Reference: APP187194Thank
you for your email. Please note that this matter is
not resolved. The parties are in direct
communication - IFPI wrote to the develope

Dear James,


Re: Developer: Musi Inc.

Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

Your Reference: APP187194

Thank you for your email.


Please note that this matter is not resolved. The parties are in direct communication - IFPI wrote to the developer's representative, and a copy of that letter is attached for your information. However, no changes have been made to the app and the app continues
to infringe the rights of our member companies, including under laws, for example, in the EU Member States and the UK.


We shall update you if we reach a resolution with the developer, but in the meantime, we should be grateful if you would leave this matter open and we reiterate our request that the app be removed from the App Store without further delay.


Kind regards


IFPI

_____
From: AppStoreNotices
<AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<
mailto:AppStoreNotices@apple.com%3cmailto:A

mailto:AppStoreNotices@apple.com%3cmailto:A
ppStoreNotices@apple.com%3cmailto:AppStore
Notices@apple.com%3cmailto:AppStoreNotices
@apple.com<mailto:AppStoreNotices@apple.co
m%3cmailto:AppStoreNotices@apple.com%3cm
ailto:AppStoreNotices@apple.com%3cmailto:App
StoreNotices@apple.com%3cmailto:AppStoreNot
ices@apple.com%3cmailto:AppStoreNotices@ap
ple.com%3cmailto:AppStoreNotices@apple.com
%3cmailto:AppStoreNotices@apple.com>>>>>
Sent: Tuesday, August 29, 2023 01:49
To: app-enforcement
<App.Enforcement@ifpi.org<mailto:App.Enforce
ment@ifpi.org<mailto:App.Enforcement@ifpi.org
%3cmailto:App.Enforcement@ifpi.org<mailto:App
.Enforcement@ifpi.org%3cmailto:App.Enforceme
nt@ifpi.org%3cmailto:App.Enforcement@ifpi.org
%3cmailto:App.Enforcement@ifpi.org<mailto:App
.Enforcement@ifpi.org%3cmailto:App.Enforceme
nt@ifpi.org%3cmailto:App.Enforcement@ifpi.org
%3cmailto:App.Enforcement@ifpi.org%3cmailto:
App.Enforcement@ifpi.org%3cmailto:App.Enforc
ement@ifpi.org%3cmailto:App.Enforcement@ifpi.
org%3cmailto:App.Enforcement@ifpi.org>>>>>
Cc: apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>>
<apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-

contact@feelthemusi.com%3cmailto:apple-ios-contact@feelthemusi.com<mailto:apple-ios-contact@feelthemusi.com%3cmailto:apple-ios-contact@feelthemusi.com%3cmailto:apple-ios-contact@feelthemusi.com%3cmailto:apple-ios-contact@feelthemusi.com%3cmailto:apple-ios-contact@feelthemusi.com%3cmailto:apple-ios-contact@feelthemusi.com%3cmailto:apple-ios-contact@feelthemusi.com>>>>>;

MElkin@winston.com<mailto:MElkin@winston.com<mailto:MElkin@winston.com%3cmailto:MElkin@winston.com<mailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com<mailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com>>>>

<MElkin@winston.com<mailto:MElkin@winston.com<mailto:MElkin@winston.com%3cmailto:MElkin@winston.com<mailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com<mailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com%3cmailto:MElkin@winston.com>>>>>;

herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>>>

<herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:h

erstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>>>>
Subject: Apple Inc. (our ref# APP187194)

Dear ██████,

**Please include APP187194 in the subject line of any future correspondence on this matter.**

The provider below (cc'ed) has advised that they have been in contact with you and that the matter is now resolved. Unless we hear from you within 14 days, we will conclude that the matter has been resolved. If at any time you wish to reopen this matter, you
may send us an email with your dispute reference number in the subject line.

Developer: Musi Inc.
Provider: Musi Inc.
app Title: Musi - Simple Music Streaming
Apple ID: 591560124
-

Sincerely,

James

 Apple Legal Apple One Apple Park Way Cupertino, CA
95014 AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com>>>

_____                _ _ _____ _ _____
>
The information in this e-mail and any
attachment(s) is intended solely for the personal
and confidential use of the designated recipients.
This message may be an attorney-client
communication protected by privilege. If you are
not the intended recipient, you
may not review, use, copy, forward, or otherwise
disseminate this message. Please notify us of the
transmission error by reply e-mail and delete all
copies of the message and any attachment(s)
from your systems. The use of the sender's name
in this message
is not intended as an electronic signature under
any applicable law. Thank you.

----- Original Message -----
From: MElkin@winston.com<mailto:MElkin@wins
ton.com<mailto:MElkin@winston.com%3cmailto:
MElkin@winston.com<mailto:MElkin@winston.co
m%3cmailto:MElkin@winston.com%3cmailto:MEl
kin@winston.com%3cmailto:MElkin@winston.co
m<mailto:MElkin@winston.com%3cmailto:MElkin
@winston.com%3cmailto:MElkin@winston.com%
3cmailto:MElkin@winston.com%3cmailto:MElkin
@winston.com%3cmailto:MElkin@winston.com%
3cmailto:MElkin@winston.com%3cmailto:MElkin
@winston.com>>>>
Subject: Apple Inc. (our ref# APP187194)
Date: Aug 11, 2023 at 8:27 AM
To: AppStoreNotices@apple.com<mailto:AppStor
eNotices@apple.com<mailto:AppStoreNotices@a
pple.com%3cmailto:AppStoreNotices@apple.com
<mailto:AppStoreNotices@apple.com%3cmailto:
AppStoreNotices@apple.com%3cmailto:AppStor
eNotices@apple.com%3cmailto:AppStoreNotices
@apple.com<mailto:AppStoreNotices@apple.co
m%3cmailto:AppStoreNotices@apple.com%3cm
ailto:AppStoreNotices@apple.com%3cmailto:App
StoreNotices@apple.com%3cmailto:AppStoreNot
ices@apple.com%3cmailto:AppStoreNotices@ap
ple.com%3cmailto:AppStoreNotices@apple.com
%3cmailto:AppStoreNotices@apple.com>>>>
Cc: herstein@pitblado.com<mailto:herstein@pitbl
ado.com<mailto:herstein@pitblado.com%3cmailt

o:herstein@pitblado.com<mailto:herstein@pitblad
o.com%3cmailto:herstein@pitblado.com%3cmailt
o:herstein@pitblado.com%3cmailto:herstein@pit
blado.com<mailto:herstein@pitblado.com%3cmai
lto:herstein@pitblado.com%3cmailto:herstein@pit
blado.com%3cmailto:herstein@pitblado.com%3c
mailto:herstein@pitblado.com%3cmailto:herstein
@pitblado.com%3cmailto:herstein@pitblado.com
%3cmailto:herstein@pitblado.com>>>>


Dear App Store Notices:
As noted, we have been in communication
directly with the Complainant on this matter in
order to attempt to resolve any dispute. We will
continue to keep you updated as to the status of
our communication.

We would like to reiterate that in our view there is
no basis, legal or otherwise, for you to remove
our client's app from the App Store.

Yours truly,


Michael Elkin
Vice Chairman
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio<http://www.winston.com/en/who-we-
are/attorneys/elkin-michael-
s.html<http://www.winston.com/en/who-we-
are/attorneys/elkin-michael-s.html>
<http://www.winston.com/en/who-we-
are/attorneys/elkin-michael-
s.html<http://www.winston.com/en/who-we-
are/attorneys/elkin-michael-s.html>>>
l
VCard<http://www.winston.com/vcards/616.vcf<ht
tp://www.winston.com/vcards/616.vcf>
<http://www.winston.com/vcards/616.vcf<http://w
ww.winston.com/vcards/616.vcf>>>
l Email<mailto:melkin@winston.com>
l winston.com<http://winston.com>
<http://winston.com<http://winston.com>>

~~tp: winston.com~~ ~~tp: winston.com~~
<http://winston.com<http://winston.com>>
<http://winston.com<http://winston.com>>
<http://winston.com<http://winston.com>
<http://winston.com<http://winston.com>>>
<http://www.winston.com<http://www.winston.com
>
<http://www.winston.com<http://www.winston.com
>>>
[Winston & Strawn LLP]


_____

From: App Disputes
<AppStoreNotices@apple.com<mailto:AppStore
Notices@apple.com<mailto:AppStoreNotices@ap
ple.com%3cmailto:AppStoreNotices@apple.com<
mailto:AppStoreNotices@apple.com%3cmailto:A
pple.com%3cmailto:AppStore
Notices@apple.com%3cmailto:AppStoreNotices
@apple.com<mailto:AppStoreNotices@apple.co
m%3cmailto:AppStoreNotices@apple.com%3cm
ailto:AppStoreNotices@apple.com%3cmailto:App
StoreNotices@apple.com%3cmailto:AppStoreNot
ices@apple.com%3cmailto:AppStoreNotices@ap
ple.com%3cmailto:AppStoreNotices@apple.com
%3cmailto:AppStoreNotices@apple.com<mailto:
AppStoreNotices@apple.com%3cmailto:AppStor
eNotices@apple.com%3cmailto:AppStoreNotices
@apple.com%3cmailto:AppStoreNotices@apple.
com%3cmailto:AppStoreNotices@apple.com%3c
mailto:AppStoreNotices@apple.com%3cmailto:A
ppStoreNotices@apple.com%3cmailto:AppStore
Notices@apple.com%3cmailto:AppStoreNotices
@apple.com%3cmailto:AppStoreNotices@apple.
com%3cmailto:AppStoreNotices@apple.com%3c
mailto:AppStoreNotices@apple.com%3cmailto:A
ppStoreNotices@apple.com%3cmailto:AppStore
Notices@apple.com%3cmailto:AppStoreNotices
@apple.com%3cmailto:AppStoreNotices@apple.
com>>>>>>
Sent: Thursday, August 10, 2023 7:41 AM
To: app.enforcement@ifpi.org<mailto:app.enforce
ment@ifpi.org<mailto:app.enforcement@ifpi.org
%3cmailto:app.enforcement@ifpi.org<mailto:app.
enforcement@ifpi.org%3cmailto:app.enforcement
@ifpi.org%3cmailto:app.enforcement@ifpi.org%3
cmailto:app.enforcement@ifpi.org<mailto:app.enf

orcement@ifpi.org%3cmailto:app.enforcement@if
pi.org%3cmailto:app.enforcement@ifpi.org%3cm
ailto:app.enforcement@ifpi.org%3cmailto:app.enf
orcement@ifpi.org%3cmailto:app.enforcement@if
pi.org%3cmailto:app.enforcement@ifpi.org%3cm
ailto:app.enforcement@ifpi.org<mailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org>>>>>
<app.enforcement@ifpi.org<mailto:app.enforcem
ent@ifpi.org<mailto:app.enforcement@ifpi.org>%3
cmailto:app.enforcement@ifpi.org<mailto:app.enf
orcement@ifpi.org%3cmailto:app.enforcement@if
pi.org%3cmailto:app.enforcement@ifpi.org%3cm
ailto:app.enforcement@ifpi.org<mailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org<mailto:app.enforcem
ent@ifpi.org%3cmailto:app.enforcement@ifpi.org
%3cmailto:app.enforcement@ifpi.org%3cmailto:a
pp.enforcement@ifpi.org%3cmailto:app.enforcem
ent@ifpi.org%3cmailto:app.enforcement@ifpi.org
%3cmailto:app.enforcement@ifpi.org%3cmailto:a
pp.enforcement@ifpi.org%3cmailto:app.enforcem
ent@ifpi.org%3cmailto:app.enforcement@ifpi.org
%3cmailto:app.enforcement@ifpi.org%3cmailto:a
pp.enforcement@ifpi.org%3cmailto:app.enforcem
ent@ifpi.org%3cmailto:app.enforcement@ifpi.org
%3cmailto:app.enforcement@ifpi.org%3cmailto:a
pp.enforcement@ifpi.org>>>>>>;
apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-

contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>>>
<apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-

contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>>>>>;
Elkin, Michael
<MElkin@winston.com<mailto:MElkin@winston.c
om<mailto:MElkin@winston.com%3cmailto:MElki
n@winston.com<mailto:MElkin@winston.com>%3
cmailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com<ma
ilto:MElkin@winston.com%3cmailto:MElkin@wins
ton.com%3cmailto:MElkin@winston.com%3cmailt
o:MElkin@winston.com%3cmailto:MElkin@winst
on.com%3cmailto:MElkin@winston.com%3cmailt
o:MElkin@winston.com%3cmailto:MElkin@winst
on.com<mailto:MElkin@winston.com%3cmailto:M
Elkin@winston.com%3cmailto:MElkin@winston.c
om%3cmailto:MElkin@winston.com%3cmailto:M
Elkin@winston.com%3cmailto:MElkin@winston.c
om%3cmailto:MElkin@winston.com%3cmailto:M
Elkin@winston.com%3cmailto:MElkin@winston.c
om%3cmailto:MElkin@winston.com%3cmailto:M
Elkin@winston.com%3cmailto:MElkin@winston.c
om%3cmailto:MElkin@winston.com%3cmailto:M
Elkin@winston.com%3cmailto:MElkin@winston.c
om%3cmailto:MElkin@winston.com>>>>>>;
herstein@pitblado.com<mailto:herstein@pitblado.
com<mailto:herstein@pitblado.com%3cmailto:her
stein@pitblado.com<mailto:herstein@pitblado.co
m%3cmailto:herstein@pitblado.com%3cmailto:he
rstein@pitblado.com%3cmailto:herstein@pitblado
.com<mailto:herstein@pitblado.com%3cmailto:he
rstein@pitblado.com%3cmailto:herstein@pitblado
.com%3cmailto:herstein@pitblado.com%3cmailto
:herstein@pitblado.com%3cmailto:herstein@pitbl
ado.com%3cmailto:herstein@pitblado.com%3cm
ailto:herstein@pitblado.com<mailto:herstein@pitb
lado.com%3cmailto:herstein@pitblado.com%3cm
ailto:herstein@pitblado.com%3cmailto:herstein@

ailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>>>>
<herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>>>>>
Subject: Apple Inc. (our ref# APP187194)


Hello,

**Please include APP187194 in the subject line of any future correspondence on this matter.**

According to our records, this matter is unresolved at this time. Please update us on the status of your communications regarding the following app:

Developer: Musi Inc.
Provider: Musi Inc.
Title: Musi - Simple Music Streaming

Apple ID: 591560124
-

Sincerely,

Barry

 Apple Legal | Apple | One Apple Park Way
Cupertino, CA 95014
| mailto:AppStoreNotices@apple.com
The information in this e-mail and any
attachment(s) is intended solely for the personal
and confidential use of the designated recipients.
This message may be an attorney-client
communication protected by privilege. If you are
not the intended recipient, you
may not review, use, copy, forward, or otherwise
disseminate this message. Please notify us of the
transmission error by reply e-mail and delete all
copies of the message and any attachment(s)
from your systems. The use of the sender's name
in this message
is not intended as an electronic signature under
any applicable law. Thank you.


----- Original Message -----
From: MElkin@winston.com<mailto:MElkin@wins
ton.com<mailto:MElkin@winston.com%3cmailto:
MElkin@winston.com<mailto:MElkin@winston.co
m%3cmailto:MElkin@winston.com%3cmailto:MEl
kin@winston.com%3cmailto:MElkin@winston.co
m<mailto:MElkin@winston.com%3cmailto:MElkin
@winston.com%3cmailto:MElkin@winston.com%
3cmailto:MElkin@winston.com%3cmailto:MElkin
@winston.com%3cmailto:MElkin@winston.com%
3cmailto:MElkin@winston.com%3cmailto:MElkin
@winston.com<mailto:MElkin@winston.com%3c
mailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com%3c
mailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com%3c
mailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com%3c
mailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com%3c

mailto:MElkin@winston.com%3cmailto:MElkin@
winston.com%3cmailto:MElkin@winston.com>>>
>>

Subject: Apple Inc. (our ref# APP187194) Notice
of Complaint
Date: Jul 31, 2023 at 11:59 AM
To: AppStoreNotices@apple.com<mailto:AppStor
eNotices@apple.com<mailto:AppStoreNotices@a
pple.com%3cmailto:AppStoreNotices@apple.com
<mailto:AppStoreNotices@apple.com%3cmailto:
AppStoreNotices@apple.com%3cmailto:AppStor
eNotices@apple.com%3cmailto:AppStoreNotices
@apple.com<mailto:AppStoreNotices@apple.co
m%3cmailto:AppStoreNotices@apple.com%3cm
ailto:AppStoreNotices@apple.com%3cmailto:App
StoreNotices@apple.com%3cmailto:AppStoreNot
ices@apple.com%3cmailto:AppStoreNotices@ap
ple.com%3cmailto:AppStoreNotices@apple.com
%3cmailto:AppStoreNotices@apple.com<mailto:
AppStoreNotices@apple.com%3cmailto:AppStor
eNotices@apple.com%3cmailto:AppStoreNotices
@apple.com%3cmailto:AppStoreNotices@apple.
com%3cmailto:AppStoreNotices@apple.com%3c
mailto:AppStoreNotices@apple.com%3cmailto:A
ppStoreNotices@apple.com%3cmailto:AppStore
Notices@apple.com%3cmailto:AppStoreNotices
@apple.com%3cmailto:AppStoreNotices@apple.
com%3cmailto:AppStoreNotices@apple.com%3c
mailto:AppStoreNotices@apple.com%3cmailto:A
ppStoreNotices@apple.com%3cmailto:AppStore
Notices@apple.com%3cmailto:AppStoreNotices
@apple.com%3cmailto:AppStoreNotices@apple.
com>>>>>
Cc: herstein@pitblado.com<mailto:herstein@pitbl
ado.com<mailto:herstein@pitblado.com%3cmailt
o:herstein@pitblado.com<mailto:herstein@pitblad
o.com%3cmailto:herstein@pitblado.com%3cmailt
o:herstein@pitblado.com%3cmailto:herstein@pit
blado.com<mailto:herstein@pitblado.com%3cmai
lto:herstein@pitblado.com%3cmailto:herstein@pit
blado.com%3cmailto:herstein@pitblado.com%3c
mailto:herstein@pitblado.com%3cmailto:herstein
@pitblado.com%3cmailto:herstein@pitblado.com
%3cmailto:herstein@pitblado.com<mailto:herstei
n@pitblado.com%3cmailto:herstein@pitblado.co
m%3cmailto:herstein@pitblado.com%3cmailto:he
rstein@pitblado.com%3cmailto:herstein@pitblado
.com%3cmailto:herstein@pitblado.com%3cmailto

:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com%3cmailto:herstein@pitblado.com>>>>>

Dear App Store Notices,

We are legal counsel to Musi Inc. in connection with this matter.

Our position is that the complainant IFPI (the "Complainant") has made unsubstantiated claims about our client's app. We are in communication directly with the Complainant on this matter in order to attempt to come to a timely resolution of this dispute. We
will continue to keep you updated as to the status of our communication with the Complainant.

We would like to reiterate that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.

Sincerely,

Michael S. Elkin

Michael Elkin
Vice Chairman
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio<http://www.winston.com/en/who-we-are/attorneys/elkin-michael-s.html<http://www.winston.com/en/who-we-are/attorneys/elkin-michael-s.html>
<http://www.winston.com/en/who-we-are/attorneys/elkin-michael-s.html<http://www.winston.com/en/who-we-are/attorneys/elkin-michael-s.html>>>
|

VCard<http://www.winston.com/vcards/616.vcf<http://www.winston.com/vcards/616.vcf>
<http://www.winston.com/vcards/616.vcf<http://www.winston.com/vcards/616.vcf>>>
| Email<mailto:melkin@winston.com>
| winston.com<http://winston.com>
<http://winston.com<http://winston.com>>
<http://winston.com<http://winston.com>>
<http://winston.com<http://winston.com>
<http://winston.com<http://winston.com>>>
<http://www.winston.com<http://www.winston.com>
<http://www.winston.com<http://www.winston.com>>>>
[Winston & Strawn LLP]

On Jul 27, 2023, at 1:34 PM, ASN
<AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@apple.com%3cmailto:AppStoreNotices@appl

[AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto: [AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)% 3cmailto:[AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto: [AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStor eNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices @apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices@apple. com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3c mailto:[AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[A ppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStore Notices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices @apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices@apple. com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3c mailto:[AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[A ppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStore Notices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices @apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices@apple. com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3c mailto:[AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[A ppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStore Notices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices @apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices@apple. com](mailto:AppStoreNotices@apple.com)%3cmailto:[AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3c mailto:[AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)%3cmailto:[A ppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)>>>>>>> wrote:

Dear Sir or Madam,

**Please include APP187194 in the subject line of any future correspondence on this matter.**

On 7/27/2023, we received a notice from IFPI ("Complainant") that Complainant believes the app listed below infringes its intellectual property rights. In particular, Complainant believes you are infringing its copyright. Please see their comments below.

Developer: Musi Inc.
Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

The Application is communicating to the public and/or making available to the public and/or reproducing and/or enabling others to reproduce and/or distributing sound recording(s) and/or audiovisual work(s) or other audiovisual

fixation(s), rights in which are
owned or controlled by one or more IFPI
Members (the "IFPI Member Content").
-

You can reach Complainant through ██████
██████
(email: app.enforcement@ifpi.org<mailto:app.enf
orcement@ifpi.org<mailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org<mailto:a
pp.enforcement@ifpi.org%3cmailto:app.enforcem
ent@ifpi.org%3cmailto:app.enforcement@ifpi.org
%3cmailto:app.enforcement@ifpi.org<mailto:app.
enforcement@ifpi.org%3cmailto:app.enforcement
@ifpi.org%3cmailto:app.enforcement@ifpi.org%3
cmailto:app.enforcement@ifpi.org%3cmailto:app.
enforcement@ifpi.org%3cmailto:app.enforcement
@ifpi.org%3cmailto:app.enforcement@ifpi.org%3
cmailto:app.enforcement@ifpi.org<mailto:app.enf
orcement@ifpi.org%3cmailto:app.enforcement@if
pi.org%3cmailto:app.enforcement@ifpi.org%3cm
ailto:app.enforcement@ifpi.org%3cmailto:app.enf
orcement@ifpi.org%3cmailto:app.enforcement@if
pi.org%3cmailto:app.enforcement@ifpi.org%3cm
ailto:app.enforcement@ifpi.org%3cmailto:app.enf
orcement@ifpi.org%3cmailto:app.enforcement@if
pi.org%3cmailto:app.enforcement@ifpi.org%3cm
ailto:app.enforcement@ifpi.org%3cmailto:app.enf
orcement@ifpi.org%3cmailto:app.enforcement@if
pi.org%3cmailto:app.enforcement@ifpi.org%3cm
ailto:app.enforcement@ifpi.org<mailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt

org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org%3cmailto:app.enforc
ement@ifpi.org%3cmailto:app.enforcement@ifpi.
org%3cmailto:app.enforcement@ifpi.org%3cmailt
o:app.enforcement@ifpi.org>>>>>>),
copied on this email. Please exchange
correspondence directly with Complainant.

We look forward to receiving written assurance
that your application does not infringe
Complainant's rights, or that the parties are taking
steps to promptly resolve the matter. Please keep
us apprised of your progress.

Please note that during the course of this matter:

1. Correspondence to Apple must include the
reference number noted above in the subject line
and copy the other party. All correspondence sent
to Apple may be shared with the other party.

2. Written assurance of rights may include
confirmation that your application does not
infringe Complainant's rights, an express
authorization from Complainant, or other
evidence acceptable to Apple, and should include
documentation wherever possible.

3. Should you choose to remove your application
(for example, while you make any necessary
changes), visit App Store Connect at

https://appstoreconnect.apple.com<https://appsto
reconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>
<https://appstoreconnect.apple.com<https://appst

oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>>>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>
<https://appstoreconnect.apple.com<https://appst
oreconnect.apple.com>>
<https://appstoreconnect.apple.com<https://appst

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>>>>>>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>>>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>>>>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>>>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>

<https://appstoreconnect.apple.com><https://appstoreconnect.apple.com>>>>>

<https://appstoreconnect.apple.com/><https://appstoreconnect.apple.com/>

<https://appstoreconnect.apple.com/><https://appstoreconnect.apple.com/>>

<https://appstoreconnect.apple.com/><https://appstoreconnect.apple.com/>

<https://appstoreconnect.apple.com/><https://appstoreconnect.apple.com/>>>

<https://appstoreconnect.apple.com/><https://appstoreconnect.apple.com/>

<https://appstoreconnect.apple.com/><https://appstoreconnect.apple.com/>>

<https://appstoreconnect.apple.com/<https://apps
toreconnect.apple.com/>
<https://appstoreconnect.apple.com/<https://apps
toreconnect.apple.com/>>>>
<https://appstoreconnect.apple.com/<https://apps
toreconnect.apple.com/>
<https://appstoreconnect.apple.com/<https://apps
toreconnect.apple.com/>>
<https://appstoreconnect.apple.com/<https://apps
toreconnect.apple.com/>
<https://appstoreconnect.apple.com/<https://apps
toreconnect.apple.com/>>>
<https://appstoreconnect.apple.com/<https://apps
toreconnect.apple.com/>
<https://appstoreconnect.apple.com/<https://apps
toreconnect.apple.com/>>
<https://appstoreconnect.apple.com/<https://apps
toreconnect.apple.com/>
<https://appstoreconnect.apple.com/<https://apps
toreconnect.apple.com/>>>>>>>
and access your app in the Manage Your
Application module.

• Access your app in the "My Apps" module
• Click on the "Pricing and Availability" tab from
the App Summary Page and select "Edit" by
"Availability"
• Select and deselect "All" territories to uncheck
all App Store territories
• Click on the "Done" button

4. Developers with a history of allegations of
repeat infringement, or those who misrepresent
facts to Apple and/or the Complainant are at risk
of termination from the Developer Program.

5. Failure to respond to the Complainant or to
take steps toward resolving a dispute may lead to
removal of the app(s) at issue as in violation of
the App Store Review Guidelines and/or the iOS
Developer Program License Agreement. Please
keep Apple apprised
of your progress.

Thank you for your immediate attention.

Sincerely,

Anna

 Apple Legal I Apple I One Apple Park Way
Cupertino, CA 95014
I [mailto:AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)
The information in this e-mail and any
attachment(s) is intended solely for the personal
and confidential use of the designated recipients.
This message may be an attorney-client
communication protected by privilege. If you are
not the intended recipient, you
may not review, use, copy, forward, or otherwise
disseminate this message. Please notify us of the
transmission error by reply e-mail and delete all
copies of the message and any attachment(s)
from your systems. The use of the sender's name
in this message
is not intended as an electronic signature under
any applicable law. Thank you.

_____

The contents of this message may be privileged
and confidential. If this message has been
received in error, please delete it without reading
it. Your receipt of this message is not intended to
waive any applicable privilege. Please do not
disseminate this
message without the permission of the author.
Any tax advice contained in this email was not
intended to be used, and cannot be used, by you
(or any other taxpayer) to avoid penalties under
applicable tax laws and regulations.

<musi _2202024.png>

_____
_____

The contents of this message may be privileged and confidential. If this message has been received in error, please
delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do
not disseminate this message without the permission of the author. Any tax advice contained in this email was not
intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax
laws and regulations.

**20240507 Letter from IFPI re
Musi(214215.1).pdf**