# EXHIBIT 6



1900 N Street, NW
Suite 500
Washington, DC 20036
Tel: (202) 393-NMPA (6672)

September 11, 2024

<u>**VIA EMAIL**</u>

Ms. Elizabeth Miles
Senior Legal Director
Apple Inc.
1 Apple Park Way
Stop 169-4Ism
Cupertino, CA 95014-0642
elizabeth.miles@apple.com

       Re:  <u>Evidence of YouTube Policy Violations by Musi Inc.</u>

Dear Elizabeth:

       I write regarding the Musi Streaming App developed by Musi Inc. ("Musi"); specifically, to share important evidence concerning Musi's abuse of YouTube's policies. By removing YouTube's native advertisements in favor of its own, Musi violates YouTube's developer Agreement—as defined in Section 2 of YouTube's API Services Terms of Service—which includes YouTube's Developer Policies.[1] Musi is a repeat offender, as evidenced by Musi's unchanged conduct following its removal from Google Play. However, as of this writing, Musi remains a top app in the Apple App Store.[2]

       To re-state NMPA's concerns, Musi is an audio streaming app that leeches its content offerings from YouTube's Application Programming Interface ("API") to avoid paying copyright licensing fees. The app offers an alternative user interface for accessing the entire YouTube video library, except with ads served by Musi rather than YouTube. Musi also has a feature that allows users to pay a one-time fee of $5.99 to mute ads entirely. As explained further below, this ad manipulation serves to undermine NMPA members' various YouTube licensing structures. Musi even allows users to continue listening while their device is locked, which is a feature YouTube

---

[1] *See* https://developers.google.com/youtube/terms/developer-policies (prohibiting, *inter alia*, the "modif[ication], interfere[nce] with, replace[ment], or block[ing of] advertisements placed or served by YouTube or by YouTube API Services including in API Data, YouTube audiovisual content, or YouTube players").

[2] *See* https://www.wired.com/story/free-music-streaming-app-musi-too-good-to-be-true/ (noting that Musi is popular among high schoolers who like that "it's free, doesn't interrupt the music to play ads as Spotify's free tier does, and has a broad catalog.").

only offers to paying subscribers. This functionality is wholly inconsistent with YouTube's Developer Policies.[3]

While it is not NMPA's API that Musi abuses, NMPA members are nonetheless harmed by Musi's scheme. Certain videos available on Musi contain compositions owned and/or controlled by NMPA members that are licensed pursuant to 17 U.S.C. § 115 ("Section 115"). These videos, known as "Art Tracks," generate royalties according to a statutory formula tied to the host-platform's revenue (in this case, YouTube's revenue). Thus, by muting YouTube's ads and replacing them with its own, Musi diverts royalties from music publishers and songwriters to itself. Additionally, Musi's ad manipulation undermines YouTube's ability to pay rightsholders for music videos licensed pursuant to negotiated synchronization deals, as YouTube relies on the ads it serves alongside those videos to pay the associated royalties.

NMPA is aware that YouTube recently filed a complaint against Musi. In furtherance of YouTube's complaint, I have enclosed NMPA's own research into Musi's technical workings (attached hereto as Exhibit A), which confirms that Musi is indeed in violation of YouTube's Developer Policies. NMPA believes this evidence is highly relevant to Apple's review of YouTube's complaint and hopes that Apple will act swiftly to avoid further harm.

NMPA strongly supports YouTube's complaint against Musi and again requests that the app be expeditiously removed from the Apple App Store. This is yet another opportunity for Apple to work cooperatively with the songwriting and music publishing community to restrain bad faith actors that disturb the digital music ecosystem.

We look forward to hearing from you.

Sincerely,

Ashley Joyce, SVP, NMPA

CC: Danielle Aguirre, EVP & General Counsel, NMPA
Eric Sunray, VP, NMPA

---

[3] *See* https://developers.google.com/youtube/terms/developer-policies (prohibiting the "creat[ion], inclu[sion], or promot[ion of] features that play content, including audio or video components, from a background player, meaning a player that is not displayed in the page, tab, or screen that the user is viewing").

**Exhibit A**

- Musi uses YouTube's API to pull in tracks/videos.  Musi's code includes snippets like the following:

  o "YouTube appears to be receiving a large volume of requests from your network. To fix this, try the following:\n\n1. Sign into a YouTube account by tapping More > YouTube Login and try again.\n2. Try disabling any VPNs or changing internet networks and then try again."

- Musi uses multiple API-tokens and applies users into buckets per token and then moves users once banned by YouTube.  This allows Musi to exceed YouTube rate limits and scale without needing a commercial API account.

- Musi interacts with YouTube's API by hardcoding all of its requests from an iphone 15 to "iphone 12" as the user agent: User-Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 12_2 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko)

- The Youtube "API" is an iframe of the video. There are a few libraries where an app can pull the underlying video. From there Musi lays its own ads over YouTube's ads.  Musi uses Applovin to overlay the video ads:

  o 

4



- o The above are network requests that occur to play a song / watch an ad.

  - ▪ Doubleverify is an ad measurement platform used to track view length and interactions to collect revenue;

  - ▪ inmobi, another advertising platform appears; and

  - ▪ Appsflyer provides ad analytics.

- Musi is violating Youtube API's Terms by:

  - o removing the native ads played by Youtube; and

  - o allowing the music content to play in the background.

5