UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MUSI INC.,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

Case No. 5:24-cv-06920-EKL

**DECLARATION OF AARON WOJNOWSKI IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Aaron Wojnowski, declare as follows:

1. I am the Co-Founder and Chief Executive Officer ("CEO") of Musi Inc. ("Musi"). I make this declaration in support of Plaintiff's Reply in Support of Motion for Preliminary Injunction based on my personal knowledge. If called upon to do so, I could and would testify competently to the facts set forth herein.

2. As explained in my Wojnowski October 9 Declaration, Musi was a successful app available on the App Store for over a decade, until Apple removed the Musi app from the App Store on September 24, 2024. Because Apple removed the Musi app from the App Store, the Musi app is no longer available for download by new users or by existing users if the app is offloaded at any time, which is typical if they start using a new phone. In the four months before Apple's removal of the Musi app from the App Store, Musi was gaining an average of 886,148 new users per month. Musi has, of course, gained no new users since September 24, 2024.

3. As noted in my Wojnowski October 9 Declaration, because of Apple's removal of the Musi app from the App Store, the Musi app is also rapidly losing its existing user base. Because the Musi app is not available on the App Store, if an existing user loses access to the Musi app for any reason, they are not able to reinstall Musi. Thus, for example, any time an existing user gets a new phone, or upgrades their iOS, the user risks losing their Musi app. In addition, if an existing Musi user gets a new phone, there is no way for that user to redownload Musi to their new phone. In the example

1

Dec. of Aaron Wojnowski in support of Plaintiff's Reply ISO Motion for Preliminary Injunction
Case No. 5:24-cv-06920-EKL

of a user getting a new phone, iOS typically relies on re-downloading the user's installed apps from the App Store when a user restores their phone from a backup. In Musi's case this will fail, meaning that the user will lose access to the app and their data indefinitely. In addition, Apple phones come with an option to offload unused apps, which will automatically remove apps to free up storage space, for example when making room for an iOS update. If an existing user has previously enabled this feature and attempts to use Musi again after it has been offloaded, Musi cannot be re-accessed because the App Store does not permit that user to redownload Musi.

4. For all of these reasons, since Apple's removal of the Musi app from the App Store, Musi's daily active user base (the number of unique users who engaged with Musi over a 24-hour period) has dropped by 1.5 million users, and its monthly active user base (the number of unique users who engaged with Musi over the course of a month) has plummeted by 3 million.

5. Since Apple's removal of the Musi app from the App Store, Musi has received many inquiries from existing users who have lost access to Musi by either moving to a new phone or upgrading their iOS. A true and correct copy of exemplars of inquiries received by Musi that I have personally viewed related to this topic are attached hereto as **Exhibit A**, which is a true and correct copy of a November 18, 2024 email received by Musi, **Exhibit B**, which is a true and correct copy of a November 17, 2024 email received by Musi, and **Exhibit C**, which is a November 14, 2024 email received by Musi.

6. I have also personally seen several social media posts from existing users expressing frustration over the loss of access to Musi via new phone purchase or iOS upgrade. Some of these posts have gone viral, with thousands of customers grieving the loss of the Musi app. Representative examples that I have personally viewed are attached hereto as **Exhibit D**, which is a true and correct copy of a screenshot taken at my direction on December 5, 2024, of a Reddit.com comment thread, available at https://www.reddit.com/r/Musi_App/comments/1foro3a/musi_app_no_longer_in_app_store/ and as **Exhibit E**, which is a true and correct copy of a screenshot taken at my direction on December 4, 2024, of a TikTok video post available at https://www.tiktok.com/@gkysdude/video/7441320832258936094.

7. Given the frequency at which users tend to either buy a new phone or upgrade their

iOS, Musi's user base is rapidly declining. This, in conjunction with Musi's inability to get new users, will destroy not only Musi's financial viability as a company, but will also irreparably destroy the customer goodwill and reputation Musi spent over a decade building.

8. Further, Musi is losing its existing user base to other apps that offer similar services to Musi. Users who have lost access to Musi are now looking for alternatives. Indeed, Musi users are actively soliciting suggestions for other apps to purchase or download to replace the Musi app in light of its removal from the App Store. A representative example is attached hereto as **Exhibit F,** which is a true and correct copy of a screenshot taken at my direction on December 3, 2024 of a Reddit.com comment thread, available at https://www.reddit.com/r/Musi_App/comments/1h29gf2/hope/. This threat is heightened because Musi, as a result of Apple's removal of the Musi App from the App Store, is currently unable to push out any updates or upgrades to the Musi app, leaving Musi unable to keep up with its competition in its offerings. For example, many apps, including Musi in past years, offer yearly look-back data for users to learn what content they enjoyed the most. Because Musi is unable to update the app, it now cannot offer this for its users. It is exceedingly unlikely that Musi will be able to regain lost users a year or more down the line, after litigation has concluded, after they have switched to competing apps.

9. As detailed in my Wojnowski October 9 Declaration, Musi's inability to update the app to account for new iOS updates presents another threat, namely that Musi will become inoperable or riddled with bugs. In the past, key features of Musi have had to be updated to correspond to iOS updates. Examples of this include 1) iOS SDK changes relating to Control Center which broke the ability to skip or pause a track using headphones, and 2) changes to the way that Apple's AVFoundation library handled interruptions as they relate to the user's alarms, among others. Musi has certainty in terms of the way its app performs on current and prior iOS versions, but has no way to accommodate changes on future versions. As it stands today, Musi would be unable to update the app to address any iOS update that renders Musi inoperable or subjects it to indeterminate bugs due to platform changes not in Musi's control. This threat of complete destruction remains ever-present as long as Musi is precluded from updating the app, *i.e.*, as long as the Musi app remains removed from the App Store.

10. At the current rate at which Musi is losing daily active users, and, factoring in the significant likelihood that the Musi app could be rendered inoperable at a moment's notice, Musi's business will be decimated over the next 12 months.

11. As noted in my Wojnowski October 9 Declaration, with Musi's absence from the App Store, several imposter apps have sprung up. I am aware of at least a dozen imposter apps that were available for download on the App Store shortly after Musi's removal. Some of these apps stole Musi's brand and required a large up-front fee to scam users into thinking they were "regaining access" to Musi's services. Others used variations of Musi's brand in order to trick users into thinking there was an affiliation between the imposter app and the Musi app. Musi has vigilantly reported these apps to Apple in order to avoid further reputational harm, but imposter apps continue to pop up to leach off Musi's goodwill and the user confusion created by Apple's removal of the Musi app from the App Store.

12. Musi has received inquiries from users confused by the presence of these imposter apps, which the users mistake for the official Musi app. Attached hereto as **Exhibit G** is a true and correct copy of a November 20, 2024 user inquiry received by Musi relating to a copycat app. I am also aware of several complaints on social media relating to imposter apps. Specifically, several users have claimed to download the Musi app and complained about the quality, when in reality they must have downloaded an imposter app as Musi is not available for download. Attached hereto as **Exhibit H** is a true and correct copy of a screenshot taken at my direction on November 21, 2024, of a Reddit.com comment thread, available at https://www.reddit.com/r/Musi_App/comments/1foro3a/comment/lr2wtio/. Attached hereto as **Exhibit I** is a true and correct copy of a screenshot taken at my direction on November 21, 2024, of a Reddit.com comment thread, available at https://www.reddit.com /r/Musi_App/comments/1g04vzm/musi_eq_not_showing_up/. Attached hereto as **Exhibit J** is a true and correct copy of a screenshot taken at my direction on November 21, 2024 of a Reddit.com comment thread, available at https://www.reddit.com/r/Musi_App/comments/1ft6jvb/i_hate_ the_new_musi_update/.

13. These imposter apps are tricking Musi's users into downloading lower quality apps, which severely harms Musi's goodwill and reputation. When Musi was available on the App Store, it

was much easier for users to discern between the real Musi and imposter apps because Musi showed up near the top of the search results, had millions of positive user reviews, and held top chart positions, including on best of lists. Imposter apps continue to appear on the App Store, and Musi's removal from the App Store has made combatting this threat to Musi's prospective users and to Musi's goodwill exceedingly difficult.

14. Musi was unaware until it received Apple's Opposition that Apple and YouTube engaged in a phone conversation in July 2024 regarding the Musi app or regarding any complaint by YouTube regarding the Musi app. Nor was Musi ever asked or given any opportunity to respond to any assertions made by YouTube regarding Musi or the Musi app during that phone call. Rather, the only "comments" ever provided to Musi from YouTube regarding the complaint from YouTube that Apple stated led to its removal of the Musi app from the App Store were the five words referenced in Musi's opening brief and included in an August 8, 2024, email from Apple to Musi: "violating YouTube Terms of Service."

15. It is my understanding based on the representations made in Apple's Opposition that, on September 11, 2024, Apple received a letter from the National Music Publishers Association ("NMPA"), that this letter was purportedly submitted by the NMPA in support of YouTube's July 2024 complaint against the Musi app, and that this letter and "evidence" purportedly included with it were part of the reason for Apple's removal of the Musi app. *See* Dkt. 30-14. Neither Apple, YouTube, the NMPA, nor any other party ever disclosed the NMPA letter or its contents to Musi, told Musi that any letter from NMPA had anything to do with Apple's removal of the Musi app, nor sought any response from Musi to any assertions or "evidence" in the NMPA's letter. To be clear, Apple's Opposition is the first time that Musi was ever made aware of the NMPA letter. As far as Musi is aware, the NMPA has never filed a complaint against Musi via Apple's app dispute process.

16. I have now read the NMPA letter, and it is riddled with falsehoods. For example, the letter claims that Musi was removed from the Google Play Store. That claim is false. The Musi app was never removed from the Google Play Store because it was never offered on that platform—the Musi app has been offered only on the Apple App Store. As another example, the Musi app does not, as the NMPA letter claims, "leech[] its content offerings from YouTube's Application Programming

Interface ('API') to avoid paying copyright licensing fees." *Id.* The Musi app does not rely on or access YouTube's Data/iFrame Application Programming Interface API. To be clear, the Musi app never accesses YouTube's non-public interfaces. Instead, the Musi app plays or displays content based on the user's own interactions with YouTube's website via a functional interface. Additionally, the Musi app has never, as the NMPA letter claims, given users the ability to "mute ads." *Id.* Rather, a Musi user accesses video media directly from YouTube. Musi does not interfere with any ads to the extent they are included within the publicly-available video media streamed by a Musi user. Finally, the Musi app does not, as the NMPA letter claims, use "multiple API-tokens" or "API-token bucketing." *Id.* Such "token-bucketing" would involve registering multiple API keys and distributing them to different users, thus defeating quotas or rate limits on YouTube Data/iFrame API tokens. But, again, Musi does not use YouTube's Data/iFrame API, and thus does not, and would have no reason to, use "token-bucketing" or any other method to avoid rate limits on YouTube API tokens.

17.  The NMPA letter also claims that Musi violates YouTube's API Services Terms of Service because the Musi app allows background play. *Id.* Setting aside the fact that Musi does not use YouTube's Data/iFrame API, and thus is not subject to the YouTube API Services Terms of Service, the Musi app provides the same functionality here that any web browser would. Any internet user today could open the YouTube website on a web browser (including Apple's own native web browser for the iPhone, Safari) and start playing a video. The user could then navigate away from the YouTube website. The video playback would stop, but the user could navigate to their lock screen and select play. The video would resume in the background.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on December 6, 2024 in Manitoba, Canada.

*/s/ Aaron Wojnowski*
Aaron Wojnowski

*I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.*