# Exhibit A

**From:** PII
**Subject:** Musi Debug Information/App Transfer
**Date:** November 18, 2024 at 1:06 PM
**To:** support@feelthemusi.com

Thank you for contacting Musi support. Please provide details about the issue that you are encountering:

Hello, I was just wondering since I will be getting a new phone in the next couple days if there is any way possible for me to port the "Musi" app over to the new phone? This specific app is no longer available on the app store in my country, which sucks because I really did enjoy the app over almost any other service like it if not all of them. Used it for years and years and even bought the ad-free version a while ago too, which kinda sucks even more now since that money is now rendered useless, as little amount as it was. But that's all beside the point, I've tried looking into it for hours upon hours, and have either just ended up super confused with what I'm trying to accomplish or just at a dead end completely. I'm decently content with either outcome if it comes down to it (pretty much just how apple tends to run their businesses at this point), but in either case I would rather know sooner than later so I have the time that I need to prepare downloads/transfer playlists and all that.

My apologies for such a long-winded email, I just wanted to get as much information out there as possible just in case if by chance there's any possible way you can help me out, I can make your job a little easier at the same time too.

Anyways, Thank you very much for your time and have a wonderful day.

~PII

Diagnostic Information:
Musi Version: 6.2.38
Parse Version: 200000
iOS Version: 13.4.1
Device Type: iPhone
Backup Code: PII
Country Code: US
PUUID: PII
VUUID: PII


2024-11-18-183415-708823484-musi-debug-log.log
4 KB


2024-11-18-060702-988193116-musi-debug-log.log


2024-11-17-100539-1613032851-musi-debug-log.log


2024-11-17-093409-1894449585-musi-debug-log.log

2024-11-17-085748-

3830397344-musi-debug-log.log

Sent from my iPhone