# Exhibit B

**From:** PII
**Subject:** support@feelthemusi.com
**Date:** November 17, 2024 at 7:01 PM
**To:** support@feelthemusi.com

Hi,

My name is PII and I'm really a big fan of your music app, I recently got a new phone and everything transfer to my new phone , only problem is that I was trying to open the app on my new phone , it could not open so I deleted the app and I had ton of music in my library on my app I could not find the app in my all store I I check almost every music app and I was not successful find musi app with all my music in my library , is it possible for you guys to help me restore my musi app and music library, this happen about a week ago.

Thank you!

Sent from my iPhone