# Exhibit C

**From:** PII
**Subject:** Application download
**Date:** November 14, 2024 at 4:47 AM
**To:** support@feelthemusi.com

Hello, I would like to ask about the possibility of downloading an app from outside the App Store. Is that possible?

About a week ago, I found out that the app was removed from the App Store, and unfortunately, I had to reinstall iOS, which erased all data from my phone, including this app. **I also had purchased the premium version of the app, which was ad-free.**

I would be very grateful if something could be done about this. The app is great and very easy to use.

Best regards,
PII

Sent from my iPhone