# Exhibit D

Skip to main content    r/Musi_App  ✕    Search in r/Musi_App    Log In    •••

**r/Musi_App** • 2 mo. ago
EmploymentCautious55

## Musi app no longer in app store?

Question
I was trying to clear some space and now that I want to download musi again it says it's no long supported. Can I do anything to get it back?

⌃ 295 ⌄    💬 497    🏅    ↗ Share

**Up** upwork • Promoted    •••

Find top-tier creatives in just a few clicks on Upwork. Review portfolios, check client feedback, and book interviews—all in one place.

Sign Up    upwork.com

Top freelancers available

upwork

＋ Add a comment

Sort by:  Best ⌄    🔍 Search Comments

**musi_app_support** MOD • 2mo ago • 📌 Stickied comment •
🏅 Top 1% Commenter

The app is currently unavailable while we address some comments relating to the App Store. We don't have an estimated time as to when it'll be back but rest assured this has our top attention!

⌃ Vote ⌄    💬 Reply    •••

⊕ 154 more replies

**Acroze** • 2mo ago •

I was afraid of it coming to it's demise eventually. I'm assuming it has to do with the in-app purchase for advertisement's... I'm never gonna be updating the app. 😂

⊖    ⌃ 35 ⌄    💬 Reply    •••

**Significant_Tax7904** • 2mo ago •

Skip to main content



Log In

Bummer!!! Was great for searching for song Lyrics, pulled from YouTube

⬆ 16 ⬇   💬 Reply   ⋯

⊕ 7 more replies

⊕ 17 more replies

**Legal_Rip** · 2mo ago ·

Yeah I'm nervous it's gone I have a playlist that I've been building since 2018 it's still working but it's not in the store

⊖   ⬆ 22 ⬇   💬 Reply   ⋯

**Key_Kaleidoscope3461** · 2mo ago ·

Exactly the only app I use I delete it on accident ❤️❤️❤️

⬆ 6 ⬇   💬 Reply   ⋯

⊕ 9 more replies

**Straight-Leg6249** · 2mo ago ·

Omg I could cry right now. I just got my new iPhone 16 and backed up my old phone and transferred my data to the new phone.... now all my musi music is gone since i can't redownload it.. man this is such a bummer. I hope the issue can be resolved soon 😥🙏

⬆ 12 ⬇   💬 Reply   ⋯

⊕ 30 more replies

**PaigeNicole3899** · 2mo ago ·

I swear to god if it doesn't come back, I will put myself into a psych ward. I was listening to music yesterday while getting a shower, but today I got the iPhone 16 and all of the apps were downloading. That's when I learned that Musi was deleted from the App Store. I feel broken. I know that seems dramatic, but I already had a rough summer and this is the final straw. Is there anything we can do? I might go back to the Verizon place and see if I can go on my old phone and take pictures of my playlists. I have playlists for the characters I wrote.

⬆ 10 ⬇   💬 Reply   ⋯

⊕ 6 more replies

**EstablishmentOk7210** · 2mo ago ·

Been using it for years with over 100 playlists I can't plz lord F u apple Apple Music and Spotify is ass

Skip to main content

Log In

[deleted] • 2mo ago

**Nervous-Ease-2725** • 2mo ago •

i accidentally deleted it and now it's not showing up in the app store 😭😭😭 good luck to you too i hope this gets sorted out

⬆ 5 ⬇   💬 Reply   ⋯

5 more replies

**RoyalResolution6889** • 2mo ago •

I literally want to scream I'm trying to smoke but I can't even listen to my playlist wtf

⬆ 5 ⬇   💬 Reply   ⋯

10 more replies

**ParticularResolve372** • 2mo ago •

yea just backed my stuff to yt music cus my music is very underground.. only on youtube stuff. musi is lit my most used app a day. i can still use it but for how long?? who knows. hopefully itl come back but idk judging by they essentially piggy back of youtubes library the whole time so they can profit from ads. sticky situation. apple music is good tho for quality

⬆ 5 ⬇   💬 Reply   ⋯

**lowFrosting0830** • 2mo ago •

It's gone from AppStore for some reason . Although it is working for me so far . I had the app installed few months ago I'd say

⬆ 4 ⬇   💬 Reply   ⋯

1 more reply

**connecteam123** • Promoted    ⋯

Save yourself the headache, and a wad of cash for your business. Replace all your work apps with one that does it all—operations, communication, and HR.

Sign Up    lp2.connecteam.com



connecteam
Manage your team with just one tool to save ~$3,000/year

  Skip to main content                                                                    Log In

It got banned ?? Thank god I have it before it got removed .

⇧ 4 ⇩    💬 Reply    ···

 **Cahhio** • 2mo ago •

No sure and i conver to new phone and this app is not serving in the store im sorrowful about this 🐬

⇧ 4 ⇩    💬 Reply    ···

⊕ 1 more reply

**MrsPeaches33** • 2mo ago •

3163 tracks bro❤️❤️❤️

⊖ ⇧ 4 ⇩    💬 Reply    ···

 **TookaGotShot** • 2mo ago •

6,000+ for me

⇧ 4 ⇩    💬 Reply    ···

 **No_Extension_2037** • 2mo ago •

I have it on my iPad.. I can never delete the app lol

⇧ 4 ⇩    💬 Reply    ···

⊕ 5 more replies

 **emi-lx** • 2mo ago •

i was gonna redownload it to get rid of the ads but then i went complete panic mode when it wasn't on the app store. i had 236 songs on my playlist. i feel like i made a life-time mistake. 😔

⇧ 4 ⇩    💬 Reply    ···

⊕ 4 more replies

**MeasurementOk453** • 2mo ago •

Same exact thing happened to me... I am hoping it comes back soon

⇧ 3 ⇩    💬 Reply    ···

⊕ **[deleted]** • 2mo ago •



Skip to main content        Log In

⊖ ⬆ 3 ⬇   💬 Reply   ⋯

**musi_app_support** • 2mo ago •
🎧 Top 1% Commenter

When Musi is available for download again, your library will he retrievable through our in-app backup system if you are using the same Apple ID on your new device.

⬆ 7 ⬇   💬 Reply   ⋯

⊕ 8 more replies

⊕ [deleted] • 2mo ago •

**veinrot** • 2mo ago •

I might be wrong but if I'm remembering correctly, this happened a few years ago too. I could be wrong and could be thinking of another app, though.

⬆ 2 ⬇   💬 Reply   ⋯

⊕ 2 more replies

**afionaxtz** • 2mo ago •

I noticed this too and came here to say this😭and then noticed that you already said it. I'm so scared because of it

⬆ 2 ⬇   💬 Reply   ⋯

**Sea-Cabinet4350** • 2mo ago •

Thank god I didn't delete it today, there's so many songs in my playlist that i made from 2019

⬆ 2 ⬇   💬 Reply   ⋯

**Still-Conflict9178** • 2mo ago •

I think if someone you know Or a friend has the app u can ask them to share it to you.

⬆ 2 ⬇   💬 Reply   ⋯

⊕ 1 more reply

**Sarre57400** • 2mo ago •

Update I13 to 18IOS no issue with Musi (yet anyway..). Musi is one important reason I wouldn't spend much on an Android tablet! I'd like Android's flexibility but useless if main purpose (music) doesn't include Musi app.

Skip to main content 

Log In

 **Correct_Mine6817** · 2mo ago ·

wow i'm sick bro i have so much music on that

⬆ 2 ⬇    💬 Reply    ⋯

 **johnny1valdez** · 1mo ago ·

Why don't we all start a riot for Musi we need Musi we need it back 😣

⬆ 2 ⬇    💬 Reply    ⋯

 **theunknown_master** · 1mo ago ·

Yup looks like the seven trillion dollars they made last month wasn't enough. They had to remove it to stay in business.

⬆ 2 ⬇    💬 Reply    ⋯

 **SuspiciousTrip69** · 2mo ago ·

It just auto deleted it for me

⬆ 1 ⬇    💬 Reply    ⋯

⊕ 6 more replies

 **[deleted]** · 2mo ago ·

I'm from the uk and it says it's not available in my region anyone else?

⬆ 1 ⬇    💬 Reply    ⋯

⊕ 7 more replies

 **Kindly-Elephant-1727** · 2mo ago ·

Funny how we all have this question at the same time

⬆ 1 ⬇    💬 Reply    ⋯

 **MaleficentRule8131** · 2mo ago ·

NOOOOOO MY MUSIC I NEED IT BACK NOOOOW OH NOOO

⬆ 1 ⬇    💬 Reply    ⋯

Skip to main content

Log In

---

⬆ 1 ⬇    💬 Reply    •••

**[deleted]** • 2mo ago •

i'm giving up if my music goes away i cannot afford streaming services

⬆ 1 ⬇    💬 Reply    •••

**Professional-Rip4991** • 2mo ago •

I can't remember the last time I updated it before it went off the App Store. Hopefully it's on the current version. Can I purchase a VPN to continue to use it in a region Apple can't restrict my access??

⬆ 1 ⬇    💬 Reply    •••

⊕ 1 more reply

**saltyjellybeans** • 2mo ago •

if uninstalled from your iphone, can't you just reinstall it from app store > account > apps > my apps?

⬆ 1 ⬇    💬 Reply    •••

⊕ 1 more reply

**AshBornTheGreat** • 2mo ago •

Good thing I still got mine

⬆ 1 ⬇    💬 Reply    •••

**Informal_Alfalfa_714** • 2mo ago •

I have mine but it doesn't want to play any of my music 😔 just stopped playing like 5 minutes ago

⬆ 1 ⬇    💬 Reply    •••

⊕ 3 more replies

**Lumpy_Cover3486** • 2mo ago •

i have musi on my other phone but i can't find it anywhere in my app history on my main phone

⬆ 1 ⬇    💬 Reply    •••

**Ballmanbaloon** • 2mo ago •

Skip to main content  Log In

⊖ 1 ⌄ 💬 Reply ···

**Homer_J_Fry** · 2mo ago ·

It was a very worth it $6.

⌃ 2 ⌄ 💬 Reply ···

⊕ 2 more replies

**mnchls** · 2mo ago ·

Welp. Looks like I won't be resetting my phone after all. I've got an old-school 6s Plus (that's somehow still kicking!) but with this crazy huge chunk of leftover cache (or whatever "System Data" happens to be, as represented by that grey bar in Storage) taking up almost 16GB. Been meaning to back up all my important data and do a factory reset in (futile?) hopes of regaining all that storage space. Not anymore, because keeping Musi is CRUCIAL.

Really hope this gets sorted, but if we're working against Apple, YouTube, *and* the recording industry itself (and its IFPI goons), then I'm highly doubtful we have a chance...

⌃ 1 ⌄ 💬 Reply ···

⊕ 1 more reply

**grapemilk_boba** · 2mo ago ·

Nooo are you serious 😭 it took me 5 years to bite the bullet to pay for Musi without ads, and holy shit I should've done this WAY sooner. I've only been enjoying it ad-free for like a month or two, and now this 🫠 please keep up the fight I beg of u 🙏

⌃ 1 ⌄ 💬 Reply ···

⊕ 1 more reply

**Namornow** · 2mo ago ·

My Musi just started working again. I don't have to log on to YouTube in order to listen to anything 🤗

⌃ 1 ⌄ 💬 Reply ···

⊕ 1 more reply

**Homer_J_Fry** · 2mo ago ·



Skip to main content                                        Log In

literally a big part of the reason I stuck with Apple and will never touch Android. (That and Android OS feels like it's held together with duct tape, compared to iOS security and reliability).

But newer iPhones are still ass: removing home button, removing headphone jack, removing mute button; so I just got a new battery in my same Phone and a year later that was the best call.

⬆ 1 ⬇   💬 Reply   ···

**s6s9s** · 2mo ago ·

just set up my new iphone and i almost cried when it said musi isn't available on the app store 🥺

⬆ 1 ⬇   💬 Reply   ···

⊕ 1 more reply

**Kizono_1** · 2mo ago ·

I still have the app and I'm not deleting it ever unless it comes back to the App Store. Other than that, I'm moving back to SoundCloud after 2 years

⬆ 1 ⬇   💬 Reply   ···

⊕ 1 more reply

**Emotional_Opening302** · 2mo ago ·

all my music was on musi, 4 years worth of songs so if i don't get it back soon ima da buy and LG bc wtf Apple no warning or anything shits crazy fuck apple fr

⬆ 1 ⬇   💬 Reply   ···

⊕ 1 more reply

**Trvpstzr** · 2mo ago ·

genuinely heart broken asf i pray y'all get the app back up cause i have over 1k songs on there that's the only music app i used i noticed it wouldnt lemme sign into my youtube acc so i undownloaded and when i went to go back it said it wasn't available in my country or region ❤️❤️❤️❤️❤️❤️❤️❤️

⬆ 1 ⬇   💬 Reply   ···

**emi-lx** · 2mo ago ·

idk man 🥺 i cant even find it in the apple store

⬆ 1 ⬇   💬 Reply   ···

Skip to main content    Log In

dollars for no adds is crazy o every 2 dollars is crazy yall got toooo many adds to the point every time you open the app it's a add never been this bad ion even know this is really musi anymore

⬆ 1 ⬇    💬 Reply    ···

⊕ 1 more reply

**Mega_Simp66** · 2mo ago ·

made the mistake of deleting the app because it wasn't working.

⬆ 1 ⬇    💬 Reply    ···

**tbaby1477** · 2mo ago ·

I have 8 years of music literally gone and i'll never be able to remember all the songs i had on there to make a new playlist on youtube. I literally wanna cry. Is there anyway i can login to musi on google or on an android to atleast try and get my songs back?

⬆ 1 ⬇    💬 Reply    ···

⊕ 3 more replies

**Euphoric_Error_7016** · 2mo ago ·

Just got the new iPhone 16 and was disappointed when I found out. So rn, im gonna listen to it as much as I can on my old iPhone 11 until I gotta ship the old phone in the mail 🤦🏽😭😭😭😭❤️🫠

⬆ 1 ⬇    💬 Reply    ···

⊕ 1 more reply

**GooGooisback** · 2mo ago ·

Will changes be made when it comes back? 🪦🪦🪦

⬆ 1 ⬇    💬 Reply    ···

⊕ 2 more replies

⊕ [deleted] · 2mo ago ·

**Illustrious_Motor969** · 2mo ago ·

if u still have it share the link of ur playlist to urself and if you open it on chrome or google it comes up on the website so even if you cant access the app anymore your playlists are still safe, to save them on a different app

Skip to main content                                 Log In

---

**Ismail_1999** · 2mo ago ·

I have so many songs on my favourite list. Will I get them back ?

⬆ 1 ⬇    💬 Reply    ···

     ⊕ 3 more replies

**emi-lx** · 2mo ago ·

if there is an estimated time it'll be back, will you tell us ASAP?

⬆ 1 ⬇    💬 Reply    ···

     ⊕ 1 more reply

**Brave_Isopod3218** · 2mo ago ·

Omg bro yall gotta come back! Im finna get a new phone and im sooooo heartbroken that I can't keep my music omg !! I love y'all so much!! I don't wanna choose a new music app! I want MUSI! 😭😭😭❤️

⬆ 1 ⬇    💬 Reply    ···

**Tiny_Second6098** · 2mo ago ·

I upgraded my phone and now i can't download musi from app store and the only thing i am missing about musi is their equalizer . I can listen to songs on any app or any other platform but any other equalizer can't beat musi's equalizer. I don't even know what a equalizer is but then i saw a option saying equalizer in musi app and i start using and i love that. Musi made it very simple and perfect. I wish everything went good with musi and hoping to get back soon.

⬆ 1 ⬇    💬 Reply    ···

**Medical_Onion_3631** · 2mo ago ·

Please bring back Musi to apple App Store

⬆ 1 ⬇    💬 Reply    ···

**Flimsy-Crow-3079** · 2mo ago ·

literally did the same exact thing 😭

⬆ 1 ⬇    💬 Reply    ···

**[deleted]** · 2mo ago ·

Skip to main content

Log In

⊖ ⬆ 1 ⬇ · ○ Reply · ···

🔶 **musi_app_support** · 2mo ago ·
  🔵 Top 1% Commenter

We will be back.

⬆ 2 ⬇ · ○ Reply · ···

⊕ 3 more replies

**Open_Stock_493** · 2mo ago ·

Mine is still working. 13 pro on the latest ios and all apps updated. It's working fine. I was thinking of trading my phone in for a newer one but definitely not doing that now this phone is worth gold just for the musi app

⬆ 1 ⬇ · ○ Reply · ···

**Aggressive_Sky_5387** · 2mo ago ·

Accidentally deleted the app ☐

⬆ 1 ⬇ · ○ Reply · ···

**beatmastab** · 2mo ago ·

Following! Come back when you are ready musi!

⬆ 1 ⬇ · ○ Reply · ···

**TerrenceRossSuperFan** · 2mo ago ·

Just got a new phone transferred all the data everything app shows up but needs to be redownloaded and says it's not available in App Store

⬆ 1 ⬇ · ○ Reply · ···

**Revolutionary-Cod-23** · 2mo ago ·

I got a new phone and i cant get the app on my new phone. I might never get rid of my old phone now

⬆ 1 ⬇ · ○ Reply · ···

**Internal_Link_5226** · 2mo ago ·

i lost my long musi list too and i dont want to to back to that greedy ass spotify

⬆ 1 ⬇ · ○ Reply · ···

**DJ_Percy_Jackson** · 2mo ago ·



Skip to main content

Log In

it's not letting me completely download it. Luckily, I have it on my iPad.

⬆ 1 ⬇    ◯ Reply    ⋯

 **ReDdItLoVeR-123** · 2mo ago ·

I got a new phone and musi is gone I might go on a music strike 😖

⬆ 1 ⬇    ◯ Reply    ⋯

 **wsgmxgs** · 2mo ago ·

I literally got a new iPhone 15 pro max and I went in the AppStore to download musi and it doesn't appear. I tried to airdrop the link from my old iPhone 11 but it said it's not available in my region. (I live in Portugal)

⬆ 1 ⬇    ◯ Reply    ⋯

⊕ 1 more reply

 **104PakManGoon** · 2mo ago ·

Skip to main content                                                                                          Log In



im never deletin Musi🗿.. held me down for 7 yrs



**FemboyKatThighs** • 2mo ago •

thank god i had musi on my new phone before it went down



**AdAdventurous8695** • 2mo ago •

I just got a new phone, i get that if i transfer all my data from my old phone to the new one musi wont be there, but will it delete on the old phone?



⊕ 1 more reply

**Threaded_Nail** • 2mo ago •

I hope Musi comes back. Its really a great app, ive used it for years and am missing it dearly right now!

Skip to main content 

Log In

 **Downtown-Heat-1123** · 2mo ago ·

Musi I need you! You are my favorite music service. You have the best selection of music Spotify doesn't even come close. I just upgraded to a new iphone and I have to trade in my old one but I can't download you. Almost 1k in songs can't even find 70% of them on Spotify. You're still on my old phone and everything is backed up. Once you return there will be a celebration.

I even tried getting a vpn and going through other regions and unfortunately I was not successful 😞

⬆ 1 ⬇    💬 Reply    ⋯

 **South_Improvement_71** · 1mo ago ·

I got a new phone today and transfer all my data of course and it won't let me reinstall musi. I just lost 6 years of music.

⬆ 1 ⬇    💬 Reply    ⋯

⊕ 1 more reply

 **ComprehensiveAct8961** · 1mo ago ·

I can't agree more that all other.. I miss the Musi app..
Hurry back!! We miss you!! <3

⬆ 1 ⬇    💬 Reply    ⋯

 **Cyfindom** · 1mo ago ·

Any update on this?

⬆ 1 ⬇    💬 Reply    ⋯

⊕ 1 more reply

 **AppropriateSink6122** · 1mo ago ·

WOW Well i still have my app and will continue to bass boost music and have fun with my headphones in the car till my phone dies lol this app is one of the reasons love to listen to music all the time because you can make it sound how you want bass boost or make it sound goofy its an awesome app so sad apple kicked it out.I hope for a return or another way to get the app

⬆ 1 ⬇    💬 Reply    ⋯

 **Glittering-Ad6996** · 1mo ago ·

Skip to main content

Log In

**BigDPlz** · 1mo ago ·

I need musi in my life, all those beautiful playlists that aren't there in my life right now :(

⬆ 1 ⬇   💬 Reply   ···

**Top-Conversation7179** · 1mo ago ·

Same 〇

⬆ 1 ⬇   💬 Reply   ···

**mikew_reddit** · 1mo ago ·

Can Musi be sideloaded?

See:

https://www.reddit.com/r/Musi_App/comments/1gc9fab/can_the_musi_app_be_sideloaded_using_the_altstore/

⬆ 1 ⬇   💬 Reply   ···

**kee_osama** · 1mo ago ·

Why don't you guys ever save my YouTube login I constantly have to verify my age and then when I do it barely works. I'll be logged in but the app won't let me play the song because it says I still need to verify age

⊖   ⬆ 1 ⬇   💬 Reply   ···

**musi_app_support** · 1mo ago ·
🔥 Top 1% Commenter

The app won't log you out unless you reinstall, update your app, or reinitialise your streaming settings. If you are being logged out other than those circumstances, it's because Google occasionally ends login sessions as a security feature across all of their apps.

You may also be logged in and seeing that same error because the specifications you're trying to play has been flagged inappropriate for playback on 3rd party apps and will only play natively on YouTube.

⬆ 1 ⬇   💬 Reply   ···

**Wide_Professor845** · 1mo ago ·

I cant even get my songs off my old phone bc i accidentally crushed it in my car door and the touch doesn't work anymore. i had so many songs now i have to use Spotify and try to remember what songs i had :(

⬆ 1 ⬇   💬 Reply   ···



Skip to main content      Log In

⬆ 1 ⬇   💬 Reply   •••

**gffggre44** • 1mo ago •

My App Store says Musi isn't available in my country or region

⬆ 1 ⬇   💬 Reply   •••

**LavishnessUnusual262** • 1mo ago •

Why can't I download Musi again? It says not available in your region country

⊖   ⬆ 1 ⬇   💬 Reply   •••

    **musi_app_support** • 1mo ago •
    🏅 Top 1% Commenter

    The app is currently unavailable while we address some comments relating to the App Store. We don't have an estimated time as to when it'll be back but rest assured this has our top attention!

    ⬆ 1 ⬇   💬 Reply   •••

**Resident-Rough-4312** • 1mo ago •

I still got the app downloaded on one of my phones

⬆ 1 ⬇   💬 Reply   •••

**Original-Prune8173** • 1mo ago •

I got the new iPhone 16 and transferred all my data but the App Store won't let me redownload the app AND I LOST ALLL MY SONGS but I still have the saved the data how can I get my SONGSSSSSSS

⬆ 1 ⬇   💬 Reply   •••

**Bailey950y** • 1mo ago •

I'd love to know if I'll get my money back after paying for NO ADS

⊖   ⬆ 1 ⬇   💬 Reply   •••

    **musi_app_support** • 1mo ago •
    🏅 Top 1% Commenter

    Your purchase will still be valid when the app returns, but if you want a refund you can request one via Apple here: https://support.apple.com/en-ca/118223

    ⬆ 1 ⬇   💬 Reply   •••

    ⊕ 2 more replies

**MaterialOk8552** • 1mo ago •



Skip to main content

Log In

⬆ 1 ⬇ · 💬 Reply · ⋯

**Puzzleheaded-Quote31** · 1mo ago ·

Yo

⬆ 1 ⬇ · 💬 Reply · ⋯

**yk615** · 1mo ago ·

wont let me open cause it needs an update is there no way to open the app without updating it???

⬆ 1 ⬇ · 💬 Reply · ⋯

**Fit_Atmosphere_1832** · 1mo ago ·

Is there any clue to when Musi will return to the App Store?

⬆ 1 ⬇ · 💬 Reply · ⋯

**chamklaxx** · 1mo ago ·

I still have Musi on my iPhone 15 pro max but I can't update it

⬆ 1 ⬇ · 💬 Reply · ⋯

**I_A_M_N_O_B_O_D_Y** · 1mo ago ·

I still have it rn should I transfer my playlist songs into a YouTube list just in case?

⊖ ⬆ 1 ⬇ · 💬 Reply · ⋯

**Unlikely_Ad_6391** · 26d ago ·

As long as you still got it downloaded and it works.. pretty sure it's fine and you'll continue to have it. It's for people like me that got a new phone or accidentally deleted it and can't redownload the app because it's been taken off the App Store.

⬆ 1 ⬇ · 💬 Reply · ⋯

**nmuniz2** · 1mo ago ·

Yeesh did we all realize this after upgrading?

⬆ 1 ⬇ · 💬 Reply · ⋯

**AshHunter420** · 27d ago ·

Skip to main content     Log In

**yuriyiri6614** • 27d ago •

Is there any way to get around the AppStore limitation? Maybe online download?

⊖ ⌃ 1 ⌄   💬 Reply   •••

    **musi_app_support** • 27d ago •
    🏆 Top 1% Commenter

    We don't recommend downloading elsewhere as it could potentially be a risk to your device.

    ⌃ 1 ⌄   💬 Reply   •••

**Unlikely_Ad_6391** • 27d ago •

Musi please come thruuuuu😭😭😭☹️☹️☹️☹️ got my new 16 pro max and I NEED YOU TO BE DOWNLOADED AGAIN.

⌃ 1 ⌄   💬 Reply   •••

**Educational_Put_986** • 26d ago •

Musi you saved me!! Please fight and win your round!! The 2.99 is okay with me!!You guys are amazing!! I need you guys back asap !! I have beats stored and ready to lease!!!

⌃ 1 ⌄   💬 Reply   •••

**Accomplished_Ad_2709** • 26d ago •

NOOOOOOOOOO I had this app for years u gotta be fkng kidding me...we just lost the best app 😔

⌃ 1 ⌄   💬 Reply   •••

**Background-Round-567** • 26d ago •

Es una lástima es tremenda app yo pongo música con ella y es excepcional esperamos con mucha fe que se solucione pronto todo mi familia usa esta aplicación a ese equipo de trabajo gracias todo no es dinero gracias

⌃ 1 ⌄   💬 Reply   •••

**Daneriikpr** • 25d ago •

Bro, I had like 5000 song and like 20-25 playlists saved since 2018. I need all that music back please, im so pissed off because I offloaded Musi to update my phone and then I noticed musi was not in app store anymore😡😠Musi was my emotions reliever and now i dont have nothing to listen to😭

⌃ 1 ⌄   💬 Reply   •••

Skip to main content                                                                              Log In

↑ 1 ↓    💬 Reply    ···

**karenhasgucci** • 25d ago •

I have had the app since 2023 so mine wasn't removed and I still have it today and it works just fine 😄 so if you never deleted it I guess it'll just still work.

↑ 1 ↓    💬 Reply    ···

**el_jack28son** • 24d ago •

will the issue ever be resolved or should i just give up on waiting and use a new music app and somehow remake all my playlists

↑ 1 ↓    💬 Reply    ···

**AB0MB-86** • 23d ago •

Is Musi still coming back on the US App Store?

↑ 1 ↓    💬 Reply    ···

**Numerous_Complaint24** • 22d ago •

We can all be heart broken together now

↑ 1 ↓    💬 Reply    ···

**Clean-Conversation94** • 22d ago •

They sued apple and won but it's still not on the platform

⊖    ↑ 1 ↓    💬 Reply    ···

  **Unlikely_Ad_6391** • 22d ago •

  Oh they won it? When was this released?

  ↑ 1 ↓    💬 Reply    ···

**Last-Toe1005** • 21d ago •

😂 I hate and love it at the same time, I'm a person who loves to forget things and I believe forgetting things can be useful to a certain extent example useless informations. Now we can have a fresh start. But once we connect to the past again idk 🙇 Musi really has to do better

↑ 1 ↓    💬 Reply    ···

Skip to main content        Log In

app store?? all i want is yt music with a customizeable eq dude, jesus christ

⬆ 1 ⬇    💬 Reply    ⋯

**SeaZestyclose7241** • 21d ago •

So, as far as I've saw, it has to do with copyright infringement with YouTube or something. YouTube says they violated policies, while Musi says they don't. Don't quote me on that, I'm not saying the source was necessarily valid. But we'll see what happens ig.

⬆ 1 ⬇    💬 Reply    ⋯

**Izzwop** • 20d ago •

Will Musi ever make a comeback to the Android ? Since Apple not playing fair

⬆ 1 ⬇    💬 Reply    ⋯

**Osmawolf** • 15d ago •

What a shame, it's an amazing app, no annoying ads and all free music that you want

⬆ 1 ⬇    💬 Reply    ⋯

**IsolatedNeophyte** • 15d ago •

i LITERALLY just got a new phone just to find this out....BUMMED OUT IS AN UNDERSTATEMENT

⬆ 1 ⬇    💬 Reply    ⋯

**Light_Worker7** • 14d ago • Edited 14d ago •

Today I traded my Iphone 14PM for the Iphone 16PM and after restoring everything from icloud Also find out Musi app is not available anymore and I paid to remove ads Had that app for a long time RIP

⬆ 1 ⬇    💬 Reply    ⋯

**MaximumJayy** • 14d ago •

i'm losing hope 😞

⬆ 1 ⬇    💬 Reply    ⋯

**Numerous_Rub_5930** • 12d ago •

The app is gone, but if you still have it on your phone, it will still work

⬆ 1 ⬇    💬 Reply    ⋯

I had many songs in those playlists that my dead bestfriend showed me throughout the years. This is just sad. :/

⬆ 1 ⬇    💬 Reply    ⋯

**rolltodd112268** · 12d ago ·

There goes 6 bucks!

⬆ 1 ⬇    💬 Reply    ⋯

**FlowerCandy_** · 12d ago ·

I'm upgrading to a new phone and now I'm so Panicked

⊖    ⬆ 1 ⬇    💬 Reply    ⋯

**Threesom666** · 8d ago ·

I Rather have an Old Phone 😭

⬆ 1 ⬇    💬 Reply    ⋯

**Clawgre** · 11d ago ·

I think the reason because YouTube is Jealous and they don't like to share. Also it be nice to get some patreon video on there

⬆ 1 ⬇    💬 Reply    ⋯

**BothAd9086** · 11d ago ·

I literally got so angry the other day because randomly none of my songs were playing and the app was acting wonky and there was no available update for it. Now I'm angry for a different reason. I've been using this app since like 2015, I don't think I'd be able to start over with another app.

⬆ 1 ⬇    💬 Reply    ⋯

**Lost_Valuable9913** · 11d ago ·

Guys tell me which new music app y'all using without it being Spotify 😭

⊖    ⬆ 1 ⬇    💬 Reply    ⋯

**Threesom666** · 8d ago ·

I Know several but would rather U wait for their great comeback.

⬆ 1 ⬇    💬 Reply    ⋯

Skip to main content    Log In

↑ 1 ↓    ◯ Reply    •••

**Yogurt-Pristine** • 9d ago •

I'm still able to use the app on my old phone but can't download it on my new phone

↑ 1 ↓    ◯ Reply    •••

**VelociraptorWhiteTip** • 9d ago •

Aw c'mon Youtube!! Seriously Youtube!? You suck big time you greedy money hoarders!! I used to love you back in the day 8+ years ago but now you just suck!! Go rot in Hell!! 😡

I really hope to see Musi again soon dear app because you were a much easier nearly add free way of using youtube not to mention all of the nice playlists I had. 😩🙏

↑ 1 ↓    ◯ Reply    •••

**miinrla** • 8d ago •

no musi!!! i just got a new phone, i need it back 🙁

⊖    ↑ 1 ↓    ◯ Reply    •••

    **Threesom666** • 8d ago •

    Life sucks without this shit!

    Im lucky I still have it.

    ↑ 1 ↓    ◯ Reply    •••

**Wonderful-Prune-4983** • 7d ago •

This is just happening to me and I'm about 2 months late to the party. I hope Musi comes back soon! I need to quickly listen to my songs and my playlist!

↑ 1 ↓    ◯ Reply    •••

**YTchilldave** • 6d ago •

I've made a petition for to bring music back onto the App Store. If you support music and want to see it back make sure you sign this! https://chng.it/p4qxhh2tpJ

↑ 1 ↓    ◯ Reply    •••

**WelderEastern3600** • 5d ago •

Musi app no longer in app store : r/Musi_App

Skip to main content      Log In

the artist you were trying to listen too and too many ads. 😂 I pray nothing happens to my Musi, listening to it as i'm typing this up 🙏

⬆ 1 ⬇    💬 Reply    ⋯

**WashFlashy4869** · 4d ago ·

Music xpro the Musi try it !

⬆ 1 ⬇    💬 Reply    ⋯

**Seratonin_101** · 4d ago ·

I downloaded musi on my iphone 12 and ipad which still works, but I'm getting a new phone and it sucks that I won't be able to re-download musi despite transferring data.

⬆ 1 ⬇    💬 Reply    ⋯

**Abrocomalcy341** · 4d ago ·

You did not have to add allat info abt the iphone😂😭

⬆ 1 ⬇    💬 Reply    ⋯

**ReasonableProperty26** · 2d ago ·

all my playlists were on there. Spent so much time making them too

⬆ 1 ⬇    💬 Reply    ⋯

**strawberrieangel** · 2d ago ·

Musi any update? 🥺

⬆ 1 ⬇    💬 Reply    ⋯

**kobocha** · 1d ago ·

I had the app working only three weeks ago and now when I switched to a new iphone the app is copied along with the others but when I try to open it says "App could not be installed "musi - simple music streaming" The app is not available on the app store".

Really hope this is fixed as I paid for lifetime ad-removal and have been tailoring playlists since 2018.

⬆ 1 ⬇    💬 Reply    ⋯

**Angeldiaz01** · 20h ago ·

Musi app no longer in app store : r/Musi_App

Skip to main content 

Log In

 r/iosapps • 25 days ago

Free music app

2 upvotes · 6 comments

 r/jpegmafiamusic • 3 days ago

What does "Project Birdy" mean?

11 upvotes · 11 comments



 r/madnesscombat • 3 yr. ago

I FINISHED THE DEIMOS PLUSH!!

121 upvotes · 36 comments



 r/Wyze • 4 mo. ago

Wyze App no longer in play store?

6 upvotes · 38 comments

 r/Musi_App • 19 days ago

who up missing musi

113 upvotes · 50 comments

 r/ios • 4 mo. ago

Download app that's not in App Store anymore?

3 upvotes · 6 comments



 r/ElevenLabs • 3 mo. ago

Is ElevenLabs completely free on mobile app?

11 upvotes · 4 comments

 r/Roborock • 2 mo. ago

Roborock S5 no longer supported on the app?

4 upvotes · 8 comments

Skip to main content 

Log In



143 upvotes · 23 comments

 r/Musi_App • 11 days ago

how it feels to get to open musi up every day after it was deleted for everyone else



218 upvotes · 39 comments

 r/SonyXperia • 3 mo. ago

Is Sony Album still supported?



14 upvotes · 30 comments

 r/Musi_App • 2 mo. ago

I can't find Musi in the App Store??

2 upvotes · 7 comments

 r/arkmobile • 3 mo. ago

Ark not available on iOS store anymore?

1 upvote · 5 comments

 r/UMD • 3 yr. ago

Shout-out to the mom who threw a chair over spaghetti sauce outside of Mckeldin Library and just walked away



254 upvotes · 13 comments

 r/SandersSides • 4 yr. ago

Day 4 of adding stuff to the wall: Moxiety. Can you guys give me suggestions? My idiot brain needs some help.



221 upvotes · 31 comments

 r/Musi_App • 2 mo. ago

Musi not in App Store

7 upvotes · 11 comments

Skip to main content       Log In

265 upvotes · 36 comments

 r/Musi_App · 16 days ago

they will never take you away from me



183 upvotes · 32 comments

 r/Musi_App · 9 days ago

how I look at other people bragging about having musi when I lost mine (im going insane)



208 upvotes · 33 comments

 r/CyanideandHappiness · 3 mo. ago

App for Google Play still missing?

1 comment

 r/Musi_App · 15 days ago

I just found out. And I am devastated. 💥



179 upvotes · 78 comments

 r/N0vaDesktop · 4 mo. ago

Is the app no longer supported?

5 upvotes · 2 comments

 r/Musi_App · 7 days ago

i miss musi



124 upvotes · 18 comments

 r/slaythespire · 3 mo. ago

ios has cloud save now??

 r/ynab · 3 mo. ago

  

Log In