# Exhibit E

- Search
- For You
- LIVE
- Explore
- Following
- Upload
- Profile
- More

Log in

Company
Program
Terms & Policies
© 2024 TikTok



You may like


For me n future mini me  || #fyp✧...
gkysdude
♡ 47 · 1w ago


Replying to @GUC ghetto room but at
gkysdude
♡ 329 · 9-6


Thank you God #fyp✧...
gkysdude
♡ 44 · 9-1


fortnite sheild poti #fyp✧...
gkysdude
♡ 84 · 7-5


one of the best feelings fr 🩷🩷🩷🩷...
gkysdude
♡ 27 · 6-29


this was last year buh still       been
gkysdude
♡ 78 · 6-28


Replying to @ trashy room where...
gkysdude
♡ 49 · 6-27


#fyp✧ #viral#chicana
gkysdude
♡ 74 · 6-16




00:05 / 00:10

509.3K
3964
24.6K
17.2K

 **gkysdude** · 11-25     Follow

im about to crash out      #fypシ #relatable #musi

♫ original sound - cara

 gkysdude ♡ 49 · 6-14

 n yes iss for person use    #fypシ…
gkysdude ♡ 171 · 4-12

🔍 Search
🏠 For You
📹 LIVE
🧭 Explore
👥 Following
⬆ Upload
👤 Profile
••• More

Log in

Company
Program
Terms & Policies
© 2024 TikTok

**3964 comments**

Log in to comment

 v
Me having musi
11-25    ♡ 44.1K    Reply

View 87 replies ∨

#fypシ
gkysdude
♡ 9 · 4-9

 ye8711731
feels nice knowing others used musi too 😭😭😭
11-25    ♡ 81.4K    Reply

View 65 replies ∨

 Valen
I am NEVER deleting musi off my phone
11-25    ♡ 20.1K    Reply

View 23 replies ∨

 cele ★
musi was my fav
11-25    ♡ 3577    Reply

View 16 replies ∨

 n🥀
literally bru i'm going to crash out
11-25    ♡ 300    Reply

View 7 replies ∨

 ❀🎀geni🎀❀
JUST GO TO UR ACC THERE AND CLICK PURCHASED AND LOOK FOR MUSI
11-25    ♡ 1881    Reply

View 22 replies ∨

 OVERCOMER ∞
I STILL HAVE MUSI WHAT
11-26    ♡ 416    Reply

View 8 replies ∨

 julissa 🥀
thanks for reminding me to protect this phone at all costs
11-26    ♡ 1949    Reply

musi is musicxpro
11-25    ♡ 5746    Reply

View 19 replies ∨

- Search
- For You
- LIVE
- Explore
- Following
- Upload
- Profile
- More

Log in

Company
Program
Terms & Policies
© 2024 TikTok


**audrey** .
wait what i still have it
11-25  ♡ 7633  Reply

View 44 replies ⌄


**h hdhshsh**
musi is absolutescrunchesly amazing, after one song finished. it automatically play the next song with same genre/vibe ⌧
1w ago  ♡ 96  Reply


**Kenya**
Ikkkk but they said they r bringing it back    so I have hope I need my playlists back
11-25  ♡ 745  Reply

View 12 replies ⌄


**Catalina**
i tried finding it i was so mad
11-26  ♡ 35  Reply

View 1 reply ⌄


i was almost crying when my musi didn't upload to my new phone, i had soo much saved music there
11-26  ♡ 887  Reply

View 6 replies ⌄


**userr.rr2135**
IMelody needs no WiFi and free
11-25  ♡ 788  Reply

View 5 replies ⌄


**bruce gallinger** ✓
Try App Store > Photo icon, top right > Apps > Search it there sometimes it says "Download older version of this app!
1w ago  ♡ 53  Reply

View 2 replies ⌄


**Isaac**
Me listening to songs on musi rn
11-26  ♡ 47  Reply

View 7 replies ⌄


**kayla**
I love musi
11-25  ♡ 744  Reply

**974**
I have Musi
11-26  ♡ 18  Reply


**ali ⌧⌧**
better get that spotify free trial
11-25  ♡ 76  Reply

**alexa shania lee**
I SMASHED MY PHONE AND REALIZED THE SAME THING IM SO DONE I LOST ALL MY SONGS .
11-25  ♡ 53  Reply

Search
For You
LIVE
Explore
Following
Upload
Profile
More

Log in

Company
Program
Terms & Policies
© 2024 TikTok


**W E N D Y**
i hate that ads come up now
1w ago  ♡ 12  Reply


mollyqpqp
I'm so heartbroken everything is goneeeeee
11-25  ♡ 21  Reply

iovefoodd
TRY USING MUSICANA ITS REALLY SIMILAR
1w ago  ♡ 5  Reply

𝓥𝓪𝓵𝓮 ❄
They said they took it down because they were working on it so who knows when it's coming back
11-26  ♡ 12  Reply

zahra
use smart switch it allows u to transfer apps from other devices
11-26  ♡ 27  Reply

View 2 replies ⌄


colton
Me with Apple Music and Spotify premium:
1w ago  ♡ 7  Reply


alym.9
got my iphone 15 when musi was still out so proud
11-26  ♡ 14  Reply


K.N
I still have musi hihi [happy]
11-26  ♡ 5  Reply


rae🧸
this just happened to me last month
11-25  ♡ 27  Reply


serenity
thank yall to everyone who requested music apps ygs saved my life
11-25  ♡ 20  Reply


sweettladyyj
my playlist with my 900 n smth songs MY OLDIE PLAYLIST TOO
11-25  ♡ 17  Reply


Cal
MUSI IS GONE??
1w ago  ♡ 6  Reply

View 5 replies ⌄


Kam
I'm getting a new phone for Christmas and I love musi
11-25  ♡ 6  Reply


J
i never felt this typa hurt
11-25  ♡ 8  Reply



- Search
- For You
- LIVE
- Explore
- Following
- Upload
- Profile
- More

Log in

Company
Program
Terms & Policies
© 2024 TikTok

**Victoria**
Use musicana y'all
11-25   ♡ 126   Reply

View 11 replies ⌄

**its_amiliyah**
I still have it
11-25   ♡ 8   Reply

**emi ☪**
thought it was js me
11-25   ♡ 7   Reply

**katherine ϑϱ**
What Whyy nooo
11-25   ♡ 11   Reply

View 14 replies ⌄