# Exhibit F



Skip to main content 

Log In

↑ 1 ↓   💬 Reply   ...

 **RepresentativeAd7232** · 3d ago ·

Music ana (put them together) is literally very similar to musi, thats what i been using

↑ 1 ↓   💬 Reply   ...

 r/Musi_App

**who up missing musi**

109 upvotes · 47 comments

 r/Musi_App

**how it feels to get to open musi up every day after it was deleted for everyone else**



212 upvotes · 39 comments

 r/Musi_App

**they will never take you away from me**



183 upvotes · 32 comments

 r/Musi_App

**how I look at other people bragging about having musi when I lost mine (im going insane)**



204 upvotes · 33 comments

 r/Overwatch

**Many of my shots as Widowmaker do not register on people. Nobody would believe me but finally found some evidence from someone else that experienced the same thing. What are yo...**



887 upvotes · 288 comments

 r/Musi_App

**Heres some hope for those who lost the app**



142 upvotes · 22 comments

   



613 upvotes · 31 comments



r/Musi_App

Musi and I are engaged

239 upvotes · 26 comments



r/Musi_App

I just found out. And I am devastated.



178 upvotes · 78 comments



r/Musi_App

i miss musi



119 upvotes · 18 comments

 r/Flights

Can I Book a Backup Flight HND -> CTS with a Longer Layover?

1 upvote · 6 comments

 r/OverwatchUniversity

A Comprehensive Guide To Ana | New and Improved for Beginners to Advanced Players

52 upvotes · 19 comments