# Exhibit G

**From:** PII
**Subject:** Musi app
**Date:** November 20, 2024 at 11:07 AM
**To:** support@feelthemusi.com

Greetings! This is one of your many users speaking.

So I have recently discovered this on the app store, and I wanted to ask.

Has the app officially come back onto the app store yet? Or is this a fake version of your app? If you could confirm whether this is real or not, I'd greatly appreciate it. Thank you for reading, and have a great day!





