# Exhibit H

Skip to main content    r/Musi_App  ✕    Search in r/Musi_App                              Log In   ...

**r/Musi_App** • 2 mo. ago
EmploymentCautious55

# Musi app no longer in app store?

Question
I was trying to clear some space and now that I want to download musi again it says it's no long supported. Can I do anything to get it back?

△ 241 ▽     💬 438        Share

Single comment thread                                                                    See full discussion

**Unlikely_Yak9069** • 1mo ago •

I can't access my old playlist and what happened to Musi this don't look like Musi trying to charge me 12 dollars for no adds is crazy o every 2 dollars is crazy yall got toooo many adds to the point every time you open the app it's a add never been this bad ion even know this is really musi anymore

⊖  △ 1 ▽   💬 Reply   ...

 **musi_app_support** • 1mo ago •

Sounds like you've got a fake version of the app. Report the app on its App Store page (report a problem), leave a bad review and delete it from your device.

△ 1 ▽   💬 Reply  ...

 r/Musi_App

3 days without musi


0:15

199 upvotes · 22 comments

 r/Musi_App

Musi Plz Don't Leave Me



153 upvotes · 18 comments

 r/Musi_App

Day 22. I've gone insane.



Skip to main content  Log In

Wyze App no longer in play store?

5 upvotes · 38 comments

iOS  r/ios

Download app that's not in App Store anymore?



3 upvotes · 6 comments

 r/aoe4

Panoramic or Classical

8 upvotes · 4 comments

|| r/ElevenLabs

Is ElevenLabs completely free on mobile app?

11 upvotes · 4 comments

 r/Roborock

Roborock S5 no longer supported on the app?

4 upvotes · 8 comments

 r/UK_Food

Fry up



224 upvotes · 26 comments

 r/Amd

Please test these flairs in your browser. Hover your mouse over them. Does it look right? Does it move smoothly? If not, what browser/version are you using? Thanks, and enjoy the sneak peek!



81 upvotes · 88 comments

 r/SonyXperia

Is Sony Album still supported?



14 upvotes · 28 comments

                                                                        Log In

149 upvotes · 87 comments

 r/Musi_App

I can't find Musi in the App Store??

2 upvotes · 7 comments

 r/arkmobile

Ark not available on iOS store anymore?

1 upvote · 4 comments

 r/SatoshiStreetBets                                                                                          

What is going on with the price of bitcoin?

414 upvotes · 166 comments

 r/Musi_App

Musi not in App Store

7 upvotes · 11 comments

 r/CyanideandHappiness

App for Google Play still missing?

1 comment

 r/N0vaDesktop

Is the app no longer supported?

4 upvotes · 2 comments

 r/slaythespire

ios has cloud save now??

 r/ynab

No undo in the mobile app??

8 upvotes · 18 comments