# Exhibit I

Skip to main content          r/Musi_App  ✕          Search in r/Musi_App                                   Log In    ⋯

## r/Musi_App • 1 mo. ago
Optimal_Falcon_7091

# Musi EQ not showing up

**Question**

Hi there! On my iPhone SE, I had Musi downloaded and I was able to see the equalizer when you press on the song, but now that I've switched to the iPhone 16 Pro, nothing shows up. I don't see the equalizer anywhere when I downloaded the app again. Please help.

⬆ 1 ⬇         💬 1              🏅              ↗ Share

**awayluggage** • Promoted                                                                                  ⋯

Our holiday gift guide is here, and so is our biggest sale ever—25% off everything, including our most loved items. Shop now and save big. Terms apply.



➕ **Add a Comment**

Sort by: Best ⌄          🔍 Search Comments

**musi_app_support** • 1mo ago •
🎖 Top 1% Commenter

Sounds like you may have a fake app installed. Please report and leave a bad review before you delete it.

⬆ 1 ⬇    💬 Reply    ⋯

**r/Musi_App**

**3 days without musi**



199 upvotes • 22 comments

11/21/24, 9:12 AM
Case 5:24-cv-06920-EKL    Document 31-10    Filed 12/06/24    Page 3 of 3
Musi EQ not showing up : r/Musi_App

  

Log In

153 upvotes · 18 comments

 r/Musi_App

Day 22. I've gone insane.



166 upvotes · 31 comments