# Exhibit J

Skip to main content              r/Musi_App  ✕        Search in r/Musi_App                                Log In    ⋯

**r/Musi_App** • 2 mo. ago
skinniking84

# I hate the new musi update

Discussion

I'm autistic and I struggle with changes but this is a big change. Usually when I search up a song, when it's over it puts a random song and suggests things based on what i listen to. Now it just plays the same song just a different video or channel of it

⬆ 2 ⬇        💬 15        🏅        ↗ Share

**ali_amplify_security** • Promoted                                                                ⋯

Want to know a secret? You could save hours of dev cycles by automating code security fixes

[Learn More]                                                                amplify.security

➕ **Add a Comment**

Sort by: Best ⌄          🔍 Search Comments

**musi_app_support** • 2mo ago •
🏅 Top 1% Commenter

Unfortunately there is a fake app pretending to be Musi on the App Store right now.

The real app is currently unavailable while we address some comments relating to the App Store. We don't have an estimated time as to when it'll be back but rest assured this has our top attention!

⊖    ⬆ 29 ⬇    💬 Reply    ⋯

**GeneralFisherman8538** • 2mo ago •

you are right there is a fake app of Musi on the App Store, but I don't like it. But you guys make the best music app ever.

⬆ 6 ⬇    💬 Reply    ⋯

➕ 1 more reply

Skip to main content                                               Log In

↑ 7 ↓   💬 Reply

 strigoi82 • 2mo ago •

I don't have anything to add but I did want to say you all do an outstanding job responding and listening to your users . Love the app , I use it nearly everyday

↑ 7 ↓   💬 Reply

⊕ 2 more replies

⊕ [deleted] • 2mo ago •

 Admirable-Tie-5095 • 2mo ago •

The app started bugging. I tried deleting it and redownloading it, now it's gone:(

↑ 1 ↓   💬 Reply

⊕ 1 more reply

 GalaxyMiner • 2mo ago •

Any "Musi" currently on the app store is an imposter. You can use it if you want but it's not the official Musi App as that one was taken down by Apple and the devs are working on getting it back up.

↑ 8 ↓   💬 Reply

 Corey_Sturgeon • 2mo ago •

This actually is not an update for Musi, it is an imposter developer capitalizing on the real Musi being unavailable on the App Store. I still have the app on my phone and the issue you are expressing is not on the app. It's unfortunate that for whatever reason, you don't have access to Musi and will have to deal with this issue until Musi comes back.

↑ 3 ↓   💬 Reply

A  theatlantic • Official • Promoted                                                ⋯

Listen to this: You can find Atlantic stories in audio, including award-winning podcasts and narrated articles. Begin your audio journey when you subscribe for less than $2 a week, and uncover life with The Atlantic.

[ Learn More ]                            accounts.theatlantic.com



Skip to main content                                                                                                                    Log In

many fans yall have pls we all miss you and when it comes to addressing those "comments" go get that bag 💼 🪙 ✨ 💅

↑ 1 ↓    💬 Reply    …

**musi_app_support** • 2mo ago •
🏆 Top 1% Commenter
Working on it!

↑ 2 ↓    💬 Reply    …

⊕ 1 more reply

⌚ r/AppleWatch

**I hate the new update**

2 comments

Ⓜ r/Musi_App

**3 days without musi**

199 upvotes · 22 comments

Ⓜ r/Musi_App

**Musi Plz Don't Leave Me**

153 upvotes · 18 comments

Ⓜ r/Musi_App

**Day 22. I've gone insane.**

166 upvotes · 31 comments

🎵 r/RhythmHive

**I hate the new update**

56 upvotes · 4 comments

👾 r/OculusQuest

**I hate the new update!**

1 upvote · 19 comments

11/21/24, 9:13 AM
Case 5:24-cv-06920-EKL    Document 31-11    Filed 12/06/24    Page 5 of 5
I hate the new musi update : r/Musi_App

      Log In

19 upvotes · 3 comments

 r/CrusaderKings

i hate the new update

34 comments

 r/apexlegends

i hate the new update

3 upvotes · 6 comments

 r/ARK

I hate the new ASA map popup

1 upvote · 7 comments

 r/duolingo

I really dislike the new Music course add

3 upvotes · 1 comment

 r/uwo

I hate the new Brightspace

145 upvotes · 32 comments

 r/alltrails

I hate the new all trails update

36 upvotes · 29 comments