Jennifer A. Golinveaux (SBN: 203056)
JGolinveaux@winston.com
Jeff Wilkerson (SBN: 284044)
JWilkerson@winston.com
Samantha K. Looker (SBN: 340564)
SLooker@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000

Attorneys for Plaintiff
MUSI INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | **Case No. 5:24-cv-06920-EKL** <br><br> **DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: January 9, 2025 <br> Time: 2:00 P.M. <br> Judge: Hon. Eumi K. Lee <br> Place: San Jose Federal Courthouse, Courtroom 7 – 4th Floor |

I, Jennifer A. Golinveaux, declare as follows:

1. I am a partner at Winston & Strawn LLP, and counsel for Plaintiff Musi Inc. ("Plaintiff" or "Musi"). I make this declaration based on my personal knowledge in support of Musi's Reply in Support of Motion for Preliminary Injunction, in the above-captioned matter. If called upon to do so, I could and would testify competently to the facts set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a May 5, 2021, letter from Winston & Strawn, on behalf of Musi, to YouTube via its outside counsel, Wilson Sonsini, which I viewed on the day it was sent.

1

DEC. OF JENNIFER A. GOLINVEAUX IN SUPPORT OF PLAINTIFF'S REPLY ISO MOTION FOR PRELIMINARY INJUNCTION
Case No. 5:24-cv-06920-EKL

3. I am a partner at Winston & Strawn LLP, and counsel for Plaintiff Musi Inc. ("Plaintiff" or "Musi"). I make this declaration based on my personal knowledge in support of Musi's Reply in Support of Motion for Preliminary Injunction, in the above-captioned matter. If called upon to do so, I could and would testify competently to the facts set forth herein.

4. Attached hereto as **Exhibit 1** is a true and correct copy of a May 5, 2021, letter from Winston & Strawn, on behalf of Musi, to YouTube via its outside counsel, Wilson Sonsini, which I viewed on the day it was sent.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a September 11, 2023, email sent by Sony Music Entertainment to Apple App Store Disputes and Winston & Strawn regarding an App Store complaint, which I viewed on the day it was received by Winston & Strawn. Winston & Strawn received no further communications from Apple App Store Disputes or Sony Music Entertainment in relation to this dispute.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a September 11, 2023, letter from the IFPI to Winston & Strawn, which I viewed on the day it was received by Winston & Strawn.. In response to this letter, Apple did not remove the Musi app, from the European market or otherwise. Apple last followed up with the parties in relation to this dispute in May 2024.

7. Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot taken at my direction on December 5, 2024, of Apple's App Store Content Dispute webpage, available at https://www.apple.com/legal/intellectual-property/dispute-forms/app-store/.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on December 6, 2024 in San Francisco, California.

*/s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux