# Exhibit 3



representing the
recording industry
worldwide

11 September 2023

**By email to:** melkin@winston.com

Dear Mr Elkin

**IFPI – COPYRIGHT INFRINGEMENT – MUSI Ref. APP187194**

We write in response to your letter dated 31 July 2023 regarding the report submitted by IFPI to the Apple App Store in respect of the Musi app.

You have stated that you are the US legal counsel to Musi in connection with this matter.  As you will appreciate, IFPI is the international trade association that promotes the interests of the recording industry worldwide.  Our membership across IFPI and its National Groups includes some 8,000 major and independent record companies in over 70 countries.  IFPI also has affiliated industry associations in over 70 countries.  Our understanding is that your client is based in Canada.  Moreover, your client makes its Musi service available to consumers in multiple countries, including within the EU, and IFPI does not make its claims under US law. In the light of this clarification, please confirm whether you remain instructed to represent Musi in respect of this matter under non-US law.

As outlined in the content dispute report submitted to Apple, your client is making available to the public without authorisation commercially released sound recordings and music videos, the copyright in which is owned or controlled by IFPI members ("**IFPI Member Content**").  By virtue of the functionality offered by the Musi app, and on the basis of laws e.g., in the EU Member States and the UK, your client requires a license to continue making available to the public IFPI Member Content.

Musi's "secret sauce" which purports to offer unreleased or pre-released content including IFPI Member Content, exposes your client to further claims in several jurisdictions, including in the EU.

Accordingly, we maintain our complaint with Apple regarding your client's app as long as it makes available IFPI Member Content to the public without authorisation.

IFPI and its members expressly reserve all of their rights and remedies in relation to this matter.

Yours sincerely

IFPI

IFPI Secretariat
7 Air Street
London W1B 5AD
United Kingdom

Tel: +44 (0)20 7878 7900
Fax: +44 (0)20 7878 7950
e-mail: info@ifpi.org
website: www.ifpi.org