# Exhibit 4

Legal                                      Hardware      Software      Sales & Support      Internet Services      Intellectual Property      More Resources

# App Store Content Dispute

## App Store Content Dispute

If you believe that an App or Search Ad available through the App Store violates your intellectual property rights, you can submit your claim here. Please note that Apple does not investigate claims regarding branded terms used as Search Ads keywords. In most cases, content available through the App Store is made available by third party providers and, upon receiving your submission, we will contact the provider of the disputed content regarding your claim and ask that they work with you directly to resolve the issue.

Submit App Store Dispute

## App Name Dispute

If you believe an App is preventing you from using your trademark as an app name on the App Store, you can submit your claim here. After you provide us with the required information, we will identify the app(s) blocking the name you wish to use. In most cases, we will contact the provider of the disputed app(s) regarding your claim and ask that they work with you directly to resolve the issue.

Note: If another app within your, or an associated, developer account is already using the desired app name, please contact the App Store Connect team for further handling.

Submit App Name Dispute

Legal      Intellectual Property      Dispute Forms      App Store

**Hardware and Software**                          **Sales & Support**                               **Internet Services**                                   **Intellectual Property**
Hardware Warranties                                Overview                                          Overview                                                Overview
Software License Agreements                        AppleCare                                         Apple Media Services Terms and Conditions               Guidelines for Using Apple Trademarks and Copyrights
RF Exposure                                        Repair Terms and Conditions                                                                               Trademarks
                                                   Express Replacement Service                      Apple Gift Card Terms and Conditions
**More Resources**                                                                                   iCloud Terms of Service                                 Rights and Permissions
                                                   Remote Support Terms and Conditions (PDF)
Overview                                                                                             TestFlight Terms and Conditions                         Piracy Prevention
Government Information Requests                    Sales Policies                                    Privacy Policy                                          Unsolicited Idea Submission Policy
Contact Apple Legal                                Certification Agreements and Policies             Website Terms of Use
Global Trade Compliance                            Apple Gift Card Terms and Conditions                                                                      **Education**
Supplier Provisions                                Training Service Terms and Conditions                                                                     Apple School Manager
Filemaker Legal Information                        Support Communities Terms of Use                                                                          **Enterprise**

https://www.apple.com/legal/intellectual-property/dispute-forms/app-store/                                                                                                                                  1/2

Apple Bag Check Class Action Settlement

Foreman Class Action Settlement

Apple Business Manager

Data Transfer Agreements

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2024 Apple Inc. All rights reserved.   Privacy Policy   Terms of Use   Sales and Refunds   Legal   Site Map   United States