UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUSI INC.,

          Plaintiff,

   v.

APPLE INC.,

          Defendant.

Case No. 24-cv-06920-EKL

**ORDER RESETTING INITIAL CASE MANAGEMENT DEADLINES**

This case was reassigned to the undersigned on October 17, 2024. Prior to reassignment, certain case management deadlines were set and reset. *See* ECF Nos. 7, 20. To clarify the initial case management deadlines, the Court ORDERS as follows:

(1) By December 20, 2024, the parties shall: (a) meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, *see* Fed. R. Civ. P. 26(f); and (b) file ADR Certifications, *see* ADR Local Rule 3-5(b).

(2) By January 2, 2025, the parties shall make initial disclosures and file a joint case management statement.

(3) On January 9, 2025, the parties shall appear in person for an initial case management conference. The conference will be held immediately after the Court hears argument on Musi's pending Motion for Preliminary Injunction, ECF No. 10.

**IT IS SO ORDERED.**

Dated: December 10, 2024

Eumi K. Lee
United States District Judge