1  Chris Johnstone, SBN 242152
   WILMER CUTLER PICKERING
2    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
3  Palo Alto, CA 94306
   Telephone: (650) 858-6000
4  *chris.johnstone@wilmerhale.com*

5  Jennifer Milici (*pro hac vice*)
   WILMER CUTLER PICKERING
6    HALE AND DORR LLP
   2100 Pennsylvania Avenue, NW
7  Washington, DC 20037
   Telephone: (202) 663-6000
8  *jennifer.milici@wilmerhale.com*

9  Mark A. Ford (*pro hac vice*)
   WILMER CUTLER PICKERING
10   HALE AND DORR LLP
   60 State Street
11 Boston, MA 02109
   Telephone: (617) 526-6000
12 *mark.ford@wilmerhale.com*

13 *Attorneys for Defendant Apple Inc.*

14              **UNITED STATES DISTRICT COURT**

15          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                   **SAN JOSE DIVISION**

17 MUSI INC.,                    | Case No. 5:24-cv-06920-EKL

18              Plaintiff,       | **NOTICE OF MOTION AND**
                                 | **MOTION TO DISMISS**
19      v.
                                 | Judge: The Honorable Eumi K. Lee
20 APPLE INC.,                   | Hearing Date: April 16, 2025
                                 | Hearing Time: 10:00 a.m.
21              Defendant.       | Courtroom: 7

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 16, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Eumi K. Lee, in Courtroom 7 of the United States District Court, Northern District of California, located at 280 South 1st Street, San Jose, California, defendant Apple Inc. ("Apple") will and hereby does move to dismiss with prejudice Musi Inc.'s ("Musi") Complaint (Dkt. 1).

This Motion to Dismiss is made pursuant to Federal Rule of Civil Procedure 12(b)(6) for failing to state a claim against Apple (the "Motion"). Apple's Motion is based on the grounds that Plaintiff's claims for breach of contract and breach of the implied covenant of good faith and fair dealing are barred as a matter of law by the express terms of the parties' contracts.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the pleadings and other papers on file in this action, any argument, and any other evidence that the Court may consider.

Dated: December 11, 2024

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By: */s/ Jennifer Milici*
Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
*jennifer.milici@wilmerhale.com*

Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
*chris.johnstone@wilmerhale.com*

Mark A. Ford (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
*mark.ford@wilmerhale.com*

*Attorneys for Defendant Apple Inc.*