UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUSI INC.,

        Plaintiff,

   v.

APPLE INC.,

        Defendant.

Case No.  24-cv-06920-EKL

**CASE MANAGEMENT &
SCHEDULING ORDER**

On January 9, 2025, the parties appeared before Judge Eumi K. Lee for a case management conference.  The Court ORDERS as follows:

    (1)     The parties shall comply with this Court's standing orders, which are available on the Court's website and in the Clerk's Office.

    (2)     The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

    (3)     All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

    (4)     The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions.  Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted.  Depositions must be noticed at least 30 days prior to the close of fact discovery.

United States District Court
Northern District of California

(5)    A further case management conference is scheduled for June 25, 2025, at 1:30 p.m. via Zoom video.  An updated joint case management conference statement is due fourteen days before the case management conference.  The statement need not repeat the information in previous statements.

IT IS FURTHER ORDERED that, by January 23, 2025, the parties shall file a Stipulation and Proposed Order Selecting ADR Process, available at https://cand.uscourts.gov/about/court-programs/alternative-dispute-resolution-adr/adr-forms/, indicating their selected ADR process.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Deadline |
|---|---|
| Initial case management conference held | January 9, 2025 |
| Deadline to amend pleadings or add parties (without leave of court) | March 10, 2025 |
| Deadline to complete initial ADR session | May 7, 2025 |
| Further case management conference | June 25, 2025 |
| Close of fact discovery | July 24, 2025 |
| Expert witness reports (opening) | August 21, 2025 |
| Expert witness reports (rebuttal) | September 18, 2025 |
| Close of expert discovery | October 16, 2025 |
| Deadline to file summary judgment and *Daubert* motions | November 13, 2025 |
| Deadline to file oppositions to summary judgment and *Daubert* motions | December 9, 2025 |
| Deadline to file replies in support of summary judgment and *Daubert* motions | January 2, 2026 |
| Last day to hear dispositive and *Daubert* motions | January 28, 2026 |
| Pretrial conference | April 22, 2026 |
| Jury trial (est. 5 to 7 days) | May 26, 2026 |

United States District Court
Northern District of California

2

The parties may not modify these dates by stipulation without leave of court.  Civil L.R. 6-1(b).

**IT IS SO ORDERED.**

Dated: January 9, 2025

_____

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California