Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Musi Inc.,

    Plaintiff(s)

v.

Apple Inc.,

    Defendant(s)

Case No. C 5:24-cv-06920-EKL

REQUEST FOR ADR PHONE CONFERENCE

Counsel hereby request an ADR Phone Conference with a member of the legal staff of the ADR Program.

Date of Case Management Conference: January 9, 2025.

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Jennifer A. Golinveaux, Musi Inc. | 415-591-1507, jgolinveaux@winston.com |
| Jennifer Milici, Apple Inc. | 202-663-6006, jennifer.milici@wilmerhale.com |
| | |
| | |

*ADR Local Rule 3-6(a) requires that lead trial counsel participate in the ADR Phone Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: January 23, 2025    Signed: /s/ Jennifer A. Golinveaux
                                                                           Attorney for Plaintiff

Date: January 23, 2025    Signed: /s/ Jennifer Milici
                                                                           Attorney for Defendant

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By:    /s/ Jennifer A. Golinveaux

*Important! E-file this form in ECF using event name: "Request for ADR Phone Conference."*

*Form ADR-TC rev. 5-1-2018*