# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | **Case No. 5:24-cv-06920-EKL** <br><br> **[PROPOSED] ORDER RE: JOINT DISCOVERY LETTER BRIEF (DKT. 46)** <br><br> Judge: Hon. Nathanael M. Cousins |

Pending before the Court is the Parties' Joint Discovery Letter Brief at Dkt. 46. Having considered the Letter, **the Court hereby Orders Defendant Apple:**

1. To serve a privilege log for documents and communications responsive to Musi's RFP No. 1 that are being withheld or redacted on the basis of attorney client privilege or attorney work product or any other purported privilege by February 28, 2025.

2. To conduct custodial searches of the following individuals to determine whether such custodians possess unique documents and communications responsive to Musi's RFP No. 1. If such custodians possess unique, responsive documents, such documents are to be produced to Musi by February 28, 2025.

    a. Brian Law
    b. Joshua Case
    c. Andra Jungles
    d. Bradley Hagmann
    e. Mickie McGhee
    f. Alayna Koh
    g. Sean Cameron
    h. Elizabeth Miles

**IT IS SO ORDERED.**

Dated: _____                    _____
                                        The Honorable Nathanel M. Cousins
                                        United States Magistrate Judge