UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | CASE NO.: 5:24-CV-06920-EKL(NC)<br><br>**[PROPOSED] ORDER DENYING MUSI'S REQUEST FOR THE EXPEDITED PRODUCTION OF A PRIVILEGE LOG AND DOCUMENTS FROM EIGHT ADDITIONAL CUSTODIANS [ECF NO. 46]**<br><br>Date: February 26, 2025<br>Time: 11:00 a.m.<br>Place: Courtroom 5<br>Judge: Hon. Nathanael Cousins |

1   The Court, having considered the arguments presented in connection with the Joint Discovery Letter Brief filed by Plaintiff Musi Inc. ("Musi") and Defendant Apple Inc. ("Apple"), ECF No. 46, hereby denies Musi's request to compel Apple's expedited production of a privilege log and documents from eight additional custodians.

Musi is requesting that Apple produce a document-by-document privilege log before Musi's March 10, 2025 deadline to amend its complaint. Musi has alleged that Apple breached the contract between the parties and the implied covenant of good faith and fair dealing in removing Musi's application from Apple's App Store. In denying Musi's motion for a preliminary injunction, Judge Lee held that the contract between the parties gives Apple broad discretion to remove apps "at any time, with or without cause," and is "clear and explicit" and "unambiguous" in allowing Apple to cease offering Musi's app. ECF No. 44 at 10, 12. The first stage of discovery is meant to be targeted and Apple is producing documents on an expedited basis relating to infringement complaints about Musi's app and Apple's decision to remove the Musi app from the App Store. The expedited production of a document-by-document privilege log is irrelevant to the amendment of Musi's complaint and would impose a disproportionate burden at this stage of the case.

Musi has also requested the expedited production of documents from eight additional custodians. Six of those requested custodians held administrative positions and worked at the direction of Ms. Evan-Karimian, whose documents are being reviewed and produced on an accelerated timeline. Because documents relevant to the removal of the Musi app would have been shared with Ms. Evan-Karimian, an accelerated production of documents from the two other additional custodians is also unwarranted at this stage. The Court therefore concludes that the expedited production of documents from the additional eight custodians requested by Musi would be cumulative and disproportionately burdensome at this stage of the case.

For the foregoing reasons, Musi's requests set forth in ECF No. 46 are denied.

**IT IS SO ORDERED.**

Dated: _____ , 2025

                                           _____
                                           The Honorable Nathanael M. Cousins
                                           United States Magistrate Judge