| | |
|---|---|
| Jennifer A. Golinveaux, SBN 203056<br>Samantha K. Looker, SBN 340564<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Fransisco, CA 94111<br>Telephone: (415) 591-1000<br>*jgolinveaux@winston.com*<br>*slooker@winston.com*<br><br>Jeff Wilkerson, SBN 284044<br>WINSTON & STRAWN LLP<br>300 South Tryon Street, 16th Floor<br>Charlotte, NC 28202<br>Telephone: (704) 350-7700<br>*jwilkerson@winston.com*<br><br>*Attorneys for Plaintiff Musi Inc.* | Chris Johnstone, SBN 242152<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>*chris.johnstone@wilmerhale.com*<br><br>Jennifer Milici (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>*jennifer.milici@wilmerhale.com*<br><br>Mark A. Ford (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>*mark.ford@wilmerhale.com*<br><br>*Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>       Defendant. | Case No. 5:24-cv-06920-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>Judge: The Honorable Eumi K. Lee |

Pursuant to Civil Local Rule 6-2, Plaintiff Musi Inc. ("Musi") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation and seek an Order, with reference to the following circumstances:

WHEREAS, Musi noticed two depositions of Apple witnesses for March 5, 2025;

WHEREAS, due to the witnesses' unavailability, the depositions have been rescheduled to March 6, 2025 and March 7, 2025, respectively;

WHEREAS, Musi's current deadline amend its complaint is March 10, 2025 (Dkt. 38);

WHEREAS, in light of the rescheduled depositions, the Parties have agreed to extend Musi's time to amend its complaint by two days to March 12, 2025;

WHEREAS, the Parties have additionally agreed to the following briefing schedule for Apple's anticipated motion to dismiss:

| Event | Deadline |
| --- | --- |
| Apple's motion to dismiss the amended complaint | On or before March 25, 2025 |
| Musi's opposition to the motion to dismiss the amended complaint | On or before April 7, 2025 |
| Apple's reply in support of the motion to dismiss the amended complaint | On or before April 16, 2025 |

WHEREAS, subject to the Court's convenience, the hearing on the motion to dismiss will remain as previously set on April 30, 2025 (Dkt. 37);

WHEREAS, the Court has previously granted one request to extend Apple's time to respond to the complaint and extend the briefing schedule for Musi's motion for a preliminary injunction (Dkt. 26);

WHEREAS, the Parties agree there is good cause to extend Musi's time to amend the complaint and set a briefing schedule for Apple's motion to dismiss; and

WHEREAS, the Parties have met and conferred, and for the reasons stated herein, STIPULATE AND AGREE to the following schedule:

NOW, THEREFORE, the Parties, through their counsel, hereby stipulate and agree that:

1. Musi shall amend its complaint on or before March 12, 2025.

2. Apple shall file any motion to dismiss the amended complaint on or before March 25, 2025.

3. Musi shall file an opposition to the motion to dismiss on or before April 7, 2025.

5. Apple shall file a reply in support of the motion to dismiss on or before April 16, 2025.

**IT IS SO STIPULATED.**

Dated: March 4, 2025

WINSTON & STRAWN LLP

By: /s/ Jennifer A. Golinveaux

Jennifer A. Golinveaux, SBN 203056
Samantha K. Looker, SBN 340564
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Fransisco, CA 94111
Telephone: (415) 591-1000
*jgolinveaux@winston.com*
*slooker@winston.com*

Jeff Wilkerson, SBN 284044
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
*jwilkerson@winston.com*

*Attorneys for Plaintiff Musi Inc.*

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | Dated: March 4, 2025 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 3 |   | By: /s/ Chris Johnstone |
| 4 |   |   |
| 5 |   | Chris Johnstone, SBN 242152 |
|   |   | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 6 |   | 2600 El Camino Real, Suite 400 |
| 7 |   | Palo Alto, CA 94306 |
|   |   | Telephone: (650) 858-6000 |
| 8 |   | chris.johnstone@wilmerhale.com |
| 9 |   | Jennifer Milici (pro hac vice) |
| 10 |   | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 11 |   | 2100 Pennsylvania Avenue, NW |
|   |   | Washington, DC 20037 |
| 12 |   | Telephone: (202) 663-6000 |
|   |   | jennifer.milici@wilmerhale.com |
| 13 |   |   |
| 14 |   | Mark Ford (pro hac vice) |
|   |   | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 15 |   | 60 State Street |
| 16 |   | Boston, MA 02109 |
|   |   | Telephone: (617) 526-6000 |
| 17 |   | mark.ford@wilmerhale.com |
| 18 |   | Attorneys for Defendant Apple Inc. |

# [PROPOSED] ORDER

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT:

The case schedule is amended in accordance with the following dates:

| Event | Deadline |
|---|---|
| Musi's deadline to amend its complaint | On or before March 12, 2025 |
| Apple's motion to dismiss the amended complaint | On or before March 25, 2025 |
| Musi's opposition to the motion to dismiss the amended complaint | On or before April 7, 2025 |
| Apple's reply in support of any motion to dismiss the amended complaint | On or before April 16, 2025 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated _____, 2025            By: _____
                                              Hon. Eumi K. Lee
                                              United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Jennifer A. Golinveaux*

Jennifer A. Golinveaux
.