1  Jennifer A. Golinveaux, SBN 203056
2  Samantha K. Looker, SBN 340564
   WINSTON & STRAWN LLP
3  101 California Street, 35th Floor
   San Fransisco, CA 94111
4  Telephone: (415) 591-1000
   *jgolinveaux@winston.com*
5  *slooker@winston.com*

6  Jeff Wilkerson, SBN 284044
7  WINSTON & STRAWN LLP
   300 South Tryon Street, 16th Floor
8  Charlotte, NC 28202
   Telephone: (704) 350-7700
9  *jwilkerson@winston.com*

10 *Attorneys for Plaintiff Musi Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC., | Case No. 5:24-cv-06920-EKL |
| Plaintiff, | **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(f)** |
| v. | |
| APPLE INC., | |
| Defendant. | Judge: The Honorable Eumi K. Lee |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:** Pursuant to Civil Local Rule 79-5(f), Plaintiff files this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Plaintiff files this Motion because Plaintiff's concurrently-filed First Amended Complaint describes or summarizes deposition testimony and information produced by Defendant Apple Inc. ("Apple") that Apple designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "CONFIDENTIAL" pursuant to the Stipulated Protective Order (Dkt. No. 49). Plaintiff takes no position on whether the descriptions or summaries in the First Amended Complaint satisfy the requirements for the confidentiality designation. Within 7 days of the filing of this Motion, Apple must file a statement and/or declaration that satisfies the requirements of Civil Local Rule 79-5(c)(1). A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party. The document that Plaintiff seeks to seal through this motion is:

| ECF No. | Document | Portion(s) to seal | Reason(s) to seal |
| --- | --- | --- | --- |
| 62-2 | Plaintiff's First Amended Complaint | Portions of the document highlighted in yellow. | The document summarizes or describes documents or testimony designated by Apple as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "CONFIDENTIAL." Plaintiff takes no position on whether the material should be sealed. |
| 62-3 | REDLINED Plaintiff's First Amended Complaint | Portions of the document highlighted in yellow. | The document summarizes or describes documents or testimony designated by Apple as HIGHLY CONFIDENTIAL – |

|  |  |  | ATTORNEYS' EYES ONLY" and "CONFIDENTIAL." Plaintiff takes no position on whether the material should be sealed. |
|---|---|---|---|

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed document accompany this Administrative Motion.

Dated: March 12, 2025                              WINSTON & STRAWN LLP

                                                   By: */s/ Jennifer A. Golinveaux*

                                                   Jennifer A. Golinveaux, SBN 203056
                                                   Samantha K. Looker, SBN 340564
                                                   WINSTON & STRAWN LLP
                                                   101 California Street, 35th Floor
                                                   San Fransisco, CA 94111
                                                   Telephone: (415) 591-1000
                                                   *jgolinveaux@winston.com*
                                                   *slooker@winston.com*

                                                   Jeff Wilkerson, SBN 284044
                                                   WINSTON & STRAWN LLP
                                                   300 South Tryon Street, 16th Floor
                                                   Charlotte, NC 28202
                                                   Telephone: (704) 350-7700
                                                   *jwilkerson@winston.com*

                                                   *Attorneys for Plaintiff Musi Inc.*