Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
*chris.johnstone@wilmerhale.com*

Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
*jennifer.milici@wilmerhale.com*

Mark A. Ford (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
*mark.ford@wilmerhale.com*

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MUSI INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 5:24-cv-06920-EKL <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS** <br><br> Judge: The Honorable Eumi K. Lee <br> Hearing Date: April 30, 2025 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 7 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 30, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Eumi K. Lee, in Courtroom 7 of the United States District Court, Northern District of California, located at 280 South 1st Street, San Jose, California, defendant Apple Inc. ("Apple") will and hereby does move to dismiss with prejudice Musi Inc.'s ("Musi") First Amended Complaint ("FAC") (Dkt. 67).

This Motion to Dismiss is made pursuant to Federal Rule of Civil Procedure 12(b)(6) for failing to state a claim against Apple (the "Motion"). Apple's Motion is based on the grounds that Plaintiff's claims for breach of contract and breach of the implied covenant of good faith and fair dealing are barred as a matter of law by the express terms of the parties' contracts.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Jennifer Milici in Support, the pleadings and other papers on file in this action, any argument, and any other evidence that the Court may consider.

Dated: March 25, 2025

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By: */s/ Jennifer Milici*
Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
jennifer.milici@wilmerhale.com

Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
chris.johnstone@wilmerhale.com

| | |
|---|---|
| 1 | |
| 2 | Mark A. Ford (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>*mark.ford@wilmerhale.com* |
| 3 | |
| 4 | |
| 5 | *Attorneys for Defendant Apple Inc.* |