# Exhibit 3

| | |
|---:|:---|
| **Received(Date):** | Thu, 22 Apr 2021 16:59:00 -0700 |
| **Subject:** | Apple Inc. (our ref# APP44644-F) |
| **From:** | YouTube Legal <legal-youtube+03nkyvpoirek20y@google.com> |
| **To:** | appstorenotices@apple.com |
| **Cc:** | christian@feelthemusi.com, support@feelthemusi.com, aaron@feelthemusi.com,herstein@pitblado.com |
| **Date:** | Thu, 22 Apr 2021 16:59:00 -0700 |

**Dear Mr. Herstein:**

**This law firm represents YouTube, LLC and on YouTube's behalf hereby instructs Musi Inc., its officers, employees, affiliates, and all others acting on its behalf (collectively "Musi") to immediately cease and desist from the conduct described below and to immediately remove and disable the existing version of the Musi App and the Musi App Free APK from distribution and use (or replace it with a version that complies with this notice).**

**Following the statements made in your latest response on this matter, YouTube further investigated the functionality of iOS app Musi - Simple Music Streaming - offered at https://apps.apple.com/us/app/musi-simple-music-streaming/id591560124 ( "Musi App"). Contrary to the statements made by your client about the Musi App not infringing the rights of YouTube or accessing the YouTube platform through unauthorized means, we have learned that the functionality of the Musi App appears to be even more egregious than the use of YouTube API Services originally described in our correspondence. Specifically, it appears that the Musi App is accessing and using YouTube's non-public interfaces not intended for use by third parties and is using such unauthorized interfaces to access and display YouTube content and data (including, but not limited to, audiovisual content, audio content, visual content, metadata such as titles, and any other information, on, or relating to, YouTube) ("YouTube Content") on Musi App—without YouTube's permission.**

**Apart from the above, Musi itself advertises on the App Store that the Musi App will "Stream any song from YouTube" and "stream and organize music directly from YouTube."**

**It also appears that Musi is distributing a Musi Free App APK for Android, offered at https://baixarapk.gratis/en/app/591560124/musi-simple-music-streaming ("Musi APK"), which APK engages in the same conduct described above as the Musi App.**

**The above-described conduct violates multiple prohibitions in the YouTube Terms of Service:**

**"You are not allowed to:**

**(1) access, reproduce, download, distribute, transmit, broadcast, display, sell, license, alter, modify or otherwise use any part of the Service or any Content except: (a) as expressly**

CONFIDENTIAL                                                                                                                    APL-MUSI_00003778

**authorized by the Service; or (b) with prior written permission from YouTube and, if applicable, the respective rights holders;**

**(2) circumvent, disable, fraudulently engage with, or otherwise interfere with any part of the Service (or attempt to do any of these things), including security-related features or features that (a) prevent or restrict the copying or other use of Content or (b) limit the use of the Service or Content;**

**(3) access the Service using any automated means (such as robots, botnets or scrapers) except (a) in the case of public search engines, in accordance with YouTube's robots.txt file; or (b) with YouTube's prior written permission; …**

**(9) use the Service to view or listen to Content other than for personal, non-commercial use (for example, you may not publicly screen videos or stream music from the Service); or**

**(10) use the Service to (a) sell any advertising, sponsorships, or promotions placed on, around, or within the Service or Content, other than those allowed in the Advertising on YouTube policies (such as compliant product placements); or (b) sell advertising, sponsorships, or promotions on any page of any website or application that only contains Content from the Service or where Content from the Service is the primary basis for such sales (for example, selling ads on a webpage where YouTube videos are the main draw for users visiting the webpage)."**

**See YouTube Terms of Service "Permissions and Restrictions".**

**Musi should further be aware that such streaming of content from the YouTube service likely infringes (unless licensed) the copyrights in that content, such as the copyrights owned by the record labels and music publishers for the music streamed by Musi. With this notice, YouTube is acting only on behalf of itself. Third-party copyright owners may be contacting Musi separately to protect their own rights.**

**In light of the foregoing, we hope that you will cooperate by immediately ceasing all conduct that violates YouTube's terms and policies. This means the Musi App and the Musi APK must also (i) stop enabling and facilitating streaming content from YouTube; (ii) stop accessing and using any and all of YouTube's non-public interfaces not intended for use by third parties, (iii) stop using any unauthorized interfaces to access and display YouTube Content, and (iv) completely remove any and all YouTube Content from the Musi App, the Musi APK, and public materials such as your client's marketing materials.**

**In addition, Musi must not, and must not enable, encourage or require others to, engage in any other conduct that violates any YouTube terms and policies (including the YouTube Terms of Service, YouTube API Services Terms of Service, and YouTube API Services Developer Policies, as applicable).**

**Please respond to this notice within 7 days to confirm your compliance. YouTube reserves all rights to take any further appropriate action. Please contact me at aweibell@wsgr.com if you have any questions about this notice.**

CONFIDENTIAL                                                                                                                APL-MUSI_00003779

Very truly yours,

**WILSON SONSINI GOODRICH & ROSATI**

**Professional Corporation**

**/s/ Tony Weibell**

**Attorneys for**

**YOUTUBE, LLC**

On April 16, 2021 AppStoreNotices@apple.com wrote:

Dear YouTube and Legal,

\*\*Please include APP44644-F in the subject line of any future correspondence on this matter.\*\*

According to our records, we did not receive confirmation from you that this matter had been resolved.

Please let us know the status of the dispute involving the app listed below. If we do not hear from you shortly, we will consider the matter closed.

F. Developer: Musi Inc.

Provider: Musi Inc.

Title: Musi - Simple Music Streaming

Apple ID: 591560124

-

Sincerely,

Serena

  Apple Legal | Apple | 1 Infinite Loop | Cupertino | CA | 95014 | AppStoreNotices@apple.com The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the