1  Jennifer A. Golinveaux, SBN 203056
   Samantha K. Looker, SBN 340564
2  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
3  San Francisco, CA 94111
   Telephone: (415) 591-1000
4  jgolinveaux@winston.com
5  slooker@winston.com

6  Jeff Wilkerson, SBN 284044
7  WINSTON & STRAWN LLP
   300 South Tryon Street, 16th Floor
8  Charlotte, NC 28202
   Telephone: (704) 350-7700
9  jwilkerson@winston.com

10 *Attorneys for Plaintiff Musi Inc.*

   Chris Johnstone, SBN 242152
   WILMER CUTLER PICKERING
       HALE AND DORR LLP
   2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
   Telephone: (650) 858-6000
   chris.johnstone@wilmerhale.com

   Jennifer Milici (*pro hac vice*)
   WILMER CUTLER PICKERING
       HALE AND DORR LLP
   2100 Pennsylvania Avenue, NW
   Washington, DC 20037
   Telephone: (202) 663-6000
   jennifer.milici@wilmerhale.com

   Mark A. Ford (*pro hac vice*)
   WILMER CUTLER PICKERING
       HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   mark.ford@wilmerhale.com

   *Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MUSI INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 5:24-cv-06920-EKL <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING THE PARTIES' FIRST REQUEST FOR AN EXTENSION OF TIME TO CONDUCT INITIAL ADR SESSION** <br><br> Judge: The Honorable Eumi K. Lee |

1       Pursuant to Civil Local Rule 6-2, Plaintiff Musi Inc. ("Musi") and Defendant Apple Inc.
2  ("Apple") (collectively, the "Parties"), by and through their respective attorneys of record herein
3  and without waiving any rights, claims, or defenses they have in this action, enter into this
4  Stipulation and seek an Order, with reference to the following circumstances:

5       WHEREAS, the Parties' current deadline to complete the initial ADR session is May 7,
6  2025 (Dkt. 38);

7       WHEREAS, Apple's motion to dismiss the First Amended Complaint is scheduled to be
8  heard on April 30, 2025 (Dkt. 37);

9       WHEREAS, the Parties have met and conferred and agree that it would be more efficient
10 to hold a mediation session after the Court's ruling on Apple's motion to dismiss;

11      WHEREAS, the Parties therefore agree there is good cause to extend the deadline to
12 complete the initial ADR session to June 27, 2025;

13      WHEREAS, this is the Parties' first request to extend the deadline to complete the initial
14 ADR session;

15      NOW, THEREFORE, the Parties, through their counsel, hereby stipulate and agree that:

16      1.      The Parties shall complete the initial ADR session on or before June 27, 2025.

17      **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: April 22, 2025 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: /s/ Chris Johnstone |
| | Chris Johnstone, SBN 242152<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>chris.johnstone@wilmerhale.com |
| | Jennifer Milici (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>jennifer.milici@wilmerhale.com |
| | Mark Ford (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>mark.ford@wilmerhale.com |
| | *Attorneys for Defendant Apple Inc.* |

1 | Dated: April 22, 2025

WINSTON & STRAWN LLP

By: */s/ Jennifer A. Golinveaux*

Jennifer A. Golinveaux, SBN 203056
Samantha K. Looker, SBN 340564
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
*jgolinveaux@winston.com*
*slooker@winston.com*

Jeff Wilkerson, SBN 284044
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
*jwilkerson@winston.com*

*Attorneys for Plaintiff Musi Inc.*

# [PROPOSED] ORDER

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT:

The case schedule is amended in accordance with the following date:

| Event | Deadline |
|---|---|
| Deadline to complete initial ADR session | On or before June 27, 2025 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated _____, 2025      By: _____
                                               Hon. Eumi K. Lee
                                               United States District Judge

**SIGNATURE ATTESTATION**

I, Chris Johnstone, am the CM/ECF user whose ID and password are being used to file this Stipulation for Extension of Time Pursuant to Civil Local Rule 6-2. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 22, 2025

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Chris Johnstone

Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
chris.johnstone@wilmerhale.com

*Attorney for Defendant Apple Inc.*