Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
*chris.johnstone@wilmerhale.com*

Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
*jennifer.milici@wilmerhale.com*

Mark A. Ford (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
*mark.ford@wilmerhale.com*

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 5:24-cv-06920-EKL<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**<br><br>Judge: The Honorable Eumi K. Lee<br>Hearing Date: July 30, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: 7 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 30, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Eumi K. Lee, in Courtroom 7 of the United States District Court, Northern District of California, located at 280 South 1st Street, San Jose, California, defendant Apple Inc. ("Apple") will and hereby does move this Court for an order for Sanctions, pursuant to Rule 11 of the Federal Rules of Civil Procedure, against Plaintiff Musi Inc. ("Musi") and its counsel for filing Musi's First Amended Complaint in violation of the obligations imposed by Rule 11(b) of the Federal Rules of Civil Procedure.

Apple requests sanctions in the form of: (1) if the First Amended Complaint is not dismissed, an order striking it with prejudice; (2) an order that Musi's counsel pay Apple's costs and attorneys' fees for bringing this motion and defending this matter; and (3) any additional sanctions or other relief the Court determines to be just and proper.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Jennifer Milici in Support and exhibits thereto, the pleadings and other papers on file in this action, any argument, and any other evidence that the Court may consider.

Dated: May 5, 2025

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By: */s/ Jennifer Milici*
Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
jennifer.milici@wilmerhale.com

Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
chris.johnstone@wilmerhale.com

Mark A. Ford (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
*mark.ford@wilmerhale.com*

*Attorneys for Defendant Apple Inc.*