# EXHIBIT 5

1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4    ----------------------------------------x

5    MUSI INC.,

6              Plaintiff,

7    vs.                        Case No.

8    APPLE INC.,                5:24-cv-06920-EKL

9              Defendant.

10   ----------------------------------------x

11

12

13

14              VIDEOTAPED DEPOSITION OF

15                VIOLET EVAN-KARIMIAN

16               Thursday, March 5, 2025

17

18

19

20   Stenographically Reported By:

21   Lynne Ledanois

22   Certified Court Reporter, License No. 6811

23   Job No. 7223172

24

25   PAGES 1 - 159

                                        Page 1

```
1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                     SAN JOSE DIVISION

4      ----------------------------------------x

5      MUSI INC.,

6              Plaintiff,

7      vs.                    Case No.

8      APPLE INC.,            5:24-cv-06920-EKL

9              Defendant.

10     ----------------------------------------x

11

12

13

14

15            Videotaped deposition of VIOLET

16     EVAN-KARIMIAN taken at Winston & Strawn 255

17     Shoreline Drive, Suite 250, Redwood City,

18     California, commencing at 10:04 a.m., on Thursday,

19     March 6, 2025 before LYNNE M. LEDANOIS, Certified

20     Shorthand Reporter No. 6811, Certified Court

21     Reporter.

22

23                           *  *  *

24

25
```

Page 2

```
 1                    REMOTE APPEARANCES

 2

 3    Counsel for the Plaintiff:

 4                 WINSTON & STRAWN LLP

 5                 BY:  JENNIFER A. GOLINVEAUX

 6                      SAMANTHA K. LOOKER

 7                 Attorneys at Law

 8                 255 Shoreline Drive

 9                 Suite 520

10                 Redwood City, California 94062

11                 jgolinveaux@winston.com

12                 slooker@winston.com

13

14    Counsel for the Defendant:

15                 WILMER CUTLER PICKERING HALE & DORR LLP

16                 BY:  JENNIFER MILICI

17                 Attorney at Law

18                 101 California Street

19                 35th Floor

20                 San Francisco, California 94111

21                 jennifer.milici@wilmerhale.com

22

23    Also Present:

24    Cameron Tuttle, Videographer

25    Beth Gettinger, Apple Legal Counsel
```

Page  3

1              I N D E X   O F   E X A M I N A T I O N

2

3    Examination by:                              Page

4         Ms. Golinveaux                            9

5         Ms. Milici                              143

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page  4

```
 1            I N D E X   O F   E X H I B I T S

 2    Deposition          Description          Identified

 3    Exhibit 1  Notice of Deposition                 13

 4    Exhibit 2  LinkedIn Profile                     36

 5    Exhibit 3  Email chain, 3/31/20                 79

 6               APL-MUSI_00016436

 7    Exhibit 4  Email, 9/11/24                       88

 8               APL-MUSI_00014367

 9    Exhibit 5  Document headed, Complaint           90

10               Number, Group Letter, etc.

11    Exhibit 6  Email chain, 5/23/19                 98

12               APL-MUSI_00014034

13    Exhibit 7  Email chain, 5/24/24                108

14               APL-MUSI_00017952

15    Exhibit 8  Email chain, 7/15/24                113

16               APL-MUSI_00017856

17    Exhibit 9  Defendant's Responses and           118

18               Objections to Plaintiff's

19               First Set of Interrogatories

20    Exhibit 10 Email chain, 7/29/24                123

21               APL-MUSI_00006322

22    Exhibit 11 Email chain, 8/8/24                 130

23               APL-MUSI_00003116

24    Exhibit 12 Email chain, 9/19/24                132

25               APL-MUSI_00016574
```

Page 5

```
1            I N D E X   O F   E X H I B I T S
2     Deposition              Description            Identified
3     Exhibit 13 Letter to Elizabeth Miles               135
4                re: Evidence of YouTube
5                Policy Violations by Musi
6                9/11/24
7     Exhibit 14 Email chain, 9/24/24                    138
8                APL-MUSI_00000908
9     Exhibit 15 Email chain, 9/26/24                    139
10                APL-MUSI_00010121
11     Exhibit 16 Email chain, 10/2/24                   141
12                APL-MUSI_00018119
13     Exhibit 17 Email chain, 6/13/19                   144
14                APL-MUSI_00001249
15     Exhibit 18 Email chain, 12/10/19                  146
16                APL-MUSI_00009213
17     Exhibit 19 Email chain, 7/9/20                    148
18                APL-MUSI_00016198
19     Exhibit 20 Email chain, 3/25/21                   149
20                APL-MUSI_00010049
21     Exhibit 21 Email chain, 9/2/20                    151
22                APL-MUSI_00008803
23
24
25     ///
```

Page 6

```
1                    Thursday, March 6, 2025

2                        10:04 a.m.

3    ----------------------------------------------------

4              THE VIDEOGRAPHER:  Good morning.  We're

5    going on the record.                              10:04

6              The time is 10:04 a.m. on March 6th, 2025.

7              Please note that the microphones are

8    sensitive and may pick up whispering and private

9    conversations.  Please mute your phones at this

10   time.                                             10:05

11             Audio and video recording will continue to

12   take place unless all parties agree to go off the

13   record.

14             This is Media Unit 1 of the video-recorded

15   deposition of Violet Evan-Karimian taken by counsel   10:05

16   for plaintiff in the matter of Musi Inc. verse Apple

17   Inc., filed in the United States District Court,

18   Northern District of California, San Jose Division.

19             Case number 5:24-cv-06920-EKL.

20             The location of the deposition is         10:05

21   255 Shoreline Drive, Number 520, Redwood City,

22   California 94065.

23             My name is Cameron Tuttle representing

24   Veritext and I'm the videographer.

25             I'm not authorized to administer an oath,   10:06
```

Page 7

| | |
|---|---|
| 1 | that doesn't mean it's not possible that there might | 12:20 |
| 2 | be one because, again, we're talking about 11 years | |
| 3 | of doing this, so... | |
| 4 |     Q    You're familiar with an app called the | |
| 5 | Musi app; correct? | 12:20 |
| 6 |     A    What do you mean by "familiar with"? | |
| 7 |     Q    You've heard of it before? | |
| 8 |     A    Well, yes. | |
| 9 |     Q    Okay.  When did you first learn about the | |
| 10 | Musi app? | 12:20 |
| 11 |     MS. MILICI:  Objection, vague. | |
| 12 | BY MS. GOLINVEAUX: | |
| 13 |     Q    Do you understand my question? | |
| 14 |     A    If your question is when did the Musi app | |
| 15 | come to my attention? | 12:21 |
| 16 |     Q    First come to your attention, correct. | |
| 17 |     A    It would have been when a claim was filed | |
| 18 | against the app. | |
| 19 |     Q    Do you remember specifically which claim | |
| 20 | that might be? | 12:21 |
| 21 |     A    To the best of my current recollection, I | |
| 22 | believe the first claim was YouTube, but I'm not | |
| 23 | entirely certain that that was the first claim. | |
| 24 |     MS. GOLINVEAUX:  Let's do Tab 6. | |
| 25 |     (Whereupon, Exhibit 6 was marked for | 12:21 |

Page 98

```
1    identification.)                                   01:20
2              MS. MILICI:  We've been going on hour, so
3    when there is a good breaking point, can we take a
4    break?
5              MS. GOLINVEAUX:  Sure.  Maybe after this   12:22
6    exhibit.
7              THE WITNESS:  This is a big one.
8    BY MS. GOLINVEAUX:
9         Q    So, Ms. Evan, the court reporter has
10   handed you an exhibit that's been marked Plaintiff's  12:22
11   Exhibit 6 and it's a rather lengthy email chain.
12             And the last email is from you to a Marina
13   Shilman at Google cc'ing a Mario Esposito at Google
14   dated March 23, 2019.
15             Do you see that?                          12:22
16        A    Yes.
17        Q    Do you recall this email chain?
18        A    This is not something that I have looked at
19   recently.
20        Q    Okay.                                     12:22
21        A    No.
22        Q    But no reason to believe that you didn't
23   send this email; correct?
24        A    Correct.
25        Q    Do you see the numbers down in the lower   12:22
```

Page 99

```
 1   right corner?                                         12:23

 2        A    Yes.

 3        Q    If you could flip back in the chain to the

 4   numbers ending in 94.

 5        A    Are you referring to -- no, it's different.  12:23

 6   Are you referring to the smaller set or the larger

 7   set?

 8        Q    The smaller set.

 9        A    It was 94?

10        Q    Yes.                                        12:23

11        A    Okay.

12        Q    On the top of the page that ends in 94,

13   what actually begins at the bottom of the preceding

14   page of 93, do you see where it says on Sunday,

15   March 1st, 2015?                                      12:23

16        A    Yes.

17        Q    Appstorenotices@apple.com wrote an email.

18             Do you see that?

19        A    Yes.

20        Q    If you could take a minute to review that   12:24

21   email.  Let me know when you're done.

22        A    I'm done.

23        Q    This email starts by saying, "On

24   February 27th, 2015, we received a notice from

25   YouTube LLC (Complainant) that complainant believes   12:25
```

Page 100

```
1     the app listed below infringes its intellectual        12:25
2     property rights.  Please see their comments below."
3               Do you see that?
4          A    Yes.
5          Q    And the app title information is provided      12:25
6     below that paragraph and it says Musi; right?
7          A    Yes.
8          Q    What is the nature of YouTube's complaint
9     against Musi that Apple is forwarding here?
10              MS. MILICI:  Objection, vague, the             12:25
11    document speaks for itself.
12    BY MS. GOLINVEAUX:
13         Q    Can you tell from this document?
14         A    The comments from complainant were violating
15    YouTube terms of service.                                12:25
16         Q    I see.  Can you tell from this document
17    the nature of the violation of the terms of service?
18         A    Just that it's a violation of their terms of
19    service.
20         Q    Okay.  Can you tell which terms -- which       12:26
21    term is being violated from this communication that
22    you forwarded to Musi?
23         A    That's not really for me to determine, but
24    if you're asking me right now if I were to read that,
25    I would say no, that's the information that they         12:26
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    provided.                                          12:26
 2         Q    Okay.  Understood.
 3              And this email was sent on March 1st,
 4    2015.  Since that time, has YouTube ever told Apple
 5    what term Musi is violating?                        12:26
 6              MS. MILICI:  Objection, vague.
 7    BY MS. GOLINVEAUX:
 8         Q    Do you understand my question?
 9         A    I can answer your question by saying that
10    YouTube has, in communications in Musi, provided    12:27
11    additional details as to the issues that they have
12    with the Musi app --
13         Q    Thank you.
14         A    -- since the date of this communication.
15         Q    Thank you.  I have a slightly different   12:27
16    question.
17              Apart from its communications with Musi,
18    which we have, has YouTube separately ever explained
19    to Apple in either Apple's conversations, phone
20    calls with YouTube or otherwise, the nature of the  12:27
21    violation of terms of service?
22              MS. MILICI:  Objection, vague.
23              You mean outside of the emails that they
24    are copied on?
25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

BY MS. GOLINVEAUX: 12:27

Q You can answer the question.

A I mean, I would have the same question, is it -- do you mean outside of the dispute process separately, privately; is that the question? 12:27

Q Let me read it back and see if that clarifies it at all.

I said: I have a slightly different question. Apart from its communications with Musi, which we have, including as part of the app dispute 12:28 process, has YouTube ever separately explained to Apple the nature of this violation of its terms of service?

A It is possible that YouTube sent an email to Apple or to app store disputes without copying Musi. 12:28 That is possible. I mean, we're talking about years of correspondence.

I can't guarantee that Musi was copied on every single email.

Generally, even if a party is not copied 12:28 to an email, we tend to still forward that email to the other party.

That's our general practice. I would have to review all of the dispute correspondence in order to make that determination. 12:28

```
 1        Q    Sitting here today, you don't recall        12:29
 2   anything specifically outside the app dispute
 3   process?
 4        A    No, I do not recall.
 5        Q    In the phone calls that Apple had with       12:29
 6   YouTube in 2024 about Musi, did they explain what
 7   the nature of the terms-of-service violation was?
 8        A    No, they did not and we did not ask that
 9   they do that.
10        Q    Okay.  If you flip back to the page ending   12:29
11   in 39, again, that's the smaller number at the top;
12   right?
13        A    Mm-hmm.
14        Q    You see the email in the middle of that
15   page from an Aaron Wojnowski dated May 1, 2017        12:29
16   stating, "Hello, we have not yet heard back from
17   YouTube."
18             Do you see that?
19        A    Yes.
20        Q    If you turn forward in the chain to the      12:30
21   page ending in 37.
22        A    Okay.
23        Q    Actually, strike that.
24             If you turn to the next page ending in 38,
25   do you see an email on May 8th, 2017 from app store   12:30
```

Page 104

|    |    |    |    |    |
|----|----|----|----|----|

```
 1    notices that says, "Dear YouTube," then reference      12:30

 2    the number.  "We have learned that the developer of

 3    the application, Musi, has attempted to contact you

 4    regarding this dispute but has not received any

 5    response.  Please advise us the best way for the        12:31

 6    developer to contact you to resolve your concerns."

 7              Do you see that?

 8         A    Yes.

 9         Q    Then if you go back to the page ending in

10    37.                                                     12:31

11         A    37?

12         Q    14037.

13         A    The one from Google?

14         Q    Correct.

15         A    Okay.                                         12:31

16         Q    Do you see that email from Mario Esposito?

17         A    From Mario -- no, I don't see the email

18    from -- yes, sorry.  I didn't recognize because the

19    email address was very different.  But yes.

20         Q    Musi wasn't copied on that correspondence;    12:32

21    correct?

22         A    I can't tell from this printout whether they

23    were copied on that.

24         Q    Okay.  Who is Mario Esposito?

25         A    I do not know him personally.  From this      12:32
```

Page 105

```
 1    email, it appears he was associated with Google.        12:32
 2        Q    And if you move forward to the page ending
 3    in 35, you see the email in the middle column in the
 4    middle of the page from Tom Reyburn?
 5        A    Are you referring to --                         12:32
 6        Q    It's dated February 22nd at 3:24.
 7             Do you see that?
 8        A    Yes.
 9        Q    Could you read -- first of all, who is
10    Mr. Reyburn?                                             12:33
11        A    Also one that I do not know personally but
12    apparently is associated with Apple based on the email
13    address.
14        Q    Okay.  And it says, "Hi, Marina.  Our app
15    store notice team says YouTube failed to respond to     12:33
16    multiple follow-ups on this issue from Apple and the
17    app developer in question.  Could you please make
18    sure that YouTube engages in the process with our
19    app store notices team in order to close out this
20    issue as quickly as possible?"                          12:33
21             Do you see that?
22        A    Yes.
23        Q    It says, "They will need to respond to
24    messages from Apple and the developer in order to
25    resolve the issue.  Thanks, Tom."                       12:33
```

Page 106

```
1        A    Do I just need to confirm that?          12:33

2        Q    Do you see that?

3        A    Yes. Sorry.

4        Q    To your knowledge, did YouTube ever

5   respond as Mr. Reyburn directed?                   12:34

6        A    I don't recall whether they responded after

7   he directed them to do so.

8        Q    Are you aware that YouTube sent Musi a

9   letter from counsel in April of 2021?

10            MS. MILICI:  Objection, vague.            12:34

11            THE WITNESS:  Again, I don't recall that

12   information.

13   BY MS. GOLINVEAUX:

14        Q    If you don't know, that's fine, I'm just

15   asking if you're aware.                           12:34

16        A    Yeah, I'm not right now aware of that.

17        Q    Are you aware that Musi responded in

18   writing via outside counsel to YouTube in May of

19   2021?

20            MS. MILICI:  Objection, vague.            12:34

21            THE WITNESS:  Again, I don't recall that.

22   If it had been brought to my attention back then,

23   maybe, but right now I don't recall it.

24            MS. GOLINVEAUX:  Okay.  Let's take a short

25   break.                                            12:34
```

Page 107

```
 1              THE WITNESS:  Okay.                    12:34
 2              THE VIDEOGRAPHER:  We're going off the
 3    record.  The time is 12:35 p.m.
 4              (Recess taken.)
 5              (Whereupon, Exhibit 7 was marked for    12:34
 6    identification.)
 7              THE VIDEOGRAPHER:  We're back on the
 8    record.  The time is 12:58 p.m.
 9    BY MS. GOLINVEAUX:
10        Q    Good afternoon, Ms. Evan.  We're back on    12:58
11    the record.
12              The court reporter is going to hand you
13    Exhibit 7.  It's been marked Plaintiff's Exhibit 7.
14              Do you have that exhibit?
15        A    Yes.                                    12:58
16        Q    And it's an email chain.  At the end of
17    the chain it says, "Subject:  Re:  Musi App" from
18    Robert Windom at Apple.
19              Do you see that?
20        A    Yes.                                    12:59
21        Q    Dated Friday, 24th May, 2024.  And you and
22    Elizabeth Miles are cc'd.
23              Do you see that?
24        A    Yes.
25        Q    Okay.  Who's Elizabeth Miles?          12:59
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1        A    She is also senior director but for services  12:59

 2   other than app store.

 3        Q    Services other than the app store?

 4        A    Yes.

 5        Q    What is her role in connection with the       12:59

 6   app store, if any?

 7        A    With the app store, none.

 8        Q    And if you flip to the first email in the

 9   chain, which starts on page ending in -- well, page

10   numbered 17955.                                          12:59

11        Do you see that?

12        A    Yes.

13        Q    This is an email from Jeff Walker at Sony

14   to Robert Windom and Elizabeth Miles.

15        Do you see that?                                    12:59

16        A    Yes.

17        Q    And I realize you weren't on this first

18   email, but you got brought into the chain later;

19   correct?

20        A    It appears so, yes.                            01:00

21        Q    Okay.  Who's -- do you know who Jeff

22   Walker at Sony is?

23        A    I do not know him.

24        Q    Okay.  He says, "Hi, Robert and Elizabeth.

25   I hope you are both well.  I'm reaching out to see       01:00
```

                                                       Page 109

```
 1    whether you might be able to help us identify a path      01:00
 2    forward in our efforts to have the Musi app removed
 3    from the Apple app store."
 4              Do you see that?
 5        A    Yes.  Would you mind if I have a moment         01:00
 6    to --
 7        Q    Of course.  You can read it first.
 8        A    Thank you.
 9              Okay.  I read that email.
10        Q    My first question is:  Do you have an          01:01
11    understanding of why Jeff would have reached out to
12    Elizabeth and Robert directly on this?
13              MS. MILICI:  Objection, vague.
14              THE WITNESS:  Jeff's email indicates that
15    the Musi app is circumventing YouTube's technical        01:01
16    protection measures and that the IFPI, of which Sony
17    is a member, has tried to mitigate the dispute and
18    get it resolved but that that's not been productive.
19              So they are asking for some information on
20    a path forward.                                          01:02
21    BY MS. GOLINVEAUX:
22        Q    And you see in the middle of his paragraph
23    to Robert and Elizabeth, he says, "We have worked
24    with YouTube to remove API access from Musi."
25              Do you see that?                               01:02
```

Page 110

```
 1          A    Let's see.  "We have worked with YouTube to   01:02
 2    remove API access from Musi, but the app finds ways to
 3    access our content through technological means that
 4    are more difficult for Google to action," yes.
 5          Q    Okay.  So at this point in time,              01:02
 6    April 11th, 2024, Apple had been informed that
 7    YouTube had removed the API access from Musi;
 8    correct?
 9               MS. MILICI:  Objection, vague.
10               THE WITNESS:  At this point in 2024,          01:02
11    individuals at Apple were told that Google had
12    removed the API access from Musi but the app was
13    still somehow using Google's services in a way that
14    was more difficult for Google to action is what it
15    says.                                                    01:03
16    BY MS. GOLINVEAUX:
17          Q    Okay.  Thank you.
18          A    Yes.
19          Q    And you see this email is forwarded to you
20    from Robert Windom; correct?                             01:03
21          A    Correct.
22          Q    And it says, "Hi, Violet," and then there
23    is an attorney-client privilege bar, so we cannot
24    see what he says; correct?
25          A    Correct.                                      01:03
```

                                                    Page 111

```
 1        Q    And I'm not going to ask you about the        01:03
 2   substance of what you said, just to make that clear,
 3   because I don't want to give your lawyer a heart
 4   attack over here.
 5            What I want to ask you is:  Was Robert        01:03
 6   seeking legal advice in connection with Sony's email
 7   from you?
 8        A    I don't recall what he asked for in that
 9   message.
10        Q    And if you turn to the next -- move          01:04
11   forward in the chain to page starting 17953, it
12   appears you respond to Robert; correct?
13        A    Correct.
14        Q    And were you providing legal advice to
15   Robert at this point in time?                          01:04
16        A    I would assume so.  I don't recall the exact
17   message, but that's -- that would be my assumption.
18        Q    In connection with Jeff Walker's email
19   request for Apple to assist it with getting Musi
20   taken down; correct?                                   01:04
21            MS. MILICI:  Objection, vague.  And you're
22   inquiring now into privileged communication, so I
23   object and I instruct the witness not to answer.
24            MS. GOLINVEAUX:  I'm asking for no more
25   than would be required in a privilege log.  So you     01:04
```

Page 112

```
 1   can --                                              01:04

 2           MS. MILICI:  You're asking -- okay.

 3   BY MS. GOLINVEAUX:

 4       Q    Let me ask you this:  Do you recall this

 5   communication back to Robert?                       01:05

 6       A    I don't recall the communication.

 7       Q    Look at the last email of the chain, this

 8   is on Page 17952 from Robert to Sean, copying you

 9   and Elizabeth.

10           Do you see that?                            01:05

11       A    Yes.

12       Q    It says, "Yes, please try to get that

13   meeting set up."

14           Do you see that?

15       A    Yes.                                       01:05

16       Q    Do you know if that meeting was set up?

17       A    I don't recall what meeting this involved.

18       Q    You don't have any recollection of this

19   email chain apart --

20       A    I don't have a recollection of the email   01:05

21   chain, I haven't seen it since the email chain

22   occurred.

23       Q    Okay.

24           MS. GOLINVEAUX:  Can we have Tab 12?

25           (Whereupon, Exhibit 8 was marked for        01:06
```

Page 113

```
 1    identification.)                                       01:20

 2    BY MS. GOLINVEAUX:

 3         Q    The court reporter has handed you what has

 4    been marked as Plaintiff's Exhibit 8, which is an

 5    email from Kelvin Paulino to Arun Singh.               01:06

 6              Do you see that?

 7         A    Yes.

 8         Q    Who is Arun Singh?

 9         A    She is a relationship manager at Apple.

10         Q    And what is her role, if any, in            01:06

11    connection with the app dispute process?

12         A    I believe Arun manages the relationship

13    with, among other entities, Google and YouTube.

14         Q    Okay.  And have you seen this email

15    before?                                                01:06

16         A    I don't believe I've seen this one, no.

17         Q    And if you flip to the page ending in 858.

18         A    Okay.

19         Q    You see the email that starts at the

20    bottom of 858 that's from Arun to Kelvin that says,    01:07

21    "Hope you're well and enjoyed WWDC."

22              What is WWDC?

23         A    The Worldwide Developer Conference.

24         Q    Okay.  "I was wondering if you were able

25    to look into the Musi issue we discussed a couple of   01:07
```

<div align="right">Page 114</div>

| | | |
|---|---|---|
| 1 | weeks ago.  Any updates?" | 01:07 |
| 2 |     A    Yes, I see that. | |
| 3 |     Q    And at this point in time in June 12th, | |
| 4 | 2024, are you aware of what discussions Arun was | |
| 5 | having with Kelvin about the Musi app? | 01:07 |
| 6 |         MS. MILICI:  I'm going to instruct the | |
| 7 | witness not to provide any privileged communication | |
| 8 | or any legal analysis in response to that question. | |
| 9 | If there is an answer you can provide apart from | |
| 10 | that -- | 01:08 |
| 11 | BY MS. GOLINVEAUX: | |
| 12 |     Q    To be clear, I'm asking specifically | |
| 13 | whether you're aware of any communications Arun had | |
| 14 | with Kelvin, which by nature would not be | |
| 15 | privileged.  So I don't want to get into any | 01:08 |
| 16 | privilege within Apple. | |
| 17 |     A    Okay.  So your question was when Arun says | |
| 18 | "I was wondering if you were able to look into the | |
| 19 | Musi issue we discussed a couple of weeks ago," is | |
| 20 | your question pertaining to the Musi issue they | 01:08 |
| 21 | discussed a couple of weeks ago or what that | |
| 22 | discussion was? | |
| 23 |     Q    Correct. | |
| 24 |     A    Which one? | |
| 25 |     Q    Both. | 01:08 |

Page 115

```
 1         A    I was not a part of that communication or      01:08
 2    that discussion.  So I wouldn't be able to tell you
 3    with certainty what was discussed.
 4         Q    I apologize.
 5         A    That's fine.                                   01:08
 6         Q    Did Arun tell you what was discussed
 7    during that conversation?
 8         A    No.
 9         Q    How did Arun get brought into the dispute
10    about the Musi app?                                      01:09
11              MS. MILICI:  Objection, vague, misstates
12    testimony.
13              And I'm going to instruct the witness not
14    to provide any privileged communications or
15    privileged analysis in that answer.                      01:09
16              THE WITNESS:  I believe Arun was asked to
17    facilitate a call with YouTube legal.  And we don't
18    have -- meaning my team doesn't have specific
19    contacts there, but her being a relationship manager
20    was able to facilitate that call.                        01:09
21    BY MS. GOLINVEAUX:
22         Q    And as part of this email chain, she's
23    facilitating setting up this call with YouTube
24    legal; is that correct?
25         A    Do you mind if I have a second to look at      01:09
```

Page 116

```
 1    the email chain?                                    01:09

 2        Q    Of course.

 3             MS. MILICI:  Objection, the witness has

 4    said she's never seen this email before.

 5             MS. GOLINVEAUX:  Your objection is noted,   01:09

 6    counsel.

 7             MS. MILICI:  We need to maintain time on

 8    your part of the record so that I can object to your

 9    incomplete exhibit.

10             MS. GOLINVEAUX:  Can I have Tab 13?         01:10

11             THE WITNESS:  I do see an email where

12    Kelvin says that they are wanting to figure out

13    availability for a call between our respective legal

14    teams.

15    BY MS. GOLINVEAUX:                                  01:10

16        Q    Okay.  Then the email chain ends with Arun

17    and Kelvin discussing who will be attending the

18    July 15th call; correct?

19             MS. MILICI:  Counsel, are you asking her

20    to read the document?                               01:10

21    BY MS. GOLINVEAUX:

22        Q    You can answer.

23        A    It appears that Kelvin listed who from the

24    YouTube side would be involved in the call.

25             MS. GOLINVEAUX:  Okay.  May I have the      01:11
```

Page 117

```
 1    next exhibit, please.                               01:11

 2            (Whereupon, Exhibit 9 was marked for

 3    identification.)

 4    BY MS. GOLINVEAUX:

 5        Q    Ms. Evan, the court reporter has handed    01:11

 6    you what's been parked as Plaintiff's Exhibit 9

 7    titled "Defendant's Responses and Objections to

 8    Plaintiff's First Set of Interrogatories."

 9            Do you see that?

10        A    Yes.                                        01:11

11        Q    And if you flip to Page 4 of this

12    document, it says, "Describe in detail your July 15,

13    2024 meeting with representatives from YouTube,

14    including the identities of the attendees, the

15    topics and nature of the discussion and any related  01:11

16    follow-up communications you had with YouTube."

17            Do you see that?

18        A    Yes.

19        Q    Would you please take a moment to read the

20    response to interrogatory Number 1?                 01:12

21        A    Sure.

22            Okay.

23        Q    Have you reviewed this response before?

24        A    Yes.

25        Q    Is it complete and accurate in your        01:13
```

Page 118

```
 1    opinion?                                              01:13

 2         A    I believe so, yes.

 3         Q    Okay.  And you attended this July 15th

 4    call with Apple and YouTube; correct?

 5         A    Correct.                                    01:13

 6         Q    And the other attendees that are listed

 7    out in the interrogatory response; correct?

 8         A    I don't recall if everyone listed here

 9    actually made the call, but I do believe they were

10    invited to the call.                                  01:14

11         Q    I see.  And so the interrogatory says the

12    Apple representatives in attendance included Apple

13    in-house counsel and names yourself, Sean Cameron,

14    Elizabeth Miles and YouTube's relationship manager,

15    Arun Singh.                                           01:14

16              Do you see that?

17         A    Yes.

18         Q    Is it your testimony that you don't recall

19    if all of those individuals were in attendance at

20    the meeting?                                          01:14

21         A    I believe they were all in attendance.

22         Q    Okay.  And from YouTube reps included

23    Kelvin Paulino, Kelsea Carlson and Leo Lipsztein.

24              Do you see that?

25         A    Yes.                                        01:14
```

Page 119

```
 1          Q    Were those three individuals in attendance   01:14
 2     as well?
 3          A    I believe so.  I'm a little fuzzy as to
 4     those two names.  I don't have a lot of interaction
 5     with them, so I'm not entirely sure.                01:15
 6          Q    Do you recall approximately how long that
 7     call lasted?
 8          A    I don't recall the length of the call.
 9          Q    Do you recall whether it was more or less
10     than ten minutes?                                  01:15
11          A    I believe it was more than ten, but I don't
12     recall the exact duration.
13          Q    Fair enough.  Did you take any notes of
14     any sort during that call?
15          A    I did not.                               01:15
16          Q    Are you aware of whether anyone else at
17     Apple did?
18          A    I am not.
19          Q    Have you seen any notes about the call?
20          A    I have not.                              01:15
21          Q    Okay.  What was discussed on the call?
22          A    What we discussed on the call is that there
23     was a claim from YouTube against the Musi app, that we
24     had received a number of other claims against the Musi
25     app with a consistency of allegations that the Musi   01:15
```

Page 120

1    app was violating YouTube's terms of service,                01:15

2    circumventing YouTube's technical protection measures.

3    It was a theme across a number of claims.

4              So we were asking YouTube, because that

5    complaint hadn't been resolved and/or closed, it was         01:16

6    sort of stagnant, whether their intention was to

7    pursue that claim and if so, what we needed them

8    to -- what they would have to do in order to

9    indicate to us their intent to pursue the claim,

10   which was we asked them to send an email to app             01:16

11   store notices with the reference number in the

12   subject line so that we could pass that on back to

13   Musi and essentially keep their claim going if that

14   was their intention.

15       Q    And YouTube clarify the nature of the               01:16

16   violation of terms of service to Apple on that call?

17       A    They did not, and we did not ask them to do

18   that.

19            We just wanted to know if they intended to

20   pursue the claim that they had previously submitted.         01:17

21       Q    And did Apple tell YouTube at any point

22   during that call to contact Musi directly or to get

23   back to Musi in response to its communications?

24            MS. MILICI:   Objection, vague.

25            THE WITNESS:   We asked YouTube if they              01:17

Page 121

```
 1    intended to pursue the claim and if so, to send us      01:17
 2    an email laying out that intention, to which they
 3    then asked, can you send us an email that we can
 4    respond to?
 5    BY MS. GOLINVEAUX:                                       01:17
 6         Q    Okay.  I appreciate that.
 7              MS. GOLINVEAUX:  But I'm going to move to
 8    strike that as nonresponsive.
 9         Q    I'm asking you:  At any point in time
10    during that call, did Apple ask YouTube to respond      01:18
11    to Musi?
12              MS. MILICI:  Objection, vague.
13    BY MS. GOLINVEAUX:
14         Q    Do you understand the question?
15         A    We did not instruct YouTube in that call as   01:18
16    to how to handle the claim, just whether they wanted
17    to pursue it.
18         Q    Fair enough.
19              MS. GOLINVEAUX:  But I'll move to strike
20    as nonresponsive.                                       01:18
21         Q    Because my specific question is whether --
22    it's just a simple question of whether Apple asked
23    YouTube whether it was going to respond to Musi at
24    some point in time?
25              MS. MILICI:  Objection, vague.                01:18
```

Page 122

```
1    BY MS. GOLINVEAUX:                                   01:18

2        Q    Did Apple ask YouTube whether it was going

3    to respond or not, that's my question?

4              MS. MILICI:  Objection, vague.

5              THE WITNESS:  We did not ask YouTube to     01:18

6    engage in any particular behavior with regard to

7    handling the dispute other than to let us know if

8    they intended to pursue it.

9    BY MS. GOLINVEAUX:

10       Q    Including not asking them whether they are   01:18

11   going to respond to Musi; correct?

12             MS. MILICI:  Objection, vague.

13             THE WITNESS:  To the best of my knowledge,

14   we did not instruct them that they had to respond to

15   Musi.                                                01:19

16   BY MS. GOLINVEAUX:

17       Q    Did you ask them whether they planned to

18   respond to Musi?

19             MS. MILICI:  Objection, vague.

20             THE WITNESS:  I do not recall asking them   01:19

21   to do anything other than let us know if they wanted

22   to pursue the claim.

23             MS. GOLINVEAUX:  Okay.  The court reporter

24   is going to hand you the next exhibit.

25             (Whereupon, Exhibit 10 was marked for       01:19
```

Page 123

```
1    identification.)                                    01:20

2    BY MS. GOLINVEAUX:

3         Q    Ms. Evan, before we get to this next

4    exhibit, did you have any direct communications with

5    YouTube following that July 15th phone call?         01:19

6              MS. MILICI:  Objection, vague.

7              THE WITNESS:  Any communications with

8    YouTube outside of the dispute process?

9    BY MS. GOLINVEAUX:

10        Q    Correct.                                   01:19

11        A    Other than I believe we forwarded that

12   communication that went to YouTube to their -- to

13   their relationship manager, I don't recall having any

14   other communications with YouTube outside of the

15   dispute process.                                     01:20

16        Q    Okay.  The court reporter has handed you

17   what's been marked Plaintiff's Exhibit 10.

18             Do you see that?

19        A    Yes.

20        Q    And if you flip to page ending in 6323.    01:20

21             Do you see that?

22        A    Yes.

23        Q    And this is an April 19th email from app

24   store notices to various folks at YouTube legal and

25   Musi.  Do you see that?  Musi's counsel.             01:20
```

Page 124

```
 1              Do you see that email?              01:20

 2       A    Yes.

 3       Q    Okay.  It says, "Dear YouTube, the

 4  provider below has advised that they have been in

 5  contact with you and that the matter is now      01:20

 6  resolved.  Unless we hear from you shortly, we will

 7  conclude that the matter has been resolved."

 8              Do you see that?

 9       A    Yes.

10       Q    Then if you go to the first page of this  01:21

11  email, there is an email on July 15th, 2024 from app

12  store notices.

13              Do you see that?

14       A    Let me flip back over there.

15       Q    Sure.                                 01:21

16       A    So the July -- how far back are we going?

17       Q    First page of the email, first page ending

18  in 6322.

19       A    Oh, the first page of the exhibit?

20       Q    Yes.                                  01:21

21       A    Yes, I see that.

22       Q    I'm sorry, not the first in time, the

23  first exhibit.

24              Do you see the July 15, 2024 email from

25  app store notices on this page?                 01:21
```

Page 125

```
 1        A    Yes.                                        01:21

 2        Q    And it says, hello -- strike that.

 3             July 15th, 2024 is the same date of that

 4   telephone call we were just discussing between Apple

 5   and various members of Google's legal team; correct?   01:21

 6        A    I believe so.

 7        Q    Do we need to look back at it or are you

 8   relatively confident that that's the same day?

 9             MS. MILICI:  Objection --

10             THE WITNESS:  I'm relatively confident,      01:22

11   yes.

12   BY MS. GOLINVEAUX:

13        Q    So that same day as the call between Apple

14   and Google, app store notices sends an email.

15             Do you know who sent this email?            01:22

16        A    That would be me.

17        Q    You sent this email on July 15th?

18        A    Yes.

19        Q    You say, "Hello, per request from the

20   YouTube legal team, please review the dispute          01:22

21   history included below and advise whether you intend

22   to pursue your claim against the following app."

23   Right?

24        A    Yes.

25        Q    So, Ms. Evan, after having no response in    01:22
```

                                                Page 126

```
1    the app store notices chain from April 19th, 2023,      01:22

2    why did Apple take it upon itself to affirmatively

3    solicit a response from YouTube legal?

4            MS. MILICI:  Objection, privileged.  I

5    instruct the witness not to answer.                     01:22

6    BY MS. GOLINVEAUX:

7        Q    This is a factual question why you chose

8    to write them on July 15th, 2024.  I'm not asking

9    you about any legal analysis.

10            MS. MILICI:  That is not a factual            01:23

11    question, that is a question of why and so I'm going

12    to repeat the instruction.

13    BY MS. GOLINVEAUX:

14        Q    Did someone request -- at Apple instruct

15    you to send this email or did you do it on your own     01:23

16    initiative?

17        A    This email was sent as discussed in that

18    July 15th call with YouTube where we instructed them

19    that if they intend to pursue their claim, to send us

20    an email to that effect.                                01:23

21            They asked that we send an email that they

22    could respond to and so that's why this email was

23    sent.

24        Q    YouTube asked Apple to first send it an

25    email and then it would respond?                        01:23
```

Page 127

```
 1        A     Correct.                                    01:23

 2        Q     Did they explain why they wanted Apple to

 3    initiate the response from YouTube?

 4              Why couldn't they just respond, did they

 5    explain that to you?                                  01:24

 6        A     I believe they did.  I don't recall exactly

 7    what their reason was.

 8              I have a little bit of memory of there

 9    being an issue with who was getting the emails that

10    we were sending to YouTube and that maybe they       01:24

11    weren't going to the right places.

12              And so they gave us the right email

13    address to use and that way we could send them the

14    dispute history and reference number as we did.

15        Q     Did YouTube confirm to Apple on the        01:24

16    July 15th email phone call that -- strike that.  Let

17    me start over.

18              Did YouTube confirm to Apple on that

19    July 15th phone call that Musi was, in fact,

20    violating its terms of service?                       01:24

21              MS. MILICI:  Objection, vague.

22              THE WITNESS:  Did you want to rephrase?

23    BY MS. GOLINVEAUX:

24        Q     Not at all.

25        A     In the July 15th phone call, YouTube said,  01:24
```

Page 128

1    we do believe that the app is violating our terms of    01:25

2    service and in particular our API.

3         Q    That's what they told you on July 15?

4         A    That's what I recall them saying.

5         Q    Okay.  On this July 15th email you sent to    01:25

6    YouTube soliciting whether they want to pursue their

7    claim against the app, was Musi or its counsel

8    copied on this communication?

9         A    I don't recall.

10        Q    Okay.  Well, looking at YouTube legal's    01:25

11   response at the top of the chain, do you see Musi or

12   its counsel copied or is this an email chain

13   directly between Google and Apple?

14        A    It is likely this was an email chain

15   directly between YouTube and Apple.  I do recall,    01:25

16   however, that we then notified Musi of the fact that

17   YouTube considers the matter unresolved.

18        Q    Great.  We'll get to that right now.

19             So YouTube responds to your email and

20   says, "Hello, we write to confirm that this matter    01:26

21   should remain open.  Sincerely, The YouTube Team."

22   Correct?

23        A    Correct.

24             MS. GOLINVEAUX:  Let's go to the next

25   exhibit.    01:26

                                        Page 129

```
 1              (Whereupon, Exhibit 11 was marked for        01:26
 2     identification.)
 3     BY MS. GOLINVEAUX:
 4          Q    The court reporter has handed you what's
 5     been marked as Plaintiff's Exhibit 11.  So this is    01:26
 6     an email at the top of the chain from app disputes
 7     dated August 8th, 2024.
 8              Do you see this?
 9          A    Yes.
10          Q    Is this the email you were just referring   01:26
11     me to in which Apple brought Musi's counsel into the
12     conversation with YouTube?
13          A    Yes.
14          Q    And did you send this email, Ms. Evan?
15          A    I did not.                                   01:27
16          Q    Who sent this email?
17          A    Brian Law.
18          Q    On your team?
19          A    Yes.
20          Q    Okay.  It says, "Hello, on July 29, 2024,   01:27
21     we received a notice from YouTube Legal (Claimant)
22     that Claimant believes the app listed below
23     infringes its intellectual property rights."
24              Do you see that?
25          A    Yes.                                         01:27
```

Page 130

```
 1        Q     "In particular, Claimant believes you are    01:27
 2    infringing their terms of use.  Please see their
 3    comments below."
 4              Do you see that?
 5        A     Yes.                                          01:27
 6        Q     Who does the "their" refer to in that
 7    sentence?
 8        A     The claimant.
 9        Q     YouTube?
10        A     Yes.                                          01:27
11        Q     Okay.  And if you go down, what comments
12    below from YouTube is that referring to?
13        A     I believe those are the original claim
14    comments.  It's the -- it was the same issue, so the
15    comments were not updated from the original claim that 01:27
16    they submitted back in 2015.  It's the same issue
17    going across.
18        Q     So Apple copied this over from YouTube's
19    original claim; is that correct?
20              MS. MILICI:  Objection, vague, misstates     01:28
21    testimony.
22              THE WITNESS:  So actually, that's just the
23    way the templates work.  They pull the information
24    from the database and put it into the template.
25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    BY MS. GOLINVEAUX:                              01:28

 2        Q    If you flip back for a moment to

 3    Exhibit 10, looks like -- the prior exhibit we were

 4    looking at.

 5        A    Yes.                                   01:28

 6        Q    In that response from YouTube to Apple

 7    soliciting a response on this chain, YouTube simply

 8    says, "We write to confirm the matter should remain

 9    open."  Correct?

10        A    Correct.                               01:28

11        Q    It doesn't give a basis for the complaint

12    in this particular communication; correct?

13        A    What do you mean by it doesn't give a basis

14    for the complaint?

15        Q    It doesn't explain further the nature of   01:28

16    the complaint in this particular communication;

17    correct?

18        A    No, but it's related to the existing

19    complaint.  So it just carried over.

20        Q    Okay.                                  01:29

21            (Whereupon, Exhibit 12 was marked for

22    identification.)

23    BY MS. GOLINVEAUX:

24        Q    Okay.  The court reporter has handed you

25    what's been marked as Plaintiff's Exhibit 12, an   01:29
```

Page 132

1     email from Elizabeth Miles to yourself.                01:29

2          Do you see that?

3     A    Yes.

4     Q    If you flip back to the page ending in

5     166548, do you see an email from Ashley Joyce at the   01:29

6     NMPA to Ms. Miles?

7     A    Yes.

8     Q    And it says, "Thank you for taking the

9     time to speak with us a few weeks ago.  As a

10    follow-up to that conversation, attached please find   01:30

11    a letter in support of YouTube's app store complaint

12    against Musi."

13         Do you see that?

14    A    Yes, I do.

15    Q    Did Apple contact the NMPA after its            01:30

16    meeting, July 15th meeting with Google?

17    A    Can you be specific as to who you believe

18    may have contacted them or who you're inquiring about?

19    Q    Well, I'm asking about whether you're

20    aware of anyone at Apple reaching out to the NMPA      01:30

21    after the July 15th call with YouTube?

22    A    Proactively reaching out?

23    Q    Sure.

24    A    I'm not aware of anybody proactively

25    reaching out to the NMPA.                              01:30

                                           Page 133

```
 1         Q    So how did this meeting that Ms. Joyce is    01:30
 2    referring Elizabeth to, "Thank you for taking the
 3    time to speak with us a few weeks ago," how did that
 4    get set up, if you know?
 5         A    I don't have information about that.         01:31
 6         Q    Do you know whether Apple reached out to
 7    NMPA or what happened the other way around?
 8         A    I don't have information about how this
 9    communication came about.
10         Q    Do you know how the NMPA became aware that   01:31
11    YouTube was pursuing its app store complaint against
12    Musi at this point in time?
13         A    I do not know how they became aware of it.
14         Q    So Elizabeth Miles had these
15    communications directly with NMPA and you were not    01:31
16    involved?
17              MS. MILICI:  Objection, vague.
18              THE WITNESS:  I do not recall being
19    directly involved.  I can't say that they weren't
20    brought to my attention.                              01:31
21    BY MS. GOLINVEAUX:
22         Q    Okay.
23              MS. MILICI:  While they are figuring that
24    out, I just want to state an objection on the
25    record.                                               01:32
```

Page 134

```
 1              Opposing counsel introduced an exhibit      01:32
 2    earlier, they said that they would introduce a full
 3    attachment later after the break but they have not
 4    introduced that attachment and I want to state for
 5    the record that we object to the incomplete        01:32
 6    document.
 7              MS. GOLINVEAUX:  Thank you, counsel.
 8              Do we have the new exhibit?  The court
 9    reporter is about to hand you a new exhibit, which
10    will be Plaintiff's Exhibit 13.                     01:32
11         Q    Ms. Evan, on Exhibit 12, you see in that
12    first email in the chain we were talking about from
13    Ms. Joyce where she says, "Attached please find a
14    letter in support of YouTube's app store complaint
15    against Musi."                                       01:32
16              Do you see that?
17         A    Yes.
18         Q    Okay.
19              (Whereupon, Exhibit 13 was marked for
20    identification.)                                     01:33
21    BY MS. GOLINVEAUX:
22         Q    Okay.  The court reporter is going to hand
23    you the letter in a second.
24              Ms. Evan, the court reporter has handed
25    you what's been marked as Plaintiff's Exhibit 13,   01:33
```

Page 135

```
 1    which is the NMPA's letter that was referenced in      01:33

 2    Plaintiff's Exhibit 12.

 3            Do you see that?

 4    A    Yes.

 5    Q    Have you seen this letter before?               01:33

 6    A    I have.

 7    Q    When did you first see it?

 8    A    I don't recall when I first saw it.

 9    Q    Okay.  Why is this letter addressed to

10    Ms. Miles?                                           01:33

11    A    I wouldn't be able to tell you.

12    Q    Was there any discussion during the

13    July 15th phone call with YouTube about getting

14    further evidence from the NMPA to support YouTube's

15    complaint?                                           01:34

16    A    No.

17    Q    Why would Google need a third party to

18    support its complaint with respect to a

19    terms-of-service violation?

20            MS. MILICI:  Objection, vague.               01:34

21    BY MS. GOLINVEAUX:

22    Q    If you know based on the conversation with

23    Google?

24    A    You would have to ask Google.  I would have

25    no idea if they needed additional evidence or the   01:34
```

Page 136

```
 1    reasons for that.                                    01:34

 2         Q    Who told the NMPA about Google's complaint

 3    becoming active again --

 4              MS. MILICI:  Objection, asked and

 5    answered.                                            01:34

 6    BY MS. GOLINVEAUX:

 7         Q    -- in the 2024 period?

 8         A    I do not have that information.

 9         Q    In the second paragraph of the NMPA

10    letter, it says, "To restate NMPA's concerns, Musi   01:34

11    is an audio streaming app that leeches its content

12    offerings from YouTube's API."

13              Do you see that?

14         A    Yes.

15         Q    Did Apple do anything to investigate the   01:35

16    claims being made in the NMPA letter?

17              MS. MILICI:  Objection.  I instruct the

18    witness not to answer as to legal analysis.  That's

19    privileged.

20              MS. GOLINVEAUX:  It's a yes or no           01:35

21    question.  I don't want to know what Apple did.

22         Q    Did Apple do anything to investigate the

23    claims being made by NMPA?

24              MS. MILICI:  I'm going to repeat the

25    instruction.  The question calls for privileged      01:35
```

                                                   Page 137

```
 1    information.  I'm instructing the witness not to        01:35
 2    answer.
 3    BY MS. GOLINVEAUX:
 4        Q    Did Apple check with Google about the
 5    claims that NMPA was making about Google's terms of      01:35
 6    service?
 7        A    No.
 8        Q    You can put that aside.
 9        A    Okay.
10             (Whereupon, Exhibit 14 was marked for          01:36
11    identification.)
12    BY MS. GOLINVEAUX:
13        Q    The court reporter has handed you what's
14    been marked as Plaintiff's Exhibit 14.
15             Ms. Evan, do you recognize this email          01:36
16    thread?
17        A    It appears to have gone to
18    appstorenotices@apple.com.
19        Q    Okay.  So can you point me to where in
20    this email thread YouTube indicates that it's           01:36
21    engaged directly with Musi?
22             MS. MILICI:  Objection, vague.
23             THE WITNESS:  In this particular exhibit
24    that I have been handed, I don't see that.  However,
25    this is in relation to the existing dispute where       01:37
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1    there were communications between the parties.        01:37
2    BY MS. GOLINVEAUX:
3        Q    Okay.  And do you see on the page ending
4    in 909 the email from a Michael Elkin to app store
5    notices saying, "To date" --                          01:37
6             If you pass your eye down to the largest
7    paragraph of his email there towards the bottom of
8    the page, "To date, I have not received a response
9    from YouTube to my September 6th communication.  In
10   addition, at no point has YouTube provided any        01:38
11   details to substantiate its complaint."
12            Do you see that?
13       A    Yes, I do.
14       Q    Okay.
15            MS. GOLINVEAUX:  Can we do the next one,      01:38
16   please.
17            (Whereupon, Exhibit 15 was marked for
18   identification.)
19   BY MS. GOLINVEAUX:
20       Q    The court reporter has handed you what's      01:38
21   been marked Plaintiff's Exhibit 15.
22            Do you see that?
23       A    Yes.
24       Q    It's a September 26, 2024 email from app
25   store notices to a variety of individuals             01:38
```

Page 139

```
 1    identified.                                    01:39

 2            Do you see that?

 3        A    Yes.

 4        Q    It says, "Hello, your app was removed from

 5    sale by Apple because we did not receive        01:39

 6    confirmation from YouTube Legal that this matter had

 7    been resolved."

 8            Do you see that?

 9        A    Yes.

10        Q    Did you ever -- did -- prior to         01:39

11    terminating the app, did YouTube ever respond in the

12    chain to Musi?

13            MS. MILICI:  Objection, vague.

14            THE WITNESS:  Again, this was an existing

15    complaint with a very long dispute and          01:39

16    correspondence history in which there were responses

17    from YouTube to Musi in the dispute history.

18    BY MS. GOLINVEAUX:

19        Q    But in these last months and dated

20    September 26th, you heard from Musi's counsel that   01:39

21    YouTube had not engaged and did not respond.

22            How was Musi supposed to get Apple

23    confirmation that this has been resolved if YouTube

24    refused to engage?

25            MS. MILICI:  Objection, argumentative and   01:40
```

Page 140

1    vague and asking for privileged information.  So I        01:40

2    instruct the witness not to answer.

3    BY MS. GOLINVEAUX:

4        Q    I'm not asking you for privileged

5    information.                                             01:40

6             How is Musi supposed to provide

7    confirmation that it's been resolved if YouTube

8    refuses to respond?

9             MS. MILICI:  Objection, vague, misstates

10   facts --                                                 01:40

11            MS. GOLINVEAUX:  Okay.  You've already

12   stated your objections.  Let's move to the next

13   exhibit.

14       Q    Ms. Evan, do you intend to respond to my

15   question?                                                01:40

16       A    I believe I was told not to.

17            MS. GOLINVEAUX:  Okay.  Understood.

18            (Whereupon, Exhibit 16 was marked for

19   identification.)

20   BY MS. GOLINVEAUX:                                       01:41

21       Q    You'll be glad to know this is the last

22   exhibit we're going to look at today.

23       A    The stack is getting bigger.

24       Q    So the court reporter has handed you

25   what's been marked as Plaintiff's Exhibit 16.            01:41

                                                    Page 141

```
 1              Do you see that?                        01:41

 2       A    Yes.

 3       Q    And it's an email from Ms. Miles to Jeff

 4  Walker at Sony.

 5              Do you see that?                        01:41

 6       A    Yes.

 7       Q    And if you scroll your eyes down towards

 8  the bottom part of that page, do you see an email

 9  from Ms. Miles sent to Mr. Walker on October 2nd at

10  1:45 p.m.?                                          01:41

11       A    Yes.

12       Q    It says, "Hi, Jeff, hope you're well.

13  Just wanted to let you know, since you were asking

14  about it earlier, that Apple has removed Musi from

15  the app store.  This one was complex process-wise."  01:41

16              What about this removal was complex

17  process-wise, Ms. Evan?

18              MS. MILICI:  Objection, vague.

19              THE WITNESS:  I cannot speak to why

20  Elizabeth defined it in that way.                   01:42

21  BY MS. GOLINVEAUX:

22       Q    Did you consider this removal complex

23  process-wise?

24       A    Not particularly.

25              MS. GOLINVEAUX:  Okay.  Thank you for your  01:42
```

Page 142

```
 1    time today.  I appreciate it.                      01:42

 2              THE WITNESS:  Absolutely.

 3              MS. GOLINVEAUX:  And for the record, we

 4    are keeping the deposition of this witness open, but

 5    for today's purposes, we have concluded our          01:42

 6    questioning subject to any questions her attorney

 7    might ask and we may reserve right to respond to

 8    those afterwards and ask for redirect.  Thank you.

 9              MS. MILICI:  I need a minute to get myself

10    organized.                                           01:42

11              (Discussion off the record.)

12              THE VIDEOGRAPHER:  Let me go off the

13    record.

14              We're going off the record.  The time is

15    1:43 p.m.                                            01:42

16              (Recess taken.)

17              THE VIDEOGRAPHER:  We're back on the

18    record.  The time is 1:57 p.m.

19              MS. MILICI:  Thank you.

20                      EXAMINATION                        01:57

21    BY MS. MILICI:

22         Q    Good afternoon, Ms. Evan.  Thank you for

23    your time today.

24              The court reporter has just handed you

25    what's been marked as Exhibit 17.                    01:57
```

Page 143

```
 1              (Whereupon, Exhibit 17 was marked for        01:57
 2     identification.)
 3     BY MS. MILICI:
 4         Q     Can you just take a look at that and tell
 5     me what it is?                                         01:58
 6         A     So this looks like an email from Universal
 7     Music to Musi with app store notices on copy in which
 8     Universal Music tells Musi, "We have attached two
 9     emails from before that show proof that you pull from
10     YouTube as the YouTube logo appears."                  01:58
11         Q     Thank you.
12              Then do you see below that it also says
13     that you will see that we replied on 5/31 with
14     screenshot evidence?
15              Could you read that section, too please?      01:58
16         A     Yes.
17              "You will see that we replied on 5/31 with
18     screenshot evidence with the YouTube, Vevo and
19     background play that violates YouTube API terms.
20     The Musi team ignored the evidence and responded as    01:59
21     they before saying that they do violate YouTube API
22     or pull from YouTube, so we followed up with an
23     email of a screenshot with the YouTube logo on their
24     app on 6/15.
25              "We also attached our response on 6/6.        01:59
```

1                  "Please remove the app from your store."    01:59

2         Q    This email is dated June 13th, 2019; is

3    that correct?

4         A    Yes.

5         Q    Okay.  And the -- this is from somebody    01:59

6    named Aurelie Chorly at Universal Music; is that

7    right?

8              MS. GOLINVEAUX:  Object to the form of the

9    question and this line of questioning, foundation.

10             THE WITNESS:  I still answer?    01:59

11             MS. MILICI:  Yes.

12             THE WITNESS:  Yes.

13   BY MS. MILICI:

14        Q    And this went to the app store notices

15   account?    01:59

16             MS. GOLINVEAUX:  Same objection.

17             THE WITNESS:  Yes.  It was directed to

18   Musi, but it has app store notices on copy with a

19   direction to Apple to remove the app from the store.

20   BY MS. MILICI:    02:00

21        Q    And you would have received this email

22   because it came to app store notices?

23             MS. GOLINVEAUX:  Object to form, leading.

24             THE WITNESS:  Correct.

25

Page 145

```
 1    BY MS. MILICI:                                        02:00

 2         Q    Do you see here that there is a Jason

 3    Miller copied?

 4              Do you see that?

 5         A    Yes.                                         02:00

 6         Q    And can you read into the record what his

 7    email address is?

 8         A    Jason.miller@umusic.com.

 9         Q    Great.  We can put that aside.

10              I'll hand you what's Exhibit 18.            02:00

11              (Whereupon, Exhibit 18 was marked for

12    identification.)

13    BY MS. MILICI:

14         Q    Can you take a second and look at

15    Exhibit 18.                                           02:01

16              Do you recognize this document?

17         A    I do.

18         Q    And what is this document?

19         A    This is an email thread that is associated

20    with the claim that was filed by Universal Music     02:01

21    against the Musi app, it's a thread of some

22    correspondence between the Musi app developer and

23    Universal Music.

24         Q    If you look at the bottom of the first

25    page here, do you see an email dated December 9th,    02:01
```

Page 146

```
 1   2019?                                              02:01
 2            MS. GOLINVEAUX:  Objection, foundation.
 3            THE WITNESS:  Yes.
 4   BY MS. MILICI:
 5       Q    And who is the sender of the email        02:01
 6   according to this document?
 7       A    Jasonmiller@umusic.solar-secure.com.
 8       Q    And do you see above that that an Aaron
 9   Wojnowski responded to Jason?
10       A    Yes.                                       02:02
11       Q    And then the top email is an email from
12   Aaron Wojnowski to Apple; is that correct?
13            MS. GOLINVEAUX:  Objection, foundation.
14            THE WITNESS:  Correct, it's an email to --
15   this was directed to appstorenotices@apple.com.     02:02
16   BY MS. MILICI:
17       Q    And what does the email from Aaron to app
18   store notices say?
19            MS. GOLINVEAUX:  Object to form.
20            THE WITNESS:  "Our app update was approved  02:02
21   this morning by app review.  Per Jason's email
22   below, we ask that you return the app for sale on
23   the app store so our users can update to this new
24   version of the app.  Thank you."
25
```

Page 147

```
 1    BY MS. MILICI:                                    02:02

 2         Q    Great.  Put that to the side.

 3              I'm going to hand you what is Exhibit 19.

 4              (Whereupon, Exhibit 19 was marked for

 5    identification.)                                  02:02

 6    BY MS. MILICI:

 7         Q    And, Ms. Evan, can you take a second to

 8    look at Exhibit 19.

 9         A    Okay.

10         Q    Do you recognize this document, Ms. Evan?  02:03

11         A    Yes.

12         Q    What is it?

13         A    It's an email from Danielle Hardy at

14    Universal Music to myself -- actually, sorry, it's the

15    thread between Danielle Hardy from Universal Music and 02:03

16    myself in relation to the Universal Music dispute

17    against the Musi app.

18         Q    Okay.  If we -- if you could look to the

19    page ending in 200.

20         A    200, yes.                               02:03

21         Q    And do you see an email there dated

22    July 7th, 2020 from Danielle Hardy?

23         A    Yes.

24         Q    Can you read the first couple of lines?

25         A    "I hope this finds you well.  I am writing  02:04
```

Page 148

| | | |
|---|---|---|
| 1 | to give an update on the Musi app claim issue. | 02:04 |
| 2 | "After reading the correspondence and | |
| 3 | discussing internally, it appears that the email | |
| 4 | that Apple received from Universal on December 11th, | |
| 5 | 2019 indicating compliance was fraudulent.  Jason | 02:04 |
| 6 | Miller has no record of sending any emails to the | |
| 7 | app developer and the email address that was cited | |
| 8 | is jasonmiller@umusic.solar-secure.com, which is not | |
| 9 | an UMG email address." | |
| 10 | Q    Thank you.  You can put that to the side. | 02:04 |
| 11 | This morning when counsel was asking you | |
| 12 | about a document that refreshed your recollection, | |
| 13 | is that the document that you were referring to? | |
| 14 | A    Yes. | |
| 15 | Q    Okay.  I'm going to hand you what's been | 02:05 |
| 16 | marked Exhibit -- what I am marking Exhibit 20. | |
| 17 | (Whereupon, Exhibit 20 was marked for | |
| 18 | identification.) | |
| 19 | BY MS. MILICI: | |
| 20 | Q    Ms. Evan, do you recognize this document? | 02:05 |
| 21 | A    Yes.  This appears to be associated with the | |
| 22 | claim that YouTube filed against the Musi app and it | |
| 23 | appears to be correspondence -- a thread of the | |
| 24 | correspondence related to that dispute. | |
| 25 | Q    I would draw your attention to under | 02:05 |

Page 149

```
 1    subject, it says, "Re:  Apple Inc.," and then it        02:05
 2    says, "Our reference number APP44644-F."
 3             Do you see that?
 4       A    Yes.
 5       Q    Is that the same complaint number that was      02:06
 6    cited in the removal notice?
 7       A    I believe so, yes.
 8       Q    If we can turn to the page ending in 063.
 9       A    Zero sixty-three, okay.
10       Q    At the bottom of the page, there is an          02:06
11    email that's dated August 13th, 2020.
12             Do you see that?
13       A    Yes.
14       Q    And who is that email from?
15       A    It is from the claimant, YouTube and Google. 02:06
16       Q    And if you turn the next page, what does
17    the second page show of that email ending in 064?
18             MS. GOLINVEAUX:  Object to the form.
19             THE WITNESS:  This email appears to lay
20    out examples of how the Musi app allegedly violates     02:07
21    YouTube's terms of service or API.
22    BY MS. MILICI:
23       Q    Okay.  And that's dated August 13th, 2020?
24       A    Correct.
25       Q    And that would have been -- that was            02:07
```

Page 150

```
 1    copied to Musi; is that correct?                    02:07

 2              MS. GOLINVEAUX:  Object to the form.

 3              THE WITNESS:  Yes, I believe that was

 4    copied to Musi.

 5    BY MS. MILICI:                                       02:07

 6         Q    If you look a little further up on the

 7    page on 063, do you see an email dated August 24th,

 8    2020?

 9         A    Yes.

10         Q    And could you read what that email says?   02:07

11         A    "Hello, in reference to APP44644-F, we are

12    still waiting to hear from you on our removal request.

13    Below is a copy of the cease and desist letter that we

14    sent to you on August 13th, 2020."

15         Q    Is that email referring to a removal        02:08

16    request from YouTube to Apple?

17              MS. GOLINVEAUX:  Object to the form.

18              THE WITNESS:  I believe so, yes.

19    BY MS. MILICI:

20         Q    I'm going to hand you what I'm marking as    02:08

21    Exhibit -- I told you this was going to be a little

22    bit disorganized.

23              (Whereupon, Exhibit 21 was marked for

24    identification.)

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    BY MS. MILICI:                                    02:09

 2        Q    Okay.  So this has been marked as

 3    Exhibit 21.  Can you take a look at this and let me

 4    know if you recognize it?

 5        A    Yes.  I would say that this is a thread of  02:09

 6    the dispute correspondence between the parties in

 7    relation to Universal Music's claim against the Musi

 8    app.

 9        Q    And the first -- the email on the top here

10    is dated September 2nd, 2020; correct?            02:09

11        A    Correct.

12        Q    And so that's shortly after the email we

13    just read referencing the cease and desist request?

14            MS. GOLINVEAUX:  Object to form.

15            THE WITNESS:  Correct.                     02:09

16    BY MS. MILICI:

17        Q    Can you turn to the page ending 804?

18        A    Yes.

19        Q    And can you read the final paragraph of

20    that email?                                        02:09

21        A    "Finally, our client advises that it has a

22    good relationship with YouTube and has ensured that

23    its functionality meets the requirements set out in

24    the YouTube terms of service.

25            "With respect, we wish to keep these        02:10
```

Page 152

```
 1    communications to matters regarding UMG's            02:10
 2    intellectual property and not your allegations
 3    regarding our clients's alleged violation of a
 4    third-party's terms or rights."
 5         Q    Thank you.  One more.  We're going to skip  02:10
 6    that one in the interest of time.
 7              Okay.  I wanted to just -- do you still
 8    have the stack of exhibits from earlier today in
 9    front of you?
10         A    Yes.                                        02:10
11         Q    Can you look at what was marked as
12    Exhibit 3?
13         A    Three, okay.
14         Q    Okay.  Opposing counsel showed you this
15    earlier today.  Do you recall that?                   02:11
16         A    Yes.
17         Q    Can you look at what's on -- look at the
18    page ending in 438.
19         A    Okay.
20         Q    And do you see the email in the middle of   02:11
21    the page there?
22         A    Yes.
23         Q    Can you tell me what that email is?
24         A    It looks like an email from Sony Music to
25    the app store disputes team.                          02:11
```

Page 153

```
 1        Q    And so as not to be leading, can you        02:11
 2    describe what this email is?
 3        A    Let's see.  I'm going to just take a second
 4    to look at it.
 5             Okay.  So this is an email in which Sony     02:12
 6    asks Apple to remove the Musi app from the app
 7    store.  In addition, they direct a portion of their
 8    email to the Musi team indicating that if Musi
 9    wishes to continue to make available the Sony Music
10    content, they will need to get a license from Sony   02:13
11    Music.
12             And also stating that the rights that Musi
13    continues to believe they have were not rights that
14    Sony Music granted to YouTube and in any case, they
15    should not try to determine which rights Sony        02:13
16    granted to YouTube.
17        Q    Is it fair to say that Sony asked Apple to
18    remove Musi's app before 2024?
19             MS. GOLINVEAUX:  Objection to form,
20    leading.                                             02:13
21             THE WITNESS:  The very first sentence of
22    this 2019 email from Sony says, "Please confirm you
23    will be promptly removing the Musi app from the
24    Apple app store."
25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          I, LYNNE M. LEDANOIS, a Certified

2     Shorthand Reporter of the State of California, do

3     hereby certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that a record of the proceedings was made by me

7     using machine shorthand which was thereafter

8     transcribed under my direction; that the foregoing

9     transcript is a true record of the testimony given.

10          Further, that if the foregoing pertains to

11     the original transcript of a deposition in a Federal

12     Case, before completion of the proceedings, review

13     of the transcript [] was [x] wasn't requested.

14          I further certify I am neither financially

15     interested in the action nor a relative or employee

16     of any attorney or party to this action.

17          IN WITNESS WHEREOF, I have this date

18     subscribed my name.

19

20          Dated: March 7, 2025

21

22

23

24     _Lynne Marie Ledanois_

25     LYNNE MARIE LEDANOIS, CSR No. 6811

                                        Page 157