# EXHIBIT 10

**From:** **API OAuth Dev Verification** api-oauth-dev-verification-reply+23c2p4qwca3a11d@google.com
**Subject:** Re: Verification Request for Project Musi (id: musi-video-player-156001)
**Date:** January 9, 2021 at 8:47 PM
**To:** support@feelthemusi.com



     MY CONSOLE

⓵  Your Google Cloud Project musi-video-player-156001

# Request Granted

Dear Developer,

Thanks for submitting a verification request.

You may forward this email to the appropriate channels as confirmation that the project: **musi-video-player-156001** is verified for the below API scopes:

- **https://www.googleapis.com/auth/youtube**
- **https://www.googleapis.com/auth/youtube.readonly**
- **https://www.googleapis.com/auth/youtube.upload**

Your app can now function without users seeing the **unverified app screen** for these verified scopes. If you also requested access for restricted scopes, our team will be reaching out to you shortly with steps to verify your restricted scopes. You can check the status of your request on the OAuth Consent Screen page in Google Cloud Console for this project. Note that the restricted scopes verification process is expected to take longer as it is a more stringent review process.

If you have any other questions, please reply directly to this email. Any new emails sent to api-oauth-dev-verification@google.com won't go to our team.

GO TO MY CONSOLE

Thanks,

The Google Cloud Trust & Safety Team

Google

© 2020 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043

You have received this mandatory service announcement to update you about important changes to Google Cloud Platform or your account.

CONFIDENTIAL                                                                                                                                           APL-MUSI_00037134