# EXHIBIT 11

**Subject:** Re: Musi App Follow Up (APP46025-J)
**From:** "Violet Evan-Karimian" <vevankarimian@apple.com>
**Received(Date):** Thu, 09 Jul 2020 19:47:40 +0000
**To:** "Hardy, Danielle" <danielle.hardy@umusic.com>
**Cc:** "Benjamin, David" <david.benjamin@umusic.com>
**Date:** Thu, 09 Jul 2020 19:47:40 +0000

Hi Danielle,

We have re-opened the claim and contacted the app developer. With regard to:

Also, is it possible to set David and I as the only authorized claimants for Universal for any app claim that is submitted to the Apple App Store?

Would this apply to claims from "Universal Music Group" only, or any other UMG entities - for instance, ユニバーサル ミュージック合同会社 (Universal Music LLC), or 環球音樂出版股份有限公司 (Universal Music Publishing Ltd.)?

If this includes other UMG entities, please provide a list of those entities.

Thanks,

Violet

Violet Evan | Legal Counsel | Apple Inc.

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

On Jul 9, 2020, at 12:14 PM, Hardy, Danielle <Danielle.Hardy@umusic.com> wrote:

**Hi Violet,**

**I would like to start the process of re-opening the claim for the removal of Musi with setting David and I as the only authorized claimants for this app. Would this be a stronger basis for banning the app developer from submitting apps to Apple?**

**Also, is it possible to set David and I as the only authorized claimants for Universal for any app claim that is submitted to the Apple App Store? We have come across another instance of someone falsely filing a copyright infringement claim with the same fraudulent email address from Jason Miller ("jasonmiller@umusic.solar-secure.com) for a different app called Yokee. Please advise.**

**Best,**

**Danielle B. Hardy, Esq.**

Associate Director, Legal - Content Protection

Universal Music Group

.

---

**From:** Hardy, Danielle <Danielle.Hardy@umusic.com>

Sent: Tuesday, July 7, 2020 5:00 PM

To: Violet Evan-Karimian <vevankarimian@apple.com>

Cc: Benjamin, David <David.Benjamin@umusic.com>

Subject: Re: Musi App Follow Up (APP46025-J)

**Hi Violet,**

**I will confirm with you soon. Thanks for your quick response.**

**Best,**

**Danielle B. Hardy, Esq.**

Associate Director, Legal - Content Protection

Universal Music Group

.

---

From: Violet Evan-Karimian <vevankarimian@apple.com>

Sent: Tuesday, July 7, 2020 4:40 PM

To: Hardy, Danielle <Danielle.Hardy@umusic.com>

Cc: Benjamin, David <David.Benjamin@umusic.com>

Subject: Re: Musi App Follow Up (APP46025-J)

Thanks for confirming, Danielle.  I can re-open the claim and set you and David Benjamin as the only authorized UMG contacts for the matter.  Given the prior history of the dispute, we can expedite handling in this case.  Please let me know if you agree with this proposed course of action and I will start the process today.

Best,

Violet

☐ Violet Evan | Legal Counsel | Apple Inc.

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.

> On Jul 7, 2020, at 12:23 PM, Hardy, Danielle <Danielle.Hardy@umusic.com> wrote:
>
> Hi Violet,
>
> I hope this finds you well. I am writing to give an update on the Musi app claim issue. After reading the correspondence and discussing internally, it appears that the email that Apple received from Universal on December 11th, 2019 indicating compliance was fraudulent. Jason Miller has no record of sending any emails to the app developer and the email address that was cited is "jasonmiller@umusic.solar-secure.com", which is not a UMG email address.
>
> It appears that the app developer created a false email to misrepresent compliance on behalf of Universal. Therefore, the claim should not be closed and the app should be removed immediately. Please advise on next steps and how this will be addressed.
>
> Best,
>
>
> Danielle B. Hardy, Esq.
>
> Associate Director, Legal -  Content Protection
>
> Universal Music Group .