# EXHIBIT 12

|         |                                                                                       |
|---------|---------------------------------------------------------------------------------------|
| **Subject:** | Re: Apple Inc. (our ref# APP46025-J)                                             |
| **From:** | Aaron Wojnowski <aaronwojnowski@gmail.com>                                         |
| **Received(Date):** | Tue, 10 Dec 2019 11:00:35 -0600                                          |
| **Cc:** | Christian Lunny <christian@feelthemusi.com>,Adam Herstein <herstein@pitblado.com>  |
| **To:** | App Disputes <AppStoreNotices@apple.com>                                           |
| **Date:** | Tue, 10 Dec 2019 11:00:35 -0600                                                  |

Dear App Store Notices team,

Our app update was approved this morning by App Review.

Per Jason's email below we ask that you return the app for sale on the App Store so our users can update to this new version of the app. Thank you.

Aaron Wojnowski
Founder, Musi Inc.

> On Dec 9, 2019, at 3:51 PM, Aaron Wojnowski <aaronwojnowski@gmail.com> wrote:
>
> Dear Jason,
>
> Thank you so much for the confirmation. Apple has advised that you should email them directly once "changes made to your app resolve this matter to Universal Music Group's satisfaction". If you could please send an email to AppStoreNotices@apple.com with this same subject line confirming that our changes to Musi resolve this matter to your concerns, that would be greatly appreciated.
>
> App Store Notices team: Universal Music Group has advised that our changes resolve this matter to their satisfaction (please see the attached email below). We have submitted an update to the App Store (version 6.2.0) which is currently "Waiting For Review". Please allow this update to proceed to the App Store for sale once the review has completed.
>
> Aaron Wojnowski
> Founder, Musi Inc.
>
>> On Dec 9, 2019, at 2:56 PM, Miller, Jason <jasonmiller@umusic.solar-secure.com> wrote:
>>
>> Dear Aaron,
>>
>>
>>
>> The changes to your app as per your comments appear to satisfy our concerns.

\>\>
\>\>
\>\>
\>\> _____
\>\>
\>\> Jason Miller
\>\>
\>\> Senior Director, Content Protection
\>\>
\>\> (212) 331-2375 | JasonMiller@umusic.com>>
\>\>
\>\>
\>\>
\>\>
\>\> This e-mail and/or any attached documents are solely for the individual(s) to whom they are addressed. If you have received this e-mail in error, you must not use, disclose, copy, distribute or retain this message or any part of it. Please notify the sender immediately and delete this correspondence from your system. This e-mail has been scanned for computer viruses. © 2019 SolarWinds MSP
\>\>
\>\>
\>\>
\>\>
\>\>
\>\> On 2019-12-06, 3:47 PM, "Aaron Wojnowski" <aaronwojnowski@gmail.com> wrote:
\>\>
\>\>
\>\>
\>\>
\>\>
\>\>    Dear Jason,
\>\>
\>\>
\>\>
\>\>    Thank you for your reply. Please allow me to address your points below:
\>\>
\>\>
\>\>
\>\>\> 1. UMG does not authorize Musi to display its content in any manner. Can you confirm to us in writing that no UMG content will be displayed within Musi?
\>\>
\>\>
\>\>
\>\>    The content within Musi consists solely of YouTube content. Musi does not host, store, or otherwise make available any content that is not currently published to YouTube.
\>\>

\>\>
\>\>
\>\>   We understand your concerns about Universal Music Group content being made available on Musi. In order to address these concerns, we have built a system in the new version of Musi which will make licensed content available on an opt-in basis. This means that for all content which Musi does not have a permission to display, we will specifically require that the rights owner provide us with prior permission to display this content. Specifically for Universal Music Group content, for all UMG content on YouTube, of which you are the owner of and of which Musi does not have a permission to display, we will specifically require permission from you in order for this content to be made available.
\>\>
\>\>
\>\>
\>\>   In practice, this is specifically performed through the following system within Musi:
\>\>
\>\>
\>\>
\>\>   1. A user will request that a YouTube video is played through Musi
\>\>
\>\>   2. Musi will check and verify that the video has permission to be displayed, either from the rights holder or through YouTube permissions
\>\>
\>\>   3. Musi will play the video or present an appropriate error message
\>\>
\>\>
\>\>
\>\>\> 2. Will Musi support background or "multitask playback" of YouTube videos?
\>\>
\>\>
\>\>
\>\>   As mentioned in our first email, Musi will not attempt to block or interfere with the default YouTube video player settings regarding multitasking playback. We will use whichever conventions are set by the video player with respect to the operating system.
\>\>
\>\>
\>\>
\>\>   In good faith, we can provide you with a beta "TestFlight" build of the app that you can test out and validate functionality, if you so choose. This will ensure that there is no miscommunication in terms of how you are expecting the app to perform and how it ultimately performs once released to the App Store. If you would like to move forward with this route, please send me a list of testing email addresses so I can disseminate builds.
\>\>
\>\>
\>\>
\>\>\> 3. How will Musi access YouTube? Will this be performed through the API?

>>
>>
>>
>>
>>
>>    As mentioned in prior emails with your colleague Aurelie Chorly, the YouTube API is not the sole means of which one can access the YouTube Service and related YouTube data.
>>
>>
>> >>    Very simply, the YouTube API Service consists of a number of endpoints that facilitate access to YouTube data feeds and information, in a manner that is easy for computers to understand. As a YouTube  organizational tool, we do not require any advanced functionality (ex. uploading, live streaming, etc) that is made easier through the API. We have instead found it suitable to access this information through the YouTube website, and display this information using a web renderer similar to Google Chrome, Internet Explorer, etc.
>>
>>
>>
>>    Once again, thank you for your reply. Please let me know if you have any further questions or comments relating to Musi's functionality. If not, if you could please advise Apple that we have adequately addressed your concerns that would be greatly appreciated.
>>
>>
>>
>>    Aaron Wojnowski
>>
>>    Founder, Musi Inc.
>>
>>
>>
>>> On Dec 6, 2019, at 12:28 PM, Miller, Jason <jasonmiller@umusic.solar-secure.com> wrote:
>>
>>>
>>
>>> Dear Aaron,
>>
>>>
>>
>>>
>>
>>>
>>
>>> We have received your email and would like clarification on the following points:

\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\> 1. UMG does not authorize Musi to display its content in any manner. Can you confirm to us in writing that no UMG content will be displayed within Musi?
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\> 2. Will Musi support background or "multitask playback" of YouTube videos?
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\> 3. How will Musi access YouTube? Will this be performed through the API?
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\> Once you provide clarification we will review your claims further.
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\> _____
\>\>
\>\>\>
\>\>
\>\>\> Jason Miller
\>\>
\>\>\>

>>
>>> Senior Director, Content Protection
>>
>>>
>>
>>> (212) 331-2375 | JasonMiller@umusic.com
>>
>>>
>>
>>>
>>
>>>
>>
>>> This e-mail and/or any attached documents are solely for the individual(s) to whom they are addressed. If you have received this e-mail in error, you must not use, disclose, copy, distribute or retain this message or any part of it. Please notify the sender immediately and delete this correspondence from your system. This e-mail has been scanned for computer viruses. © 2019 SolarWinds MSP
>>
>>>
>>
>>>
>>
>>>
>>
>>>
>>
>>>
>>
>>> On 2019-12-05, 11:29 AM, "Aaron Wojnowski" <aaronwojnowski@gmail.com> wrote:
>>
>>>
>>
>>>
>>
>>>
>>
>>>
>>
>>>    Dear Universal Music Group,
>>
>>>
>>
>>>

>>
>>>
>>
>>>   As you are aware, Musi has been unavailable for new downloads on the App Store for four months. During this time, we have been conducting major app updates in order to address various complaints brought forward to our application and ensure compliance with all applicable third party terms of service.
>>
>>>
>>
>>>
>>
>>>
>>
>>>   With that said, we ask that you approve Musi's functionality (including playback functionality, advertising placements, and more) in writing via this email, so we may proceed with our submission to the App Store.
>>
>>>
>>
>>>
>>
>>>
>>
>>>   The concept of Musi is an app/platform which allows YouTube users to organize, categorize, and share their favourite YouTube videos in a manner which is more easily understood than existing YouTube products. Specifically, this means providing Musi users with the ability to view YouTube's catalogue of videos, add and organize videos into a "video library", and use this library of videos to create and derive new playlists that can be watched or shared with friends. An example of this might be a user, Mark, creating a playlist of his favourite music videos to send to his girlfriend, Michelle, who can then view and collaboratively add/modify this playlist with her own favourite music videos, which could be then viewed and enjoyed by Mark.  As far as we understand, this type of collaboration does not currently exist through the YouTube website or mobile apps. It is our goal to provide a transformative network where YouTube users can build and share rich playlists of YouTube video content in a positive, augmentative manner.
>>
>>>
>>
>>>
>>
>>>
>>
>>>   To operate our service, Musi does rely on nominal advertising revenue to maintain server costs and pay employees such as graphic designers, software engineers, and playlist curators. Specifically within Musi, we would like to include two specific advertising formats, with the following parameters and limitations:

\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>    1. Banner advertisements
\>\>
\>\>\>
\>\>
\>\>\>    - Limited to "display" advertising meaning non-interactive advertisements such as a static image or text
\>\>
\>\>\>
\>\>
\>\>\>    - Limited to appearing on pages within Musi where there is a large enough basis to warrant the display of such advertisements (ex. not on pages consisting of solely YouTube content)
\>\>
\>\>\>
\>\>
\>\>\>    2. Interstitial advertisements
\>\>
\>\>\>
\>\>
\>\>\>    - Appearing once every 30 minutes
\>\>
\>\>\>
\>\>
\>\>\>    - Limited to not appearing on or over any YouTube video, in order to not confuse users that this is an advertisement originating from the YouTube Service
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>    In order to facilitate the playback of videos, Musi will play back videos via the YouTube video playback page and will not attempt to block or otherwise interfere with any advertisements served by the YouTube Service, including preroll advertisements on the videos, and text based advertising typically appearing at the bottom of the videos during playback (note that the prior incarnations of the app did not attempt to block any of these advertisements). In playing back this video content, we will not attempt to block or circumvent any restrictions set in place by the YouTube Service in order to restrict or limit playback of content (ex. in the background or when the device is locked).

\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>   With respect to Universal Music Group wholly owned content and other music video content on YouTube, we will be allowing access to this content on an "opt-in" basis. This means that users in Musi will only be allowed to view this content within Musi provided that we have prior permission from the rights holder to display this video. We hope that this satisfies your concerns regarding the playback of your content within Musi.
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>   It is Musi's goal to be a fun, transformative app that encourages safe, responsible viewing of YouTube videos whilst also providing its own novel functionality. We ask that you review the above information and provide written confirmation that Musi is suitable for release to the App Store, provided that it operates in the manner described above.
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>   Thank you for your consideration,
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>
\>\>
\>\>\>   Aaron Wojnowski
\>\>
\>\>\>
\>\>
\>\>\>   Founder, Musi Inc.
\>\>
\>\>\>
\>\>

CONFIDENTIAL

```
>>>
>>
>>>
>>
>>
>> >>
>>
>
```

CONFIDENTIAL

APL-MUSI_00009222