Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
*chris.johnstone@wilmerhale.com*

Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
*jennifer.milici@wilmerhale.com*

Mark A. Ford (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
*mark.ford@wilmerhale.com*

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC.,<br><br>      Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant. | Case No. 5:24-cv-06920-EKL<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**<br><br>Judge: The Honorable Eumi K. Lee<br>Hearing Date: July 30, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: 7 |

**[PROPOSED] ORDER**

Defendant Apple Inc.'s Motion for Sanctions came on for hearing before this Court. Having considered the papers filed by the parties and having heard argument from counsel for the parties, the Court rules as follows:

WHEREFORE, GOOD CAUSE APPEARING THEREFORE, the Court GRANTS Defendant's Motion for Sanctions.

The Court further GRANTS Defendant's request to strike the First Amended Complaint with prejudice and Defendant's request of a monetary award equal to the amount of reasonable attorneys' fees and costs that Defendant has incurred in defending against Plaintiff Musi Inc.'s unfounded allegations, including the fees incurred in bringing the Motion for Sanctions and the motion to dismiss the Plaintiff's First Amended Complaint. Defendant shall submit a request for attorneys' fees and costs within 30 days.

**IT IS SO ORDERED**.

Dated: _____, 2025    By: _____
                                         Hon. Eumi K. Lee
                                         United States District Judge