Jennifer A. Golinveaux (SBN: 203056)
JGolinveaux@winston.com
Samantha K. Looker (SBN: 340564)
SLooker@winston.com
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1000

Jeff Wilkerson (SBN: 284044)
JWilkerson@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700

Attorneys for Plaintiff
MUSI INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | **Case No. 5:24-cv-06920-EKL**<br><br>**PLAINTIFF'S STATEMENT IN RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(f) (DKT. NO. 78)**<br><br>Judge: Hon. Eumi K. Lee |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 79-5(f), Plaintiff Musi Inc. ("Musi") hereby responds to Defendant's Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Local Rule 79-5(f) (Dkt. No. 78).  Musi states that the documents provisionally filed under seal (Dkt. Nos. 78-2, 78-3, 78-4, 78-5, 78-6, 78-7, 78-8, and 78-9) can be unsealed and filed publicly on the docket.  Musi looks forward to the Court's, and the public's, review of both those documents and the documents that Musi will be filing in its opposition to Apple's pending Rule 11 motion, which together demonstrate that Apple's motion is frivolous.

Dated:  May 12, 2025

WINSTON & STRAWN LLP

By: /s/ Jennifer A. Golinveaux
Jennifer A. Golinveaux
Jeff Wilkerson
Samantha K. Looker

Attorneys for Plaintiff
MUSI INC.