Jennifer A. Golinveaux (SBN: 203056)
JGolinveaux@winston.com
Samantha K. Looker (SBN: 340564)
SLooker@winston.com
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1000

Jeff Wilkerson (SBN: 284044)
JWilkerson@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700

Attorneys for Plaintiff
MUSI INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MUSI INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | **Case No. 5-24-cv-06920**<br><br>**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF PLAINTIFF MUSI INC.'S OPPOSITION TO MOTION FOR SANCTIONS BROUGHT BY APPLE INC.** |

I, Jennifer A. Golinveaux, declare as follows:

1. I am a partner at Winston & Strawn LLP, and counsel for Plaintiff Musi Inc. I make this declaration based on my personal knowledge in support of Musi's Opposition to Motion for Sanctions Brought by Apple Inc. in the captioned matter. If called upon to do so, I could and would testify competently to the facts set forth herein.

2. Prior to filing Musi's Amended Complaint, Musi's counsel engaged in targeted discovery as directed by the Court. This initially included reviewing thousands of pages of documents produced by Apple in response to Musi's Requests for Production, responses to Musi's Interrogatories, and responses

1

to Musi's Requests for Admission.

3. In addition, after extensive meet and confer efforts intended to avoid the need for motion practice, Musi filed a motion to compel documents from additional Apple custodians, which resulted in the court-ordered production of additional documents from Elizabeth Miles, Apple's Senior Legal Director for iTunes, Apple Music, Apple TV, Fitness+, and Apple Media Services International. These documents showed that Ms. Miles was significantly involved in Apple's discussions, outside of Apple's normal app dispute process, with both Sony Music and the NMPA about the Musi app. Musi also served notices for, and successfully opposed Apple's request for a protective order preventing, the depositions of two key Apple witnesses – Violet Evan-Karimian, Apple's in-house counsel identified in interrogatory responses as the employee responsible for the decision to remove the Musi app, and Arun Singh, Apple's relationship manager with YouTube and the employee identified in Apple's interrogatory responses as responsible for arranging the July 15, 2024 call between Apple and YouTube about the Musi app. Per the Court's order, Musi conducted two targeted three-hour depositions of these witnesses prior to filing its Amended Complaint. Musi's counsel had possession of transcripts from both depositions when drafting the Amended Complaint. The documents and testimony obtained by Musi directly informed each of the allegations that Apple now challenges as factually baseless.

4. Due to time constraints, and because it did not receive a production of Ms. Miles's documents until very late in the limited discovery period before its Amended Complaint was due, Musi was not able to notice and take the deposition of Elizabeth Miles prior to filing its Amended Complaint. Musi continues to believe that Ms. Miles's testimony would further support the allegations in Musi's Amended Complaint.

5. Attached hereto as **Exhibit 1** is a true and correct copy of a letter sent by Musi to Apple on April 25, 2025, responding to Apple's April 7, 2025 letter providing formal notice of Apple's intent to file a Motion for Sanctions pursuant to Rule 11.

6. Attached hereto as **Exhibit 2** is a true and correct copy of a letter sent by Apple to Musi on April 7, 2025, providing formal notice of its intent to file a Motion for Sanctions pursuant to Rule 11.

7. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of

the March 7, 2025 deposition of Arun Singh.

8. Attached hereto as **Exhibit 4** is a true and correct copy of an email thread between Apple's Arun Singh and YouTube's Kelvin Paulino between June 12, 2024, and July 15, 2024, produced by Apple in this litigation at Bates nos. APL-MUSI_00017875–APL-MUSI_00017880.

9. Attached hereto as **Exhibit 5** is a true and correct copy of an email sent by Apple's Arun Singh to YouTube's Kelvin Paulino on July 17, 2024, produced by Apple in this litigation at Bates nos. APL-MUSI_00017794–APL-MUSI_00017800. The document was previously introduced as Exhibit 26 at the March 7, 2025 deposition of Arun Singh.

10. Attached hereto as **Exhibit 6** is a true and correct copy of Arun Singh's contemporaneous notes reflecting a July 15, 2024 call between Apple and YouTube, produced by Apple in this litigation at Bates no. APL-MUSI_00036854. The document was previously introduced as Exhibit 25 at the March 7, 2025 deposition of Arun Singh.

11. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the transcript from the March 6, 2025 deposition of Violet Evan-Karimian.

12. Attached hereto as **Exhibit 8** is a true and correct copy of an email sent by Sony Music's Jeff Walker to Apple's Robert Windom and Elizabeth Miles on April 11, 2024, and subsequent emails between Apple's Robert Windom, Violet Evan-Karimian, Elizabeth Miles, and Sean Cameron from April 16, 2024, to May 24, 2024, produced by Apple in this litigation at Bates nos. APL-MUS100017952 – APL-MUSI_00017956. This document was previously introduced as Exhibit 7 at the March 6, 2025 deposition of Violet Evan-Karimian.

13. Attached hereto as **Exhibit 9** is a true and correct copy of Defendant's First Supplemental Response to Plaintiff's First Set of Interrogatories, dated March 5, 2025. This document was previously introduced as Exhibit 27 at the March 7, 2025 deposition of Arun Singh.

14. Attached hereto as **Exhibit 10** is a true and correct copy of emails between Sony Music's Jeff Walker and Apple's Elizabeth Miles on October 2, 2024, produced by Apple in this litigation at Bates nos. APL-MUSI_00018119 – APL-MUSI_00018120. This document was previously introduced as Exhibit 16 at the March 6, 2025 deposition of Violet Evan-Karimian.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on May 22, 2025, in Longview, Texas.

*/s/Jennifer A. Golinveaux*
Jennifer A. Golinveaux