# EXHIBIT 4

|  |  |
|---:|---|
| **Subject:** | Re: Musi - complaints |
| **From:** | "Arun Singh" <arunsingh@apple.com> |
| **Received(Date):** | Mon, 15 Jul 2024 18:32:20 +0000 |
| **To:** | "Kelvin Paulino" <kpaulino@google.com> |
| **Date:** | Mon, 15 Jul 2024 18:32:20 +0000 |

Hi Kelvin,

It will be me and a few of our legal friends (Sean Cameron, Violet Evan-Karimian, Elizabeth Miles Waring).

Cheers,

Arun

On Jul 15, 2024, at 11:07 AM, Kelvin Paulino <kpaulino@google.com> wrote:

Hi Arun,

It would be me and two members of the YouTube Music Product Counsel (Kelsea Carlson and Leo LIpsztein).

Who will be attending on your side?

On Mon, Jul 15, 2024 at 2:04 PM Arun Singh <arunsingh@apple.com> wrote:

> Hi Kelvin,
> Can you please share who will be attending today?
>
> Cheers,
> Arun
> —
>
> On Jul 8, 2024, at 4:03 PM, Arun Singh <arunsingh@apple.com> wrote:
>
> Done - thanks Kelvin!
>
> On Jul 8, 2024, at 3:24 PM, Kelvin Paulino <kpaulino@google.com> wrote:
>
> Hi Arun,
>
> We're confirmed on my side. Please feel free to share a dial in. Thanks.
>
> Kelvin Paulino
> YouTube Mobile Partnerships

212-565-4725

On Fri, Jun 28, 2024 at 1:37 PM Arun Singh <arunsingh@apple.com> wrote:
Just sent the hold to you.
Arun
---

On Jun 28, 2024, at 10:21 AM, Kelvin Paulino <kpaulino@google.com> wrote:

Thanks, Arun. Could you please hold 7/15 from 2-2:30 pm PT while I work to confirm?

On Fri, Jun 28, 2024 at 1:06 PM Arun Singh <arunsingh@apple.com> wrote:

Hi Kelvin,
Here you go:

Mon 7/15: 2-2:30pm PT
Tues 7/16: 1:30-2pm, 3:30-4pm ,4-4:30pm PT
Thurs 7/18: 9:30-10am PT

Cheers,
Arun
==

On Jun 28, 2024, at 7:56 AM, Kelvin Paulino <kpaulino@google.com> wrote:

Hi Arun,
Could you please share some avails on your side for the week of July 8th or 15th for a 30 min call between our respective legal teams? Happy to chat live should you have any questions. Thanks.

On Mon, Jun 24, 2024 at 3:26 PM Arun Singh <arunsingh@apple.com> wrote:

Will do.

On Jun 24, 2024, at 11:37 AM, Kelvin Paulino <kpaulino@google.com> wrote:

Hi Arun,

Yes, please feel free to call me at 1pm PT. Thanks.

On Mon, Jun 24, 2024 at 2:24 PM Arun Singh <arunsingh@apple.com> wrote:
Hi Kelvin,
About to jump on a couple of calls, but can talk around 1pm PT - does that work?

Cheers,

CONFIDENTIAL    APL-MUSI_00017876

> Arun
> --
>
> On Jun 24, 2024, at 11:23 AM, Kelvin Paulino <kpaulino@google.com> wrote:
>
> Hi Arun,
>
> Do you have a few mins to catch up on this? Thanks.
>
> On Tue, Jun 18, 2024 at 2:00 PM Arun Singh <arunsingh@apple.com> wrote:
>
> Great - will call you then.
>
> Sent from my iPhone
>> On Jun 18, 2024, at 10:12 AM, Kelvin Paulino <kpaulino@google.com> wrote:
>>
>>
>> Sure, I can do noon PT.
>>
>> On Tue, Jun 18, 2024 at 12:37 PM Arun Singh <arunsingh@apple.com> wrote:
>>
>> Hi Kelvin,
>> I'm at a conference - can you chat around noon PT?
>> Cheers,
>> Arun
>>
>> On Jun 18, 2024, at 5:04 AM, Kelvin Paulino <kpaulino@google.com> wrote:
>>
>> Hi Arun,
>>
>> Sure. Would you be available at 10:30 or 11:30 am PT?
>>
>> On Tue, Jun 18, 2024 at 12:50 AM Arun Singh <arunsingh@apple.com> wrote:
>>> Hey Kelvin,
>>> Want to chat tomorrow (Tuesday)?
>>>
>>> Cheers,
>>> Arun
>>> -
>>>
>>> On Jun 13, 2024, at 12:47 PM, Kelvin Paulino <kpaulino@google.com> wrote:
>>>
>>> Hi Arun,
>>>
>>> Do you have time to chat about this? Thanks.
>>>
>>> On Wed, Jun 12, 2024 at 10:38 AM Kelvin Paulino <kpaulino@google.com> wrote:

Hi Arun,

Thanks for checking in. We're still gathering information on our end regarding Musi. I'll share an update as soon as possible.

On Wed, Jun 12, 2024 at 12:45 AM Arun Singh <arunsingh@apple.com> wrote:
Hi Kelvin,

Hope you're well and enjoyed WWDC!

I was wondering if you were able to look into the Musi issue we discussed a couple of weeks ago. Any updates?

Cheers,
Arun

--



- | **Kelvin Paulino** |
  | YouTube Partnerships Lead |
  | kpaulino@google.com |
  | +1 (650) 318 9375 |

--



- | **Kelvin Paulino** |
  | YouTube Partnerships Lead |
  | kpaulino@google.com |
  | +1 (650) 318 9375 |

--

- | **Kelvin Paulino** |





--



--

|   | **Kelvin Paulino** |   |
|---|---|---|
|   | YouTube Partnerships Lead |   |
|   | kpaulino@google.com |   |
|   | +1 (650) 318 9375 |   |

CONFIDENTIAL  APL-MUSI_00017880