# EXHIBIT 5

**Subject:** Fwd: Apple Inc. (our ref# APP44644-F)
**From:** "Arun Singh" <arunsingh@apple.com>
**Received(Date):** Wed, 17 Jul 2024 18:37:13 +0000
**To:** "Kelvin Paulino" <kpaulino@google.com>
**Date:** Wed, 17 Jul 2024 18:37:13 +0000

Hi Kelvin,

Here you go.

Cheers,

Arun

--

Begin forwarded message:

**From:** ASN <AppStoreNotices@apple.com>
**Subject: Apple Inc. (our ref# APP44644-F)**
**Date:** July 15, 2024 at 2:28:31 PM PDT
**To:** legal-youtube@google.com, legal-youtube+2mlwktveucwom0y@google.com

**Please include APP44644-F in the subject line of any future correspondence on this matter as failure to do so may prevent our system from properly recording your response.**

Hello,

Per request from the YouTube Legal team, please review the dispute history included below, and advise whether you intend to pursue your claim against the following app:

F. Developer: Musi Inc.
Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124
-

If you would like to re-open your claim against this app, please specify the rights you believe are being infringed, and by which aspect of the app.

Sincerely,

Victoria,

☐ Apple Legal | Apple | One Apple Park Way Cupertino, CA 95014 |



The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

Begin forwarded message:

**From:** AppStoreNotices <appstorenotices@apple.com>
**Subject: Apple Inc. (our ref# APP44644-F)**
**Date:** April 19, 2023 at 12:54:13 PM PDT
**To:** legal-youtube@google.com, legal-youtube+2mlwktveucwom0y@google.com
**Cc:** apple-ios-contact@feelthemusi.com, herstein@pitblado.com, MElkin@winston.com

Dear YouTube,

**Please include APP44644-F in the subject line of any future correspondence on this matter.**

The provider below (cc'ed) has advised that they have been in contact with you and that the matter is now resolved. Unless we hear from you shortly, we will conclude that the matter has been resolved.

F. Developer: Musi Inc.
Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124
-

Sincerely,

James

☐ Apple Legal  Apple  One Apple Park Way Cupertino, CA 95014
AppStoreNotices@apple.com

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

----- Original Message -----

From: MElkin@winston.com
Subject: Apple Inc. (our ref# APP44644-F)
Date: Apr 4, 2023 at 9:49 PM
To: AppStoreNotices@apple.com
Cc: apple-ios-contact@feelthemusi.com, herstein@pitblado.com

Dear App Store Notices,
As noted, we have been in communication directly with the Complainant on this matter in order to attempt to resolve any dispute. We will continue to keep you updated as to the status of our communication.

We would like to reiterate that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.

Sincerely,

Michael S. Elkin

Michael Elkin
Vice Chairman
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio<http://www.winston.com/en/who-we-are/attorneys/elkin-michael-s.html> | VCard<http://www.winston.com/vcards/616.vcf> | Email<mailto:melkin@winston.com> | winston.com<http://www.winston.com>
[Winston & Strawn LLP]

---

From: ASN <AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com>>
Sent: Tuesday, April 4, 2023 11:41 AM
To: legal-youtube@google.com<mailto:legal-youtube@google.com> <legal-youtube@google.com<mailto:legal-youtube@google.com>>; legal-youtube+2mlwktveucwom0y@google.com<mailto:legal-youtube+2mlwktveucwom0y@google.com> <legal-youtube+2mlwktveucwom0y@google.com<mailto:legal-youtube+2mlwktveucwom0y@google.com>>; apple-ios-contact@feelthemusi.com<mailto:apple-ios-contact@feelthemusi.com> <apple-ios-contact@feelthemusi.com<mailto:apple-ios-contact@feelthemusi.com>>; herstein@pitblado.com<mailto:herstein@pitblado.com> <herstein@pitblado.com<mailto:herstein@pitblado.com>>; Elkin, Michael <MElkin@winston.com<mailto:MElkin@winston.com>>
Subject: Apple Inc. (our ref# APP44644-F)

Hello,

**Please include APP44644-F in the subject line of any future correspondence on this matter.**

According to our records, this matter is unresolved at this time. Please update us on the status of your communications regarding the following app:

F. Developer: Musi Inc.
Provider: Musi Inc.
Title: Musi - Simple Music Streaming
Apple ID: 591560124

Sincerely,

Anna

☐ Apple Legal | Apple | One Apple Park Way Cupertino, CA 95014 | mailto:AppStoreNotices@apple.com
The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

----- Original Message -----
From: MElkin@winston.com<mailto:MElkin@winston.com>
Subject: FW: Apple Inc. (our ref# APP44644-F) Notice of Complaint
Date: Mar 27, 2023 at 3:11 PM
To: AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com>
Cc: apple-ios-contact@feelthemusi.com<mailto:apple-ios-contact@feelthemusi.com>, herstein@pitblado.com<mailto:herstein@pitblado.com>

Dear App Store Notices,

As you know from earlier communications, we are legal counsel to Musi Inc. in connection with this matter.

We believe that YouTube Legal ("Complainant") has made unsubstantiated claims about our client's app. We have been in communication directly with the Complainant on this matter in order to attempt to come to a timely resolution of this dispute. We will keep you updated as to the status of our communication.

We would like to reiterate that in our view there is no basis, legal or otherwise, for you to remove our client's app from the App Store.

CONFIDENTIAL

APL-MUSI_00017797

Yours truly,

Michael S. Elkin

Michael Elkin
Vice Chairman
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-6729
F: +1 212-294-4700
Bio<http://www.winston.com/en/who-we-are/attorneys/elkin-michael-s.html> |
VCard<http://www.winston.com/vcards/616.vcf> | Email<mailto:melkin@winston.com> |
winston.com<http://www.winston.com>
[Winston & Strawn LLP]
From: ASN
<AppStoreNotices@apple.com<mailto:AppStoreNotices@apple.com<mailto:AppStoreNotices@
Date: March 23, 2023 at 4:25:54 PM EDT
To: apple-ios-contact@feelthemusi.com<mailto:apple-ios-
contact@feelthemusi.com<mailto:apple-ios-contact@feelthemusi.com%3cmailto:apple-ios-
contact@feelthemusi.com>>,
herstein@pitblado.com<mailto:herstein@pitblado.com<mailto:herstein@pitblado.com%3cmailt
MElkin@winston.com<mailto:MElkin@winston.com<mailto:MElkin@winston.com%3cmailto:
Cc: legal-youtube@google.com<mailto:legal-youtube@google.com<mailto:legal-
youtube@google.com%3cmailto:legal-youtube@google.com>>, legal-
youtube+2mlwktveucwom0y@google.com<mailto:legal-
youtube+2mlwktveucwom0y@google.com<mailto:legal-
youtube+2mlwktveucwom0y@google.com%3cmailto:legal-
youtube+2mlwktveucwom0y@google.com>>
Subject: Apple Inc. (our ref# APP44644-F) Notice of Complaint

Dear Sir or Madam,

**Please include APP44644-F in the subject line of any future correspondence on this matter.**

On 3/22/2023, we received a notice from YouTube Legal ("Complainant") that Complainant believes the app listed below infringes its intellectual property rights. In particular, Complainant believes you are infringing its terms of use. Please see their comments below.

F. Developer: Musi Inc.
Provider: Musi Inc.
App Title: Musi - Simple Music Streaming
Apple ID: 591560124

YouTube TOS Violations

CONFIDENTIAL

-

You can reach Complainant through YouTube Legal (email: legal-youtube@google.com<mailto:legal-youtube@google.com<mailto:legal-youtube@google.com%3cmailto:legal-youtube@google.com>>, legal-youtube+2mlwktveucwom0y@google.com<mailto:legal-youtube+2mlwktveucwom0y@google.com<mailto:legal-youtube+2mlwktveucwom0y@google.com%3cmailto:legal-youtube+2mlwktveucwom0y@google.com>>), copied on this email. Please exchange correspondence directly with Complainant.

We look forward to receiving written assurance that your application does not infringe Complainant's rights, or that the parties are taking steps to promptly resolve the matter. Please keep us apprised of your progress.

Please note that during the course of this matter:

1. Correspondence to Apple must include the reference number noted above in the subject line and copy the other party. All correspondence sent to Apple may be shared with the other party.

2. Written assurance of rights may include confirmation that your application does not infringe Complainant's rights, an express authorization from Complainant, or other evidence acceptable to Apple, and should include documentation wherever possible.

3. Should you choose to remove your application (for example, while you make any necessary changes), visit App Store Connect at https://appstoreconnect.apple.com<https://appstoreconnect.apple.com><https://appstoreconnect.a and access your app in the Manage Your Application module.

• Access your app in the "My Apps" module
• Click on the "Pricing and Availability" tab from the App Summary Page and select "Edit" by "Availability"
• Select and deselect "All" territories to uncheck all App Store territories
• Click on the "Done" button

4. Developers with a history of allegations of repeat infringement, or those who misrepresent facts to Apple and/or the Complainant are at risk of termination from the Developer Program.

5. Failure to respond to the Complainant or to take steps toward resolving a dispute may lead to removal of the app(s) at issue as in violation of the App Store Review Guidelines and/or the iOS Developer Program License Agreement. Please keep Apple apprised of your progress.

Thank you for your immediate attention.

Sincerely,

Anna

CONFIDENTIAL

☐ Apple Legal | Apple | One Apple Park Way Cupertino, CA 95014 | mailto:AppStoreNotices@apple.com

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

CONFIDENTIAL

APL-MUSI_00017800