# EXHIBIT 6

**7/15/24: Musi: Kelvin, Leo (VP Counsel - YT), Kelsey; Sean, Elizabeth, Violet**
- Had a number of complaints about the app. And more recently
- Not on Google Play, complaints to us
- Musi filed a complaint with our team, but then abandoned it - why? How? Did they want to restart it?
- YT - wasn't abandoned it. Sometimes they don't get a response, and don't follow up - could be the case here.
- Sent request, Apple took it down and then reinstated the app. YT did pursue after the reinstatement. App provider said they were in direct communication with YT, would keep us updated on status of comms. We sent email (4/19/23) to YT advising them of this. If we don't hear from YT we would reinstate, didn't hear back so we thought resolved etc, so we reinstated.
- Leo has same understanding. No intent to abandon or close matter from their side, email may have gone to other channels and they may not have been aware
- We should reinstate the complaint - just need email from YT
- Violet will fwd the 4/19/23 email to a legal email alias, will route back to Kelsey, Leo. Kelsey will flag this is coming in
- Want to know which aspects of YT they are violating.
- They can't speak to GPlay's decision, but it is indeed down from GPlay
- Is it an API abuse issue? There are some violations.



CONFIDENTIAL