# EXHIBIT 7

```
 1           IN THE UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   ------------------------------------------x
 5   MUSI INC.,
 6            Plaintiff,
 7   vs.                            Case No.
 8   APPLE INC.,                    5:24-cv-06920-EKL
 9            Defendant.
10   ------------------------------------------x
11
12
13
14                VIDEOTAPED DEPOSITION OF
15                  VIOLET EVAN-KARIMIAN
16                Thursday, March 5, 2025
17
18
19
20   Stenographically Reported By:
21   Lynne Ledanois
22   Certified Court Reporter, License No. 6811
23   Job No. 7223172
24
25   PAGES 1 - 159

                                          Page 1
```

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4   ------------------------------------------x
 5   MUSI INC.,
 6           Plaintiff,
 7   vs.                          Case No.
 8   APPLE INC.,                  5:24-cv-06920-EKL
 9           Defendant.
10   ------------------------------------------x
11
12
13
14
15           Videotaped deposition of VIOLET
16   EVAN-KARIMIAN taken at Winston & Strawn 255
17   Shoreline Drive, Suite 250, Redwood City,
18   California, commencing at 10:04 a.m., on Thursday,
19   March 6, 2025 before LYNNE M. LEDANOIS, Certified
20   Shorthand Reporter No. 6811, Certified Court
21   Reporter.
22
23                         * * *
24
25
                                                  Page 2
```

```
1                    REMOTE APPEARANCES
2
3     Counsel for the Plaintiff:
4              WINSTON & STRAWN LLP
5              BY:  JENNIFER A. GOLINVEAUX
6                   SAMANTHA K. LOOKER
7              Attorneys at Law
8              255 Shoreline Drive
9              Suite 520
10             Redwood City, California 94062
11             jgolinveaux@winston.com
12             slooker@winston.com
13
14    Counsel for the Defendant:
15             WILMER CUTLER PICKERING HALE & DORR LLP
16             BY:  JENNIFER MILICI
17             Attorney at Law
18             101 California Street
19             35th Floor
20             San Francisco, California 94111
21             jennifer.milici@wilmerhale.com
22
23    Also Present:
24    Cameron Tuttle, Videographer
25    Beth Gettinger, Apple Legal Counsel
```

```
 1    whether you might be able to help us identify a path     01:00
 2    forward in our efforts to have the Musi app removed
 3    from the Apple app store."
 4          Do you see that?
 5      A   Yes.  Would you mind if I have a moment            01:00
 6    to --
 7      Q   Of course.  You can read it first.
 8      A   Thank you.
 9          Okay.  I read that email.
10      Q   My first question is:  Do you have an             01:01
11    understanding of why Jeff would have reached out to
12    Elizabeth and Robert directly on this?
13          MS. MILICI:  Objection, vague.
14          THE WITNESS:  Jeff's email indicates that
15    the Musi app is circumventing YouTube's technical        01:01
16    protection measures and that the IFPI, of which Sony
17    is a member, has tried to mitigate the dispute and
18    get it resolved but that that's not been productive.
19          So they are asking for some information on
20    a path forward.                                          01:02
21    BY MS. GOLINVEAUX:
22      Q   And you see in the middle of his paragraph
23    to Robert and Elizabeth, he says, "We have worked
24    with YouTube to remove API access from Musi."
25          Do you see that?                                   01:02
```

Page 110

```
 1         A    Let's see.  "We have worked with YouTube to    01:02
 2    remove API access from Musi, but the app finds ways to
 3    access our content through technological means that
 4    are more difficult for Google to action," yes.
 5         Q    Okay.  So at this point in time,              01:02
 6    April 11th, 2024, Apple had been informed that
 7    YouTube had removed the API access from Musi;
 8    correct?
 9              MS. MILICI:  Objection, vague.
10              THE WITNESS:  At this point in 2024,          01:02
11    individuals at Apple were told that Google had
12    removed the API access from Musi but the app was
13    still somehow using Google's services in a way that
14    was more difficult for Google to action is what it
15    says.                                                   01:03
16    BY MS. GOLINVEAUX:
17         Q    Okay.  Thank you.
18         A    Yes.
19         Q    And you see this email is forwarded to you
20    from Robert Windom; correct?                            01:03
21         A    Correct.
22         Q    And it says, "Hi, Violet," and then there
23    is an attorney-client privilege bar, so we cannot
24    see what he says; correct?
25         A    Correct.                                      01:03
```

Page 111

| | | |
|---|---|---|
| 1 | app was violating YouTube's terms of service, | 01:15 |
| 2 | circumventing YouTube's technical protection measures. | |
| 3 | It was a theme across a number of claims. | |
| 4 |     So we were asking YouTube, because that | |
| 5 | complaint hadn't been resolved and/or closed, it was | 01:16 |
| 6 | sort of stagnant, whether their intention was to | |
| 7 | pursue that claim and if so, what we needed them | |
| 8 | to -- what they would have to do in order to | |
| 9 | indicate to us their intent to pursue the claim, | |
| 10 | which was we asked them to send an email to app | 01:16 |
| 11 | store notices with the reference number in the | |
| 12 | subject line so that we could pass that on back to | |
| 13 | Musi and essentially keep their claim going if that | |
| 14 | was their intention. | |
| 15 |     Q   And YouTube clarify the nature of the | 01:16 |
| 16 | violation of terms of service to Apple on that call? | |
| 17 |     A   They did not, and we did not ask them to do | |
| 18 | that. | |
| 19 |     We just wanted to know if they intended to | |
| 20 | pursue the claim that they had previously submitted. | 01:17 |
| 21 |     Q   And did Apple tell YouTube at any point | |
| 22 | during that call to contact Musi directly or to get | |
| 23 | back to Musi in response to its communications? | |
| 24 |     MS. MILICI:  Objection, vague. | |
| 25 |     THE WITNESS:  We asked YouTube if they | 01:17 |

Page 121

| | | |
|---|---|---|
| 1 | the app store notices chain from April 19th, 2023, | 01:22 |
| 2 | why did Apple take it upon itself to affirmatively | |
| 3 | solicit a response from YouTube legal? | |
| 4 |     MS. MILICI:  Objection, privileged.  I | |
| 5 | instruct the witness not to answer. | 01:22 |
| 6 | BY MS. GOLINVEAUX: | |
| 7 |     Q    This is a factual question why you chose | |
| 8 | to write them on July 15th, 2024.  I'm not asking | |
| 9 | you about any legal analysis. | |
| 10 |     MS. MILICI:  That is not a factual | 01:23 |
| 11 | question, that is a question of why and so I'm going | |
| 12 | to repeat the instruction. | |
| 13 | BY MS. GOLINVEAUX: | |
| 14 |     Q    Did someone request -- at Apple instruct | |
| 15 | you to send this email or did you do it on your own | 01:23 |
| 16 | initiative? | |
| 17 |     A    This email was sent as discussed in that | |
| 18 | July 15th call with YouTube where we instructed them | |
| 19 | that if they intend to pursue their claim, to send us | |
| 20 | an email to that effect. | 01:23 |
| 21 |     They asked that we send an email that they | |
| 22 | could respond to and so that's why this email was | |
| 23 | sent. | |
| 24 |     Q    YouTube asked Apple to first send it an | |
| 25 | email and then it would respond? | 01:23 |

Page 127

| | | |
|---|---|---|
| 1 | A    Correct. | 01:23 |
| 2 | Q    Did they explain why they wanted Apple to | |
| 3 | initiate the response from YouTube? | |
| 4 | Why couldn't they just respond, did they | |
| 5 | explain that to you? | 01:24 |
| 6 | A    I believe they did.  I don't recall exactly | |
| 7 | what their reason was. | |
| 8 | I have a little bit of memory of there | |
| 9 | being an issue with who was getting the emails that | |
| 10 | we were sending to YouTube and that maybe they | 01:24 |
| 11 | weren't going to the right places. | |
| 12 | And so they gave us the right email | |
| 13 | address to use and that way we could send them the | |
| 14 | dispute history and reference number as we did. | |
| 15 | Q    Did YouTube confirm to Apple on the | 01:24 |
| 16 | July 15th email phone call that -- strike that.  Let | |
| 17 | me start over. | |
| 18 | Did YouTube confirm to Apple on that | |
| 19 | July 15th phone call that Musi was, in fact, | |
| 20 | violating its terms of service? | 01:24 |
| 21 | MS. MILICI:  Objection, vague. | |
| 22 | THE WITNESS:  Did you want to rephrase? | |
| 23 | BY MS. GOLINVEAUX: | |
| 24 | Q    Not at all. | |
| 25 | A    In the July 15th phone call, YouTube said, | 01:24 |

Page 128

| | | |
|---|---|---|
| 1 | we do believe that the app is violating our terms of | 01:25 |
| 2 | service and in particular our API. | |
| 3 | Q    That's what they told you on July 15? | |
| 4 | A    That's what I recall them saying. | |
| 5 | Q    Okay.  On this July 15th email you sent to | 01:25 |
| 6 | YouTube soliciting whether they want to pursue their | |
| 7 | claim against the app, was Musi or its counsel | |
| 8 | copied on this communication? | |
| 9 | A    I don't recall. | |
| 10 | Q    Okay.  Well, looking at YouTube legal's | 01:25 |
| 11 | response at the top of the chain, do you see Musi or | |
| 12 | its counsel copied or is this an email chain | |
| 13 | directly between Google and Apple? | |
| 14 | A    It is likely this was an email chain | |
| 15 | directly between YouTube and Apple.  I do recall, | 01:25 |
| 16 | however, that we then notified Musi of the fact that | |
| 17 | YouTube considers the matter unresolved. | |
| 18 | Q    Great.  We'll get to that right now. | |
| 19 | So YouTube responds to your email and | |
| 20 | says, "Hello, we write to confirm that this matter | 01:26 |
| 21 | should remain open.  Sincerely, The YouTube Team." | |
| 22 | Correct? | |
| 23 | A    Correct. | |
| 24 | MS. GOLINVEAUX:  Let's go to the next | |
| 25 | exhibit. | 01:26 |

Page 129

```
 1            I, LYNNE M. LEDANOIS, a Certified
 2   Shorthand Reporter of the State of California, do
 3   hereby certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that a record of the proceedings was made by me
 7   using machine shorthand which was thereafter
 8   transcribed under my direction; that the foregoing
 9   transcript is a true record of the testimony given.
10            Further, that if the foregoing pertains to
11   the original transcript of a deposition in a Federal
12   Case, before completion of the proceedings, review
13   of the transcript [] was [x] wasn't requested.
14            I further certify I am neither financially
15   interested in the action nor a relative or employee
16   of any attorney or party to this action.
17            IN WITNESS WHEREOF, I have this date
18   subscribed my name.
19
20            Dated: March 7, 2025
21
22
23
24            [signature: Lynne Marie Ledanois]
25            LYNNE MARIE LEDANOIS, CSR No. 6811
```

Page 157