# EXHIBIT 8

| | |
|---|---|
| Subject: | Re: Musi App (APP187194) |
| From: | "Robert Windom" <windom@apple.com> |
| Received(Date): | Fri, 24 May 2024 14:04:16 +0000 |
| To: | "Sean Cameron" <sean_cameron@apple.com> |
| Cc: | "Violet Evan-Karimian" <vevankarimian@apple.com>,"Elizabeth Miles Waring" <elizabeth.miles@apple.com> |
| Date: | Fri, 24 May 2024 14:04:16 +0000 |

Yes, please try to get that meeting set up.

Best,

Robert

On May 24, 2024, at 3:30 AM, Sean Cameron <sean_cameron@apple.com> wrote:

> Attorney Client Privilege

On May 24, 2024, at 8:54 AM, Violet Evan-Karimian <vevankarimian@apple.com> wrote:

Privileged and Confidential
Hi Elizabeth,

> Attorney Client Privilege


EXHIBIT m
3/6/25
7
Evankarimian

CONFIDENTIAL       APL-MUSI_00017952

> Attorney Client Privilege

Best,
Violet

**Violet Evan | Senior Legal Counsel | Apple Inc.**

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

On May 23, 2024, at 2:55 PM, Elizabeth Miles Waring <elizabeth.miles@apple.com> wrote:

> Attorney Client Privilege

Thanks,
Elizabeth

**Elizabeth Miles**

Senior Legal Director, Music, TV, Fitness, Apple Media Services International

One Apple Park Way, MS 169-4ISM | Cupertino, CA 95014 | USA

+1-408-862-3436

elizabeth.miles@apple.com

This email and any attachments may contain confidential information intended only for the recipient(s) named above. Any other distribution, forwarding, copying or disclosure of this message is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or return email, and delete this message from your system.

On Apr 16, 2024, at 4:09 PM, Violet Evan-Karimian <vevankarimian@apple.com> wrote:

Privileged and Confidential
Hi Robert,

> Attorney Client Privilege

CONFIDENTIAL

APL-MUSI_00017953

<div style="border:1px solid black; padding:2em; text-align:center;">
Attorney Client Privilege
</div>

Let me know if further discussion is needed.

Best,
Violet

**Violet Evan | Senior Legal Counsel | Apple Inc.**

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

CONFIDENTIAL                                                                                                                APL-MUSI_00017954

> On Apr 16, 2024, at 12:43 PM, Robert Windom <windom@apple.com> wrote:
>
> Hi Violet,
>
> <div style="border: 1px solid black; padding: 4px; text-align:center;">Attorney Client Privilege</div>
>
> Best,
> Robert
>
> Robert Windom
> 323-397-9131
>
> ---
>
> The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.
>
> Begin forwarded message:
>
> **From:** "Walker, Jeff, Sony Music" < Jeff.Walker@sonymusic.com >
> **Subject: Musi App**
> **Date:** April 11, 2024 at 6:04:31 AM PDT
> **To:** Robert Windom < windom@apple.com >, "Elizabeth Miles ( elizabeth.miles@apple.com )" < elizabeth.miles@apple.com >
>
> **Hi Robert and Elizabeth –**
>
> **I hope you are both well. I am reaching out to see whether you might be able to help us identify a path forward in our efforts to have the Musi app removed from the Apple app store. The Musi app sources SME music content from YouTube without SME authorization by circumventing YouTube's technical protection measures (i.e., rolling cypher). We have worked with YouTube to remove API access from Musi, but the app finds ways to access our content through technological means that are more difficult for Google to action. The app is not available in the Google App store. It would be helpful to understand what Apple may need to make a decision to remove the app from the storefront. We are not aware that Musi pays any of the creators or rightsholders whose music they make available in their app.**

CONFIDENTIAL

APL-MUSI_00017955

The IFPI (our international trade association) has participated in Apple's mitigation process with Musi for several years. All indications are that the conversations have not been productive or lead to resolution. SME is considering other enforcement options, but it would be helpful to understand if additional enforcement measures would move the needle for purposes of Apple and the App Store.

Ideally, we would like to establish a line of communication around unlicensed music apps. If you might be able to facilitate appropriate introductions, it would be very helpful.

We appreciate your assistance and your partnership on these complicated issues. Best regards.

Jeff

CONFIDENTIAL
APL-MUSI_00017956