# EXHIBIT 10

**Subject:** Re: Musi
**From:** "Elizabeth Miles Waring" <elizabeth.miles@apple.com>
**Received(Date):** Wed, 02 Oct 2024 17:50:17 +0000
**To:** "Jeff Walker" <jeff.walker@sonymusic.com>
**Attachment:** smime.p7s
**Date:** Wed, 02 Oct 2024 17:50:17+0000

Always TBD! ☐

☐

**Elizabeth Miles**

Senior Legal Director, ☐Music, ☐TV, ☐Fitness, Apple Media Services International

One Apple Park Way, MS 169-4ISM | Cupertino, CA 95014 | USA

+1-408-862-3436

elizabeth.miles@apple.com

This email and any attachments may contain confidential information intended only for the recipient(s) named above. Any other distribution, forwarding, copying or disclosure of this message is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or return email, and delete this message from your system.

On Oct 2, 2024, at 10:47☐AM, Walker, Jeff, Sony Music <Jeff.Walker@sonymusic.com> wrote:

**Hi Elizabeth.  We were really happy to hear about that.  Thanks for all your help and support.  TBD whether this is actually over. ☐**

**From:** Elizabeth Miles Waring <elizabeth.miles@apple.com>

Sent: Wednesday, October 2, 2024 1:45 PM

To: Walker, Jeff, Sony Music <Jeff.Walker@sonymusic.com>

Subject: Musi

Hi Jeff, hope you're well!  Just wanted to let you know, since you were asking about it earlier, that Apple has removed Musi from the App Store.  This one was complex process-wise—thanks as always for working with us.



CONFIDENTIAL

APL-MUSI_00018119

Elizabeth

☐

Elizabeth Miles

Senior Legal Director, ☐Music, ☐TV, ☐Fitness, Apple Media Services International

One Apple Park Way, MS 169-4ISM | Cupertino, CA 95014 | USA

+1-408-862-3436

elizabeth.miles@apple.com

This email and any attachments may contain confidential information intended only for the recipient(s) named above. Any other distribution, forwarding, copying or disclosure of this message is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or return email, and delete this message from your system.

CONFIDENTIAL