| | |
|---|---|
| Jennifer A. Golinveaux, SBN 203056<br>Samantha K. Looker, SBN 340564<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>jgolinveaux@winston.com<br>slooker@winston.com<br><br>Jeff Wilkerson, SBN 284044<br>WINSTON & STRAWN LLP<br>300 South Tryon Street, 16th Floor<br>Charlotte, NC 28202<br>Telephone: (704) 350-7700<br>jwilkerson@winston.com<br><br>*Attorneys for Plaintiff Musi Inc.* | Chris Johnstone, SBN 242152<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>chris.johnstone@wilmerhale.com<br><br>Jennifer Milici (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000<br>jennifer.milici@wilmerhale.com<br><br>Mark A. Ford (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>mark.ford@wilmerhale.com<br><br>*Attorneys for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 5:24-cv-06920-EKL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE PARTIES' REQUEST TO VACATE INITIAL ADR SESSION DEADLINE**<br><br>Judge: The Honorable Eumi K. Lee |

1    Pursuant to Civil Local Rule 6-2, Plaintiff Musi Inc. ("Musi") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation and seek an Order, with reference to the following circumstances:

WHEREAS, the Parties' current deadline to complete the initial ADR session is June 27, 2025 (Dkt. 72);

WHEREAS, on April 22, 2025, the Parties requested to extend the deadline to complete the initial ADR session from May 7, 2025 to June 27, 2025, reasoning that that "it would be more efficient to hold a mediation session after the Court's ruling on Apple's motion to dismiss" (Dkt. 71);

WHEREAS, on April 22, 2025, the Court granted the Parties' request for an extension of the deadline to complete the initial ADR session from May 7, 2025 to June 27, 2025 (Dkt. 72);

WHEREAS, Apple's motion to dismiss the First Amended Complaint remains pending;

WHEREAS, the Parties have met and conferred and continue to agree that it would be more productive and efficient to hold a mediation session after the Court's ruling on Apple's motion to dismiss;

WHEREAS, the next case management conference is scheduled for July 30, 2025, with the Parties' Joint Case Management Statement due by July 16, 2025 (Dkt. 87);

WHEREAS, the Parties therefore agree there is good cause to vacate the June 27, 2025 deadline to complete the initial ADR session to instead address the issue of ADR in the Parties' Joint Case Management Statement due by July 16, 2025;

NOW, THEREFORE, the Parties, through their counsel, hereby stipulate and agree that:

1.    The June 27, 2025 deadline for the Parties to complete the initial ADR session is vacated.

2.    The Parties shall address the issue of ADR in the Parties' Joint Case Management Statement due by July 16, 2025.

**IT IS SO STIPULATED.**

Dated: June 24, 2025

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By: */s/ Chris Johnstone*

Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
*chris.johnstone@wilmerhale.com*

Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
*jennifer.milici@wilmerhale.com*

Mark Ford (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
*mark.ford@wilmerhale.com*

*Attorneys for Defendant Apple Inc.*

| | |
|---|---|
| 1  Dated: June 24, 2025 | WINSTON & STRAWN LLP |
| 2 | By: */s/ Jennifer A. Golinveaux* |
| 3 | |
| 4 | Jennifer A. Golinveaux, SBN 203056<br>Samantha K. Looker, SBN 340564<br>WINSTON & STRAWN LLP |
| 5 | 101 California Street, 35th Floor<br>San Francisco, CA 94111 |
| 6 | Telephone: (415) 591-1000 |
| 7 | *jgolinveaux@winston.com*<br>*slooker@winston.com* |
| 8 | |
| 9 | Jeff Wilkerson, SBN 284044<br>WINSTON & STRAWN LLP |
| 10 | 300 South Tryon Street, 16th Floor<br>Charlotte, NC 28202 |
| 11 | Telephone: (704) 350-7700<br>*jwilkerson@winston.com* |
| 12 | |
| 13 | *Attorneys for Plaintiff Musi Inc.* |

**[PROPOSED] ORDER**

Having considered the Parties' stipulation, IT IS HEREBY ORDERED THAT:

1. The June 27, 2025 deadline for the Parties to complete the initial ADR session is VACATED.

2. The Parties shall address the issue of ADR in the Parties' Joint Case Management Statement due by July 16, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated June 24, 2025    By: _____
Hon. Eumi K. Lee
United States District Judge