UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUSI INC.,

            Plaintiff,

     v.

APPLE INC.,

            Defendant.

Case No. 24-cv-06920-EKL

**JUDGMENT**

Re: Dkt. No. 96

On March 16, 2026, the Court granted Defendant's motion to dismiss this action with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by the complaint herein.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 1, 2026

_____
EUMI K. LEE
United States District Judge