Jennifer A. Golinveaux, SBN 203056
Samantha K. Looker, SBN 340564
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
jgolinveaux@winston.com
slooker@winston.com

Jeff Wilkerson, SBN 284044
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
jwilkerson@winston.com

*Attorneys for Plaintiff Musi Inc.*

Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
chris.johnstone@wilmerhale.com

Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
jennifer.milici@wilmerhale.com

Mark A. Ford (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
mark.ford@wilmerhale.com

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MUSI INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:24-cv-06920-EKL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR ENTRY OF AGREED UPON AMOUNT OF FEE AND EXPENSE AWARD AND STAY OF AWARD PENDING APPEAL**<br><br>Judge:  The Honorable Eumi K. Lee |

Case No. 5:24-cv-06920-EKL

STIPULATION AND [~~PROPOSED~~] ORDER FOR ENTRY OF
AGREED UPON AMOUNT OF FEE AND EXPENSE AWARD
AND STAY OF AWARD PENDING APPEAL

Pursuant to the Court's March 16, 2026 Order (Dkt. 97, the "Order"), Plaintiff Musi Inc. ("Musi") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") hereby stipulate (but expressly without any agreement by Musi, its attorneys, or Winston & Strawn LLP that an award of fees was justified) (1) to the agreed amount of $183,895.50 as the amount reasonably incurred by Apple in connection with litigating its Rule 11 motion (2) that the amount of the award contemplated in this Stipulation is consistent with the terms of Order and (3) to a stay of any obligation to pay that award pending an anticipated appeal of the Order, as follows:

WHEREAS, the Parties met and conferred on April 7, 2026, to discuss Apple's reasonable attorneys' fees and costs incurred in connection with litigating its Rule 11 motion;

WHEREAS, the Parties stipulate and agree that an award of $183,895.50 represents the attorneys' fees and costs incurred by Apple in connection with litigation of its Rule 11 motion that the Order held would be awarded;

WHEREAS, the Parties anticipate that Musi and/or Winston & Strawn LLP will appeal the Court's Order, and stipulate and agree that it is appropriate to stay any enforcement or payment of the Court's anticipated award pending any appeal of the Order, and, specifically, until 14 days after either the Order is affirmed on appeal or the time to appeal expires.

**IT IS SO STIPULATED.**

Dated:  April 15, 2026

WINSTON & STRAWN LLP

By: */s/ Jennifer A. Golinveaux*

Jennifer A. Golinveaux, SBN 203056
Samantha K. Looker, SBN 340564
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
*jgolinveaux@winston.com*
*slooker@winston.com*

Jeff Wilkerson, SBN 284044
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
*jwilkerson@winston.com*

Dated:  April 15, 2026        *Attorneys for Plaintiff Musi Inc.*


WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: */s/ Mark Ford*

Chris Johnstone, SBN 242152
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
*chris.johnstone@wilmerhale.com*

Jennifer Milici (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
*jennifer.milici@wilmerhale.com*

Mark Ford (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
*mark.ford@wilmerhale.com*

*Attorneys for Defendant Apple Inc.*

# [~~PROPOSED~~] ORDER

Having considered the Parties' Stipulation, it is hereby ordered that the Parties' Stipulation for Entry of Agreed Upon Amount of Fee and Expense Award and Stay of Award Pending Appeal is hereby granted. The Court awards Apple fees and costs in the amount of $183,895.50 and stays enforcement or payment of this award pending any appeal of the Order and until 14 days after either the Order is affirmed on appeal or the time to appeal expires.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated ___April 15_____, 2026          By: _____

Hon. Eumi K. Lee
United States District Judge