**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Northern District of California

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: | 5:24-cv-06920-EKL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 10/02/2024

Date of judgment or order you are appealing: | 04/15/2026, 03/16/2026

Docket entry number of judgment or order you are appealing: | 100, 97

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Winston & Strawn LLP

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number? |

Was there a previous appeal in this case?  ○ Yes    ◉ No

If yes, what is the prior appeal case number? |

Your mailing address (if pro se):

City: | State: | Zip Code: |

Prisoner Inmate or A Number (if applicable): |

**Signature** | /s/ Jeffrey Scott Wilkerson | **Date** | Apr 27, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Winston & Strawn LLP

Name(s) of counsel (if any):

Jeffrey Scott Wilkerson
Winston & Strawn LLP

Address: 300 South Tryon Street, 16th Floor, Charlotte, NC 28202

Telephone number(s): (704) 350-7700

Email(s): jwilkerson@winston.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Christopher William Johnstone
Wilmer Cutler Pickering Hale & Door

Address: 2600 El Camino Real, Suite 400, Palo Alto, CA 94306

Telephone number(s): (650) 858-6147

Email(s): chris.johnstone@wilmerhale.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Jennifer Milici (pro hac vice)
Wilmer Cutler Pickering Hale & Dorr LLP

Address: 2100 Pennsylvania Avenue NW, Washington, DC 20037

Telephone number(s): (202) 663-6006

Email(s): jennifer.milici@wilmerhale.com

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Mark Albert Ford (pro hac vice)
Wilmer Cutler Pickering Hale & Dorr LLP

Address: 60 State Street, Boston, MA 02109

Telephone number(s): 617-526-6000

Email(s): mark.ford@wilmerhale.com

*Feedback or questions about this form? Email us at* [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)

**Form 6**                    *2*                    *New 12/01/2018*